# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1200** | **September Term, 2023** |
| | EPA-89FR38950 |
| | **Filed On: July 18, 2024** [2065397] |

City Utilities of Springfield, Missouri, by and through the Board of Public Utilities,

      Petitioner

      v.

Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency,

      Respondents

# O R D E R

      Upon consideration of petitioner's unopposed motion to suspend current filing deadlines and establish date for filing further motions, it is

      **ORDERED** that this case be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings by August 21, 2024.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                    BY:    /s/
                                James A. Kaiser
                                Deputy Clerk