# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

| | |
|---|---|
| **No. 24-1200** | **September Term, 2024** |
| | EPA-89FR38950 |
| | **Filed On:** September 5, 2024 |

City Utilities of Springfield, Missouri, by and through the Board of Public Utilities,

    Petitioner

    v.

Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency,

    Respondents

------------------------------

Altamaha Riverkeeper, et al.,
    Intervenors

------------------------------

Consolidated with 24-1267, 24-1269, 24-1274, 24-1275, 24-1276

# **O R D E R**

Upon consideration of the joint motion to govern further proceedings, it is

**ORDERED** that these consolidated cases be returned to the court's active docket. The following schedule will now apply in these consolidated cases:

| | |
|---|---|
| Petitioners' Certificate as to Parties, Rulings, and Related Cases | September 20, 2024 |
| Petitioners' Docketing Statement Form | September 20, 2024 |
| Petitioners' Statement of Intent to Utilize Deferred Joint Appendix | September 20, 2024 |
| Petitioners' Statement of Issues to be Raised | September 20, 2024 |

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-1200**　　　　　　　　　　　　　　　　**September Term, 2024**

| | |
|---|---|
| Petitioners' Underlying Decision From Which Appeal Arises | September 20, 2024 |
| Petitioners' and Respondents' Procedural Motions, if any | September 20, 2024 |
| Respondents' Certified Index to the Record | October 7, 2024 |
| Petitioners' and Respondents' Dispositive Motions, if any | October 7, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　Emily Campbell
　　Deputy Clerk