## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| City Utilities of Springfield, Missouri by and through the Board of Public Utilities, <br> *Petitioner* <br><br> v. <br><br> Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency, <br><br> *Respondents* <br><br> Altamaha Riverkeeper, et al., <br><br> *Respondent-Intervenors* <br><br> Consolidated with 24-1267, 24-1269, 24-1274, 24-1275, 24-1276 | Case No. 24-1200 |

## RESPONDENT-INTERVENORS' RESPONSE TO MOTION TO STAY

Gavin Kearney
Earthjustice
311 South Wacker Dr., Ste. 1400
Chicago, IL 60606
(773) 828-0816

Abel Russ
Environmental Integrity Project
888 17th St. NW, Suite 810
Washington, DC 20006
(802) 482-5379

Nicholas S. Torrey
Southern Environmental Law Center
601 West Rosemary St., Ste. 220
Chapel Hill, NC 27516
(919) 967-1450

Megan Wachspress
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
(415) 977-5635

*(additional counsel on signature page)*

# TABLE OF CONTENTS

TABLE OF AUTHORITIES ........................................................................... ii

GLOSSARY ............................................................................................... iv

INTRODUCTION .........................................................................................1

BACKGROUND ...........................................................................................2

ARGUMENT ................................................................................................5

I.     EKPC IS NOT LIKELY TO SUCCEED ON THE MERITS. ........................5

     A.     The Legacy Rule Includes Necessary and Reasonable Provisions for Determining Whether Closed Legacy Impoundments Satisfy RCRA's Protectiveness Standard ........................................................................5

     B.     The Legacy Rule is Not Retroactive ...................................................13

     C.     The WIIN Act Does not Supplant but Incorporates the Challenged Regulations into Any Future Permitting Program. .............................14

     D.     The Commerce Clause Authorizes Both RCRA and the Rule. ..........16

     E.     The Legacy Rule is Neither Arbitrary nor Capricious. .......................18

II.     EKPC HAS NOT SHOWN THAT IT WILL BE IRREPARABLY HARMED ABSENT A STAY. ...................................................................19

III.     THE PUBLIC INTEREST AND BALANCE OF EQUITIES WEIGH HEAVILY AGAINST A STAY .................................................................21

CONCLUSION ...........................................................................................23

EXHIBIT A ................................................................................................ 25

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Chaplaincy of Full Gospel Churches v. England,*
    454 F.3d 290 (D.C. Cir. 2006)......................................................................19

*FERC v. Mississippi,*
    456 U.S. 742 (1982)...................................................................................17

*Lorillard v. Pons,*
    434 U.S. 575 (1978)...................................................................................15

*Nat'l Ass'n of Home Builders v. Babbitt,*
    130 F.3d 1041 (D.C. Cir. 1997)..............................................................16, 17

*New York v. FERC,*
    535 U.S. 1 (2002).......................................................................................17

*Nken v. Holder,*
    556 U.S. 418 (2009).....................................................................................1

*U.S. v. Olin Corp.,*
    107 F.3d 1506 (11th Cir. 1997) ...............................................................16

*Util. Solid Waste Activities Grp. v. Env't Prot. Agency,*
    901 F.3d 414 (D.C. Cir. 2018).................. 3, 4, 5, 6, 9, 11, 13, 14, 15, 18, 19, 21

*Wisc. Gas Co. v. FERC,*
    758 F.2d 669 (D.C. Cir. 1985) (per curiam)..............................................20

**Statutes**

42 U.S.C. 6901(b)(4)..........................................................................................12

42 U.S.C. § 4004(d)(1)(A)....................................................................................4

42 U.S.C. § 4004(d)(1)(B)....................................................................................4

42 U.S.C. § 4004(d)(2)(B)....................................................................................4

42 U.S.C. § 4004(d)(4)..........................................................................................4

42 U.S.C. § 6902(a)(8) ................................................................16

42 U.S.C. § 6944 .........................................................................3

42 U.S.C. § 6944(a) ...............................................................3, 5, 16

42 U.S.C. § 6945(d) ...................................................................14

42 U.S.C. §6945(d)(1)(B) ...........................................................15

42 U.S.C. § 6945(d)(2)(B) .....................................................14, 15

Water Infrastructure Improvements for the Nations Act ("WIIN Act"),
    Pub. L. No. 114-322, 130 Stat. 1628 (2016) ........................................4

**Other Authorities**

40 C.F.R. § 257.53 ......................................................................17

40 C.F.R. § 257.102(c) .............................................................6, 11

H. Rep. No. 94-1491, 94th Cong., 2d Sess. (Sept. 9, 1976) ....................17

Hazardous and Solid Waste Management System; Disposal of Coal
    Combustion Residuals from Electric Utilities, 80 Fed. Reg. 21,302,
    21,303 (Apr. 17, 2015) .......................................................3, 12, 15

Hazardous and Solid Waste Management System: Disposal of Coal
    Combustion Residuals From Electric Utilities; Legacy CCR
    Surface Impoundments, 89 Fed. Reg. 38,950 (May 8, 2024) (to be
    codified at 40 C.F.R. pts. 9, 257) ........................ 1, 5, 6, 7, 8, 9, 10, 11, 21, 22

**Court Rules**

Fed. R. App. P. 27 ......................................................................24

Fed. R. App. P. 27(d)(1)(E) .........................................................24

Fed. R. App. P. 27(d)(2)(A) .........................................................24

Fed. R. App. P. 32(a)(5)-(6) .........................................................24

Fed. R. App. P. 32(g)(1) ..............................................................24

D.C. Cir. Rule 27(a)(2) ...............................................................24

# GLOSSARY

| | |
|---|---|
| CCR, coal ash | Coal combustion residuals |
| 2015 Rule | Hazardous and Solid Waste Management System; Disposal of Coal Combustion Residuals from Electric Utilities, 80 Fed. Reg. 21,302 (Apr. 17, 2015) |
| EPA | Environmental Protection Agency |
| EKPC | Eastern Kentucky Power Cooperative |
| Legacy Rule, 2024 Rule | Hazardous and Solid Waste Management System: Disposal of Coal Combustion Residuals From Electric Utilities; Legacy CCR Surface Impoundments, 89 Fed. Reg. 38,950 (May 8, 2024) (to be codified at 40 C.F.R. pts. 9, 257) |
| RCRA | Resource Conservation and Recovery Act |
| *USWAG* | *Util. Solid Waste Activities Grp. v. Env't Prot. Agency*, 901 F.3d 414 (D.C. Cir. 2018) |
| WIIN ACT | Water Infrastructure Improvements for the Nation Act, Pub. L. No. 114-322, 130 Stat. 1628 (2016) (codified at 42 U.S.C. § 6945(d)) |

# INTRODUCTION

This Court should decline to stay the Environmental Protection Agency's Legacy Rule. This rule establishes critical safeguards for coal ash disposal sites that the Court has found necessary for EPA to meet its duties under the Resource Conservation and Recovery Act. Petitioner Eastern Kentucky Power Cooperative has not met its burden for showing that a stay is warranted.

Eastern Kentucky Power Cooperative's ("EKPC") Motion for Stay of the Environmental Protection Agency's ("EPA") final rule establishing protective guidelines for legacy ponds, inactive landfills, and other coal combustion residual management units (the "Legacy Rule" or "2024 Rule")[1] fails to satisfy the stringent standards for a stay. *See Nken v. Holder*, 556 U.S. 418, 433–34 (2009). EKPC's challenge to the Legacy Rule is unlikely to succeed because EPA's rulemaking record demonstrates that the rule is necessary to protect human health and the environment from the harms posed by these coal ash units, as EPA is obligated to do by the Resource Conservation and Recovery Act ("RCRA"). EPA considered the specific concerns raised by EKPC during the rulemaking process with respect to legacy ponds that have already undergone some closure activities.

---

[1] Hazardous and Solid Waste Management System: Disposal of Coal Combustion Residuals From Electric Utilities; Legacy CCR Surface Impoundments, 89 Fed. Reg. 38,950 (May 8, 2024) (to be codified at 40 C.F.R. pts. 9,257).

To account for these concerns while fulfilling its duties under RCRA, the Rule provides several means by which the owner of a legacy pond can avoid unnecessary measures while still ensuring that the Rule's essential protectiveness standards have been met.

EKPC has also not met its significant burden of showing that it will suffer irreparable harm before the Court decides the legal challenges before it. Despite the requirement that these harms be great, specific, and imminent, EKPC makes only vague and unsubstantiated assertions about actions it will need to take absent a stay, namely unspecified steps toward installation of a groundwater monitoring system. The public interest and balance of equities weigh very heavily against a stay. To avoid limited costs at one site, EKPC asks the Court for a universal stay of regulations that will protect human health and the environment from toxic contaminants that have been leaking for decades from hundreds of unlined dumps nationwide.

This Court should deny the stay motion.

## **BACKGROUND**

When power plants burn coal to generate electricity, much of the coal is converted into gases routed to smokestacks, but a significant portion remains as larger particles called coal combustion residuals, or coal ash. Hazardous and Solid Waste Management System; Disposal of Coal Combustion Residuals from Electric

Utilities, 80 Fed. Reg. 21,302, 21,303 (Apr. 17, 2015) ("2015 Rule"); *see also Util. Solid Waste Activities Grp. v. Env't Prot. Agency*, 901 F.3d 414 (D.C. Cir. 2018) ("*USWAG*"). EPA has documented, and this Court has recognized, the numerous and significant harms to human health and the environment that can result from the improper disposal of coal ash. 80 Fed. Reg. 21,312; *USWAG*, 901 F.3d at 421 (noting that CCR contains arsenic, boron, cadmium, chromium, lead, mercury, and other harmful pollutants). For decades, industry actors disposed of CCR in unlined surface impoundments and landfills, from which the ash's dangerous constituents leached into groundwater and migrated to nearby surface and drinking waters. 80 Fed. Reg. at 21,324–25.

RCRA requires EPA to adopt criteria that ensure, at a minimum, "no reasonable probability of adverse effects on health or the environment" from the disposal of CCR and other wastes. 42 U.S.C. § 6944(a). Under RCRA, sites that meet EPA criteria are "sanitary landfills." Sites that do not are "open dumps" and prohibited. *Id.* at § 6944.

EPA first promulgated national CCR regulations in 2015. 80 Fed. Reg. at 21,302 (codified at 40 C.F.R. Pt. 257, Subpt. D). The 2015 Rule contained minimum criteria related to CCR dumpsites, including: location restrictions; design and operating criteria; groundwater monitoring requirements; closure and post-closure requirements; and corrective actions to address coal ash contamination. *Id.*

Multiple parties petitioned this Court for review of the 2015 Rule. This Court largely upheld the rule but held invalid EPA's exemption of inactive surface impoundments at inactive facilities from its criteria, i.e. "legacy ponds." The Court found this exemption arbitrary and capricious due to the "substantial risk of harm to human health and the environment posed by legacy ponds." *USWAG*, 901 F.3d at 432. The Court vacated the provision and remanded it to EPA. *Id.* at 449.

In 2016, while the *USWAG* litigation was pending, Congress enacted the Water Infrastructure Improvements for the Nations Act ("WIIN Act"). Pub. L. No. 114-322, 130 Stat. 1628 (2016). The WIIN Act authorizes states to administer coal ash permit programs that are "at least as protective as" the federal rules. 42 U.S.C. § 4004(d)(1)(A) and (B). It also directs EPA, subject to federal appropriations, to implement its own permitting program to administer federal coal ash rules in "nonparticipating" states, i.e. states not operating their own, federally approved program. *Id.* § 4004(d)(2)(B). Finally, the Act grants EPA the authority to enforce RCRA's "prohibition on open dumping" and the requirements of the federal coal ash rules. *Id.* § 4004(d)(4). This Court was aware of the WIIN Act when it issued its *USWAG* decision and noted that while the WIIN Act does not "affect the validity of the [2015] Rule itself, it does provide the EPA with new tools to pursue its regulatory goals." *USWAG*, 901 F.3d at 437.

EPA issued the Legacy Rule to, in part, address the legacy pond deficiency identified by this Court in *USWAG*. The rule applies regulatory safeguards to legacy ponds similar to those already in place for non-exempt impoundments. 89 Fed. Reg. 38,950. This includes provisions tailored to address circumstances, such as EKPC's, where a legacy pond owner has already engaged in closure activities.

## ARGUMENT

### I.     EKPC IS NOT LIKELY TO SUCCEED ON THE MERITS.

#### A.     The Legacy Rule Includes Necessary and Reasonable Provisions for Determining Whether Closed Legacy Impoundments Satisfy RCRA's Protectiveness Standard.

EKPC claims that the Legacy Rule exceeds EPA's authority because it applies to sites where waste has been removed and is thus retroactive. EKPC further claims that the rule arbitrarily and capriciously requires owners of closed legacy ponds to unnecessarily duplicate past efforts. Neither is true. As noted above, RCRA compels EPA to adopt regulations ensuring that waste, including CCR, is only disposed in "sanitary landfills," i.e. facilities where there is no "reasonable probability of adverse effects on health or the environment," and not in "open dumps" that pose a reasonable probability of harm. 42 U.S.C. § 6944(a). As this Court has noted, "[t]his statutory categorization is binary: a disposal site is either a sanitary landfill or an open dump." *USWAG*, 901 F.3d at 453.

As both EPA and this Court have recognized, legacy ponds create risks that are at least as significant as those from non-exempt surface impoundments. *Id*. at 433. Given this, it is reasonable and necessary for EPA to require that the closure of legacy ponds by ash removal meets the same overall performance standard applied to other impoundments. Per this standard:

> CCR removal and decontamination of the CCR unit are complete when constituent concentrations throughout the CCR unit and any areas affected by releases from the CCR unit have been removed and groundwater monitoring concentrations do not exceed . . . groundwater protection standard[s].

40 C.F.R. § 257.102(c). Existing regulations include specific measures a site owner or operator must take to ensure that this performance standard, and RCRA's protectiveness standard, are met. The Legacy Rule adapts these measures to circumstances where a newly regulated impoundment has already engaged in closure activity.

EPA recognized that legacy pond owners may have already engaged in closure-related activities that satisfy some or all of the performance standard and obviate the need for otherwise required actions: "[I]f a facility has actually met the performance standards in § 257.102(c), there is no health or environmental benefit in requiring compliance with all of subpart D." 89 Fed. Reg. at 39,009–010. Accordingly, the Legacy Rule provides several options through which a site owner

can demonstrate that it has already met the closure performance standard, enabling it to avoid unnecessarily duplicative measures.

If a site owner "can certify that its prior closure meets the performance standards in § 257.102(c) [it] only needs to post the documentation that it meets the standard." 89 Fed. Reg. at 39,028. This is done by "complet[ing] a closure certification." *Id*. at 39,107 (to be codified at 40 C.F.R. § 257.100(g)). Such a certification, to be completed by November 8, 2024, must document the type and volume of waste in the legacy pond prior to closure; document methods used to verify that all coal ash and materials contaminated by coal ash were removed; and provide groundwater monitoring results showing that groundwater protection standards have been met. *Id.* (to be codified at 40 C.F.R. § 257.100(g)(1–6)). Groundwater monitoring is needed "to determine whether there is contamination coming from the unit." 89 Fed. Reg. at 39,010.

If an owner is unable to meet the certification deadline but still wishes to demonstrate that it has met the closure performance standard, EPA provides a second option: "they may elect to conduct groundwater monitoring . . . to demonstrate there are no exceedances of the groundwater protection standards." 89 Fed. Reg. at 39,107 (to be codified at 40 C.F.R. § 257.100(h)). Owners who select this option have until May 8, 2028 to complete two actions: complete a notification of intent to pursue the option and demonstrate that coal ash has not contaminated

groundwater above safety standards as evidenced by the results of two consecutive groundwater sampling events. *Id.* at 39,107–8 (to be codified at 40 C.F.R. § 257.100(h)(1)). If these two requirements are met, "no further requirements… apply." *Id.*

EPA provides a third option for avoiding unnecessary compliance activities for owners who closed legacy ponds under the supervision of a state regulatory authority. These owners can seek to defer compliance activities until their site is reviewed under EPA's impending federal permitting program, through which EPA will identify any actions necessary to ensure the site is not an open dump. Consistent with its WIIN Act authority, "EPA is currently transitioning from the exclusively rule-based program to a Federal permitting program." 89 Fed. Reg. at 39,025. This permitting program will enable EPA to make site-specific determinations about remaining risks and compliance activities needed for legacy ponds.

To obtain this deferral, an owner must demonstrate that the legacy pond was closed "under substantially equivalent regulatory authority." *Id.* at 39,109 (to be codified at 40 C.F.R. § 257.101(g)). Specifically, the owner must demonstrate that "a regulatory authority played an active role in overseeing and approving the closure and any necessary corrective action," that a site-specific risk assessment was performed by the authority before approving the closure plan, that the owner

effectively monitored groundwater for CCR contaminants, and that the closure meets the CCR Rule's performance standard. *Id*. Any owner that makes these demonstrations, which collectively ensure that the closed legacy pond will not pose an unreasonable risk of harm, can defer further compliance activities until permitting, at which time they can seek a "closure equivalency determination" from EPA. *Id.* at 39,109.

The three options that EPA provides to legacy pond owners offer reasonable opportunities to avoid unnecessary compliance activities while at the same time ensuring that legacy ponds are closed in as protective a manner as impoundments that are already regulated. This balance is critical because, as noted above, the harms from legacy ponds are at least as significant as the harms from active ponds (*USWAG*, 901 F.3d at 433) and legacy ponds may "have risks even higher than previously modeled." 89 Fed. Reg. at 38,974.

These harms are not eliminated if a legacy pond closes without meeting EPA's performance standard. EPA specifically found that even "if the liquid and or CCR have been entirely removed" from a legacy pond, without further action it may "continue to present significant risk to human health and the environment as a consequence of existing—and in some cases, continuing—groundwater contamination." *Id.* at 38,983. EPA identifies several reasons why this would be the case. Of particular relevance here, EPA found that "at many of these sites the

9

existing contamination resulting from when the unlined impoundment was operating has not been addressed." *Id.* EPA further explained:

> Even at sites where the CCR has been completely removed from the impoundment it is possible that, in addition to the likely significant groundwater contamination present at the site, contaminated soil remains, which can serve as a source of further contamination.

*Id.* at 38,984.

EKPC claims that each of these options is unnecessary and burdensome for the Dale legacy ponds because they were supposedly "clean-closed" (defined by EKPC as "closure by removal of all CCR") under the oversight of the Kentucky Division of Waste Management. Pet'r's Mot. for Stay, at 7–8, 7 n.1 (Aug. 19, 2024) ("Mot."). Rather than demonstrate the superfluity of the Legacy Rule's requirements for closed legacy ponds, the Dale impoundments underscore their necessity. Two of the Dale legacy ponds began receiving coal ash in 1954.[2] The third legacy pond was constructed in 1977. *Id.* at 9. According to EKPC, it began closing these three legacy ponds in 2014 and finished closure in 2019. *Id*. at 7, 15– 16. EKPC claims that the three units were closed "under watchful State oversight." *Id*. at 7. Jerry Purvis, EKPC's Vice President of Environmental Affairs, notes that Kentucky's supposedly "watchful" oversight "did not require groundwater

---

[2] *See* Ex. A, AMEC Earth & Environmental, *Report of Dam Safety Assessment of Coal Combustion Surface Impoundments*, at 4, 8 (Apr. 2011), https://www3.epa.gov/epawaste/coal/pdf/ekypc_dale_final.pdf.

monitoring as long as complete removal of CCR was verified by visual inspection." Mot. Ex. 1, Purvis Decl. ¶ 19.

EKPC's reliance on mere visual inspection to determine whether CCR was removed makes clear that it did not meet RCRA's protectiveness standard. As this Court recognized, "unlined surface impoundments are likely to contaminate groundwater . . . . [and] impoundment leakages pose substantial risks to humans and the environment." *USWAG*, 901 F.3d at 428. To address this risk, the coal ash rule requires "removal <u>and</u> decontamination" of any unit closing by removal of coal ash and considers closure complete only when the "CCR unit and any areas affected by releases from the CCR unit have been removed and groundwater monitoring concentrations do not exceed the groundwater protection standard." 40 C.F.R. § 257.102(c) (emphasis). For legacy ponds that closed prior to issuance of the 2024 Rule, EPA requires a groundwater monitoring system "to determine whether there is contamination coming from the unit." 89 Fed. Reg. at 39,110.

This Court rejected a provision of the 2015 Rule that would have allowed unlined surface impoundments to operate until groundwater monitoring detected contamination. It noted that under such an approach, "leaks will often *go undetected for many months*," an impermissible risk as "leakage from unlined impoundments is typically quicker, more pervasive, and at larger volumes than from lined impoundments." *USWAG*, 901 F.3d at 429 (emphasis added). At issue

here are two unlined impoundments that likely leaked *for sixty years*, and a third unlined impoundment that likely leaked *for thirty-seven years*, before EKPC began the closure process. While EKPC claims that the Legacy Rule requires it to take unnecessary measures, EKPC does not say how its closure of these units, without any groundwater monitoring, identified and addressed likely leakage. After such long periods of unlined operation, visual inspection is clearly insufficient to verify that coal ash and coal ash contamination have been eliminated.

EPA's focus on groundwater protection is longstanding and EKPC was likely aware of it when it closed the three Dale units. In passing RCRA, Congress specifically found that groundwater contamination from open dumping is of serious concern. 42 U.S.C. 6901(b)(4). In subsequent guidance from 1985, EPA stated: "we must be clear that ground-water quality is an integral aspect of RCRA closure. Owners and operators must not be allowed to 'walk away' from units with inadequate monitoring systems and ground-water contamination at closure." Mem. From Office of Solid Waste and Emergency Response on Groundwater Quality at Closure, RCRA Online No. 12444 (Aug. 27, 1985)). EPA also identified groundwater protection as a primary concern when it adopted the 2015 Rule. 80 Fed. Reg. at 21,362 ("[p]lacement of CCR into un-engineered, unlined units in permeable strata has plainly led to adverse impacts to groundwater.").

**B.     The Legacy Rule is Not Retroactive**

EKPC argues that it is likely to succeed on the merits because the Legacy

Rule is "impermissibly retroactive" since it imposes obligations related to disposal

activities completed "before the Rule's enactment." Mot. at 14, 16. This Court

rejected a very similar argument in *USWAG* for reasons that apply with equal force

here.

In *USWAG,* industry petitioners challenged "EPA's regulatory authority to

set any standards at all for inactive impoundments." *USWAG*, 901 F.3d at 438. The

Court noted, however, that RCRA confers upon EPA the authority to regulate any

site where waste "is disposed of" and that this disposal can exist "even if the act of

disposal took place at some prior time." *Id.* at 440. The Court further noted:

> RCRA defines "disposal" as "the discharge, deposit,
> injection, dumping, spilling, leaking, or placing of any
> solid waste or hazardous waste into or on any land or
> water" in a manner by which "such solid waste or
> hazardous waste or any constituent thereof may enter the
> environment."

*Id.* at 439 (quoting 42 U.S.C. § 6944(a)). Thus, the Court concluded, "a

straightforward reading of the statute's language allows for the regulation of

inactive sites." *Id.* EPA's regulation of legacy ponds is not only allowed, it is

compelled by RCRA's mandate that EPA establish criteria that prohibit open

dumps, which includes sites "where solid waste [or "any constituent thereof"] still

'is deposited,' 'is dumped,' 'is spilled,' 'is leaked,' or 'is placed,' regardless of

when it might have originally been dropped off." *Id.* at 440. EPA is well within its

authority and acting in furtherance of its clear RCRA obligations when it requires

an owner, such as EKPC, to assess whether its unlined legacy ponds have leaked

contaminants and to address any contamination identified.

### C.     The WIIN Act Does not Supplant but Incorporates the Challenged Regulations into Any Future Permitting Program.

EKPC also contends that it is likely to succeed on the merits because the

Legacy Rule is purportedly "inconsistent with the WIIN Act." Mot. at 17.

According to EKPC, the WIIN Act "directs EPA to move away from one-size-fits-

all, self-implementing regulations in favor of addressing CCR through permitting

processes that accommodate site-specific circumstances." *Id*. The Act does no such

thing, as both its text and *USWAG* make clear.

As EKPC says, the WIIN Act authorizes states to propose permitting

programs for coal combustion residual units and directs the EPA Administrator,

where states do not submit their own conforming permitting program, to

implement such a program directly. 42 U.S.C. § 6945(d). These programs are not

intended to "replace" the coal ash rules. Rather, the purpose of the permitting

programs is to "achieve compliance with applicable criteria established by the

Administrator" under 40 C.F.R. Part 257 "or successor regulations promulgated

pursuant to [42 U.S.C.] §6907(a)(3) and 6944(a)." *Id.* at § 6945(d)(2)(B). That is,

Congress intended the permitting programs to serve as a means of enforcing the

substantive standards adopted by EPA under its general RCRA rulemaking authority. The CCR Rules are not "interim," they are the standards to which owners and operators will be held under both state and EPA-run permit programs. *See* 42 U.S.C. §6945(d)(1)(B), (d)(2)(B).

This Court has already rejected the premise of EKPC's argument. In USWAG, EPA sought an abeyance arguing that the WIIN ACT made "fundamental changes to RCRA Subtitle D." *USWAG*, 901 F.3d at 426. The Court declined to hold the case in abeyance, observing that the WIIN Act adopted, as the relevant permitting standards, the then-extant CCR regulations and "provide[d] the EPA with new tools to pursue its regulatory goals." *Id* at 426, 437.

EKPC's assertion that the 2024 Rule is not a "successor" regulation to the 2015 CCR Rule is not just incorrect, it is irrelevant. It is incorrect because the 2015 CCR Rule expressly reserved EPA's authority to regulate inactive facilities, relying on both the plain text of RCRA and its legislative history. 80 Fed. Reg. at 21,344–45 (citing, inter alia, the definition of "disposal" at 42 U.S.C. §6903(3) and H. Rep. No. 94-1491, 94th Cong., 2d Sess., at 37 (Sept. 9, 1976)). Congress, in enacting the WIIN Act, is presumed to have endorsed this authority. *See Lorillard v. Pons*, 434 U.S. 575, 581 (1978). Indeed, the challenged Rule reflects EPA's efforts to fulfill this Court's mandate as to what should have been the Rule's original scope. *See USWAG*, 901 F.3d at 433–34 (exemption of inactive facilities

from the relevant requirements was arbitrary and capricious). The argument is also irrelevant because the "successor" language simply describes the universe of standards that must be incorporated into a permitting program. Nothing in the WIIN Act purports to limit subsequent regulation under § 6944(a), whether "successor" to then-operative regulations or not.

### D. The Commerce Clause Authorizes Both RCRA and the Rule.

EKPC's fourth argument for its likelihood of success on the merits is even broader, attacking RCRA itself as unconstitutional because it "essentially regulates land" and therefore "lacks a sufficient nexus to interstate commerce." Mot. at 19–20. EKPC's argument has already been squarely rejected. A core objective of RCRA is to "provid[e] for the promulgation of guidelines for solid waste collection, transport, separation, recovery, and disposal practices and systems." 42 U.S.C. § 6902(a)(8). Consistent with this objective, the Eleventh Circuit found that "the regulation of intrastate, on-site waste disposal constitutes an appropriate element of Congress's broader scheme to protect interstate commerce and industries thereof from pollution." *U.S. v. Olin Corp.*, 107 F.3d 1506, 1511 (11th Cir. 1997). This Court has cited *Olin* approvingly, explaining that a statute "pass[es] constitutional muster if it regulates an activity, whatever its nature, 'that arise[s] out of or [is] connected with a commercial transaction, which viewed in the aggregate, substantially affects interstate commerce.'" *Nat'l Ass'n of Home*

16

*Builders v. Babbitt*, 130 F.3d 1041, 1050 (D.C. Cir. 1997) (quoting *Olin*, 107 F.3d at 1510). Waste disposal is such an activity, as Congress expressly found in enacting RCRA. *See, e.g.*, H. Rep. No. 94-1491, 94th Cong., 2d Sess., at 115, 116, 121–22, 185 (Sept. 9, 1976). Further, this Court has noted that the constitutionality of a statute regulating a class of actions related to interstate commerce is not undermined by the existence of individual instances of that class with limited connection to such commerce, such as those alleged by EKPC here. *Nat'l Ass'n of Home Builders*, 130 F.3d. at 1046.

The "circumstances of this case" further reinforce the relationship between the regulated conduct and interstate commerce. The Rule challenged by EKPC addresses the disposal of coal waste from the generation of electricity. 40 C.F.R. § 257.53 (defining CCR to mean "materials generated from burning coal for the purpose of generating electricity by electric utilities and independent power producers"). EKPC is an electricity wholesaler and therefore engages in "transmissions on the interconnected national grids [that] constitute transmissions in interstate commerce." *New York v. FERC*, 535 U.S. 1, 16 (2002). "[I]t is difficult to conceive of a more basic element of interstate commerce than electric energy, a product used in virtually every home and every commercial or manufacturing facility." *FERC v. Mississippi*, 456 U.S. 742, 757 (1982). The Rule falls squarely within federal authority under the Commerce Clause.

## E. The Legacy Rule is Neither Arbitrary nor Capricious.

EKPC alleges that the Legacy Rule is arbitrary and capricious, offering four bases for its claim. Each of these is incorrect and unpersuasive. First, EKPC alleges that "the Rule will duplicate the cost that EKPC already incurred to clean-close the former Dale Station impoundments." Mot. at 21. EKPC's own declarant undermines this claim. As described above, the Rule offers multiple avenues for demonstrating a legacy pond closed consistent with EPA standards and that further remedial actions are unnecessary. EKPC's declarant indicates that EKPC plans to pursue one of them by installing a groundwater monitoring system. Mot. Ex. 1, Purvis Decl. ¶ 30. EKPC has no intention or expectation of duplicating its costs.

EKPC also claims that "EPA provides no evidence that the former impoundments at the Dale Station pose any 'reasonable probability' of harm," Mot. at 22, and that "the Rule inexplicably penalizes owners of impoundments who have responsibly and diligently maintained oversight of their facilities." Mot. at 23. But unlined impoundments "are at significant risk of harmful leakage" (*USWAG*, 901 F.3d at 428) and EPA made specific findings, discussed above, about the harms of units that operated for years without a lining before closing by ash removal. EPA offers several pathways for owners to address potential harms from these units. EKPC is not being punished for its past actions, it is being held to

the Rule's standard and provided with options to demonstrate that it has already met the standard.

Finally, EKPC alleges that "EPA did not sufficiently explain its reasons for creating national criteria . . . and declining to use the site-specific approach of the WIIN Act[]." Mot. at 22. This claim is refuted above. The WIIN Act does not supplant coal ash regulations, it offers EPA tools for ensuring compliance with them. *See USWAG*, 901 F.3d at 437.

## II.    EKPC HAS NOT SHOWN THAT IT WILL BE IRREPARABLY HARMED ABSENT A STAY.

The standard for showing irreparable injury is a stringent one. The injury "must be both certain and great; it must be actual and not theoretical." *Chaplaincy of Full Gospel Churches v. England*, 454 F.3d 290, 297–98 (D.C. Cir. 2006) (quoting *Wisc. Gas Co. v. FERC*, 758 F.2d 669, 674 (D.C. Cir. 1985) (per curiam)). The injury must also be "of such imminence that there is a 'clear and present' need for equitable relief to prevent irreparable harm." *Id.* EKPC falls far short of this standard.

EKPC's claims of irreparable harm are bluster. EKPC's declarant makes the conclusory assertion that "compliance with the Rule as to the Dale Station will cost in excess of $16.5 million." Mot. Ex. 1, Purvis Decl. ¶ 36. Neither he nor EKPC substantiate this claim. They do not describe specific actions the Legacy Rule will

allegedly compel EKPC to take or identify specific costs they are likely to incur during the pendency of the litigation.

EKPC does state that to avoid further compliance activities it plans to install a groundwater monitoring system by 2028. EKPC claims that it has already begun work toward this demonstration and that this "require[s] costly and intrusive hydrogeologic studies and reports . . . including construction associated with installing a groundwater-monitoring system or systems." Mot. at 25–26. EKPC does not quantify the costs of these activities, but surely they are well below $16.5 million. EPA estimates that the cost of installing and operating a groundwater monitoring system, is $229,000 per coal ash unit.[3] Neither this cost nor the unspecified fraction of it that EKPC will incur during the pendency of this litigation constitutes a "great injury" and EKPC's preliminary and unspecified costs do not meet the irreparable injury standard required to obtain a stay. *See Wisc. Gas Co.*, 758 F.2d at 673–74 ("It is also well settled that economic loss does not, in and of itself, constitute irreparable harm." And: "[t]he movant must provide . . . proof indicating that the harm is certain to occur in the near future.").

---

[3] Regulatory Impact Analysis: Hazardous and Solid Waste Management System: Disposal of Coal Combustion Residuals from Electric Utilities; Legacy CCR Surface Impoundments, Docket ID No. EPA-HQ-OLEM-2020-0107-1067, at 4-20 (May 2024) ("Regulatory Impact Analysis"), https://www.regulations.gov/document/EPA-HQ-OLEM-2020-0107-1067.

## III.  THE PUBLIC INTEREST AND BALANCE OF EQUITIES WEIGH HEAVILY AGAINST A STAY.

EKPC claims that a stay is in the public interest because, absent a stay, it

will have to undertake compliance activities whose costs will be passed on to its

residential customers. As noted above, EKPC does not quantify those costs as it

must to meet its burden here. The only action EKPC identifies it must do in the

immediate future is begin installation of a groundwater monitoring system.

To avoid these limited costs, EKPC requests that this Court stay the

implementation of national regulations that will compel the long-overdue closure

and remediation of unlined coal ash dumps that have leaked toxic contaminants for

decades. According to the rulemaking record, there are at least 194 legacy ponds

and 195 landfills and other CCR Management Units in 34 states subject to the

Legacy Rule. Regulatory Impact Analysis at 2-8, 2-11. Large populations live in

close proximity to these coal ash units: 332,540 people live within one mile and

3,926,722 people live within three miles. Regulatory Impact Analysis at 6-23.

These CCR units are likely to be leaking numerous chemicals associated with

cancer, neurotoxicity, and other toxic effects for humans and aquatic life. *USWAG*,

901 F.3d at 421; 89 Fed. Reg. at 38,980. EPA estimates that the Legacy Rule will

provide $2.64 billion to $4.03 billion in benefits by avoiding harms to human

health and the environment. Regulatory Impact Analysis at ES-27, Ex. ES-11.

Beyond nationwide benefits, the value of ensuring that the likely contamination

21

EKPC created by dumping coal ash into its unlined surface impoundments for decades is effectively addressed outweighs EKPC's limited compliance costs.

A stay of the rule would harm not only the public interest broadly, but also the Respondent-Intervenors in this case. Intervenors spend money to avoid drinking potentially contaminated groundwater, avoid recreating at public beaches, worry about the value of their home and property, and are generally, and reasonably, concerned about the health of themselves and their family members who live, work, and recreate in areas impacted by coal ash dumps. Altamaha Riverkeeper et al. Motion to Intervene, at 9–15 (July 15, 2024). The harm to intervening parties, like the broader harm to public health and the public interest, is ongoing and growing as leaking disposal units continue to release CCR contaminants into the environment where they spread outward and are increasingly difficult to remediate. 89 Fed. Reg. at 39,083 (where units have been leaking, "closure would not simply be a matter of removing CCR from the unit, but would likely require a significant undertaking to remediate impacted soil and groundwater in order to achieve the current CCR removal and decontamination standards"). EKPC's potential expenses are infinitesimal when compared to the interests of the public and of the Respondent-Intervenors.

**CONCLUSION**

For the reasons set forth above, the Court should deny EKPC's stay motion.


Dated: September 18, 2024

*/s/ Gavin Kearney*
Gavin Kearney
Thomas Cmar
Earthjustice
311 South Wacker Dr., Ste. 1400
Chicago, IL 60606
(215) 717-4520
gkearney@earthjustice.org
tcmar@earthjustice.org

Gilbert Zelaya
Earthjustice
48 Wall St., 15th Fl.
New York, NY 10005
(212) 845-7393
gzelaya@earthjustice.org

Abel Russ
Senior Attorney
Environmental Integrity Project
888 17th St. NW, Suite 810
Washington, DC 20006
802-482-5379
aruss@environmentalintegrity.org

Respectfully submitted,

Nicholas S. Torrey
Southern Environmental Law Center
601 West Rosemary St., Ste. 220
Chapel Hill, NC 27516
(919) 967-1450
ntorrey@selcnc.org

Frank S. Holleman, III
Southern Environmental Law Center
525 East Bay St., Ste. 200
Charleston, SC 29403
(843) 720-5270
fholleman@selcsc.org

Megan Wachspress
Staff Attorney, Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
(415) 977-5635
megan.wachspress@sierraclub.org

*Counsel for Respondent-Intervenors*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rules of Appellate Procedure 27 and 32(g)(1), the

undersigned counsel for Respondent-Intervenors certifies that this motion complies

(1) with the type-volume limitation of Federal Rule of Appellate Procedure

27(d)(2)(A) and D.C. Circuit Rule 27(a)(2) because it contains 5115 words and (2)

with the typeface and type-style requirements of Federal Rules of Appellate

Procedure 27(d)(1)(E) and 32(a)(5)–(6) because it has been prepared using

Microsoft Office Word for Office 365 and is set in Times New Roman font in a

size equivalent to 14 points or larger.


Dated: Sept. 18, 2024

                                          /s/ Gavin Kearney
                                          Gavin Kearney

**Exhibit A:**

AMEC Earth & Environmental, *Report of Dam Safety Assessment of Coal Combustion Surface Impoundments* (Apr. 2011)

Report of
Dam Safety Assessment of Coal Combustion Surface
Impoundments

East Kentucky Power Cooperative
William C. Dale Power Station, Winchester, KY

AMEC Project No. 3-2106-0177.0001

Prepared By:

AMEC Earth & Environmental, Inc.
690 Commonwealth Center
11003 Bluegrass Parkway
Louisville, KY 40299

Prepared For:

U.S. Environmental Protection
Agency
Office of Solid Waste and
Emergency Response
Office of Conservation and
Recovery
1200 Pennsylvania Ave., NW
MC: 5304P
Washington, DC 20460



April 2011



I certify that the management units referenced herein:

East Kentucky Power Cooperative, William C. Dale Power Plant: Ash Pond 2, Ash Pond 3, and Ash Pond 4 were assessed on August 4, 2010.

Signature _____  4-18-11

        James Black, PE
        Project Engineer

List of AMEC Participants who have participated in the assessment of the management units and in preparation of the report:

- James Black, PE
  Project Engineer

- Chris Eger
  CADD Technician

- Dan Conn
  GIS Specialist

- Mary Sawitzki, PE
  Civil/Environmental Engineer

- Mary Swiderski, EIT
  Staff Engineer

**1.0     INTRODUCTION AND PROJECT DESCRIPTION**................................................................1
    1.1     Introduction .............................................................................................................1
    1.2     Project Background.................................................................................................1
        1.2.1     State Issued Permits ..................................................................................3
    1.3     Site Description and Location ................................................................................3
    1.4     Process Ponds........................................................................................................4
        1.4.1     Ash Handling and Flow Summary...............................................................4
        1.4.2     Ash Pond 2 .................................................................................................4
        1.4.3     Ash Pond 3 .................................................................................................8
        1.4.4     Ash Pond 4 .................................................................................................9
    1.5     Previously Identified Safety Issues......................................................................16
    1.6     Site Geology .........................................................................................................17
    1.7     Inventory of Provided Materials ...........................................................................17
**2.0     FIELD ASSESSMENT** ..............................................................................................**18**
    2.1     Visual Observations .............................................................................................18
    2.2     Ash Pond 2 -Visual Observations........................................................................18
        2.3.1     Ash Pond 2 - Embankments and Crest......................................................18
        2.3.2     Ash Pond 2 - Outlet Control Structure......................................................18
    2.3     Ash Pond 3 - Visual Observations .......................................................................18
        2.3.1     Ash Pond 3 - Embankments and Crest......................................................19
        2.3.2     Ash Pond 3 - Outlet Control Structure......................................................19
    2.4     Ash Pond 4 - Visual Observations .......................................................................19
        2.4.1     Ash Pond 4 - Embankments and Crest......................................................19
        2.4.2     Ash Pond 4 - Outlet Control Structure......................................................19
    2.5     Monitoring Instrumentation...................................................................................20
**3.0     DATA EVALUATION** ................................................................................................**21**
    3.1     Design Assumptions .............................................................................................21
    3.2     Hydrologic and Hydraulic Design .........................................................................21
        3.2.1     Ash Pond 2 ...............................................................................................24
        3.2.2     Ash Pond 3 ...............................................................................................27
        3.2.3     Ash Pond 4 ...............................................................................................28
    3.3     Structural Adequacy & Stability ...........................................................................28
        3.3.1     Ash Pond 2 ...............................................................................................29
        3.3.2     Ash Pond 3 ...............................................................................................31
        3.3.3     Ash Pond 4 ...............................................................................................31
    3.4     Foundation Conditions .........................................................................................35
        3.4.1     Ash Pond 2 ...............................................................................................35
        3.4.2     Ash Pond 3 ...............................................................................................35
        3.4.3     Ash Pond 4 ...............................................................................................35
    3.5     Operations and Maintenance ...............................................................................36
        3.5.1     Instrumentation.........................................................................................37
        3.5.2     State or Federal Inspections......................................................................37
**4.0     COMMENTS AND RECOMMENDATIONS** ...............................................................**38**
    4.1     Acknowledgement of Management Unit Conditions .............................................38
    4.2     Ash Pond 2 ...........................................................................................................39
        4.2.1     Hydrologic and Hydraulic Recommendations .........................................39

        4.2.2   Geotechnical and Stability Recommendations ......................................41
        4.2.3   Monitoring and Instrumentation Recommendations ...............................42
        4.2.4   Inspection Recommendations...............................................................42
  4.3     Ash Pond 3 .........................................................................................42
        4.3.1   Hydrologic and Hydraulic Recommendations ........................................42
        4.3.2   Geotechnical and Stability Recommendations ......................................43
        4.3.3   Monitoring and Instrumentation Recommendations ...............................43
        4.3.4   Inspection Recommendations...............................................................43
  4.4     Ash Pond 4 .........................................................................................44
        4.4.1   Hydrologic and Hydraulic Recommendations ........................................44
        4.4.2   Geotechnical and Stability Recommendations ......................................44
        4.4.3   Monitoring and Instrumentation Recommendations ...............................46
        4.4.4   Inspection Recommendations...............................................................46

**5.0   CLOSING**...............................................................................................**47**

**TABLES**

Table 1. Site Visit Attendees ............................................................................... 1
Table 2. MSHA* Minimum Long Term Hydrologic Design Criteria ..............................23
Table 3. Ash Pond 2 Elevation Conditions .............................................................25
Table 4. Ash Pond 2 Estimated Area/Volume Calculation Results* ...........................25
Table 5. Minimum Stability Factors of Safety ........................................................28
Table 6. Ash Pond 2 Soil Parameters - North Boring Location ..................................29
Table 7. Ash Pond 2 Slope Stability Analyses - Calculated Factors of Safety .............30
Table 8. Ash Pond 4 - Summary of Confined Compression Tests ..............................31
Table 9. Ash Pond 4 - Design Soil Parameters .......................................................32
Table 10. Ash Pond 4 Slope Stability Analysis - Calculated Factors of Safety.............33
Table 11. Ash Pond 4 2010 Berm Area Stability Analysis - Soil Parameters ..............34

**FIGURES**

Site Location & Vicinity Map..................................................................Figure 1
Site Plan .............................................................................................Figure 2
Critical Infrastructure ...........................................................................Figure 3
2009 Topographic Map Ash Pond 2 .........................................................Figure 4
2009 Assessment Issues Map Ash Pond 2 ................................................Figure 5
Cross-Sections A-A' & B-B' Ash Pond 2....................................................Figure 6
2009 Topographic Map Ash Pond 3 .........................................................Figure 7
2009 Topographic Map Ash Pond 4 .........................................................Figure 8
Typical Cross-Sections Ash Pond 4 .........................................................Figure 9
2009 Assessment Issues Map Ash Pond 4 ................................................Figure 10
Cross-Sections C-C' & D-D' Ash Pond 4 ...................................................Figure 11
2004 Slide Area Cross-Section Ash Pond 4 Buffer Area ..............................Figure 12

**APPENDICES**

EPA Coal Combustion Dam Inspection Checklists and Coal Combustion
Waste Impoundment Inspection Forms Data-August 2010 ..........................Appendix A
Site Photo Log Maps and Site Photos.......................................................Appendix B
Inventory of Provided Materials............................................................... Appendix C

Ash Pond 2 Typical Sections and Dam Profile (2010 S&ME Report - Evaluation
of Risks of 100-Yr Rain Event & Freeboard Requirement for Ash Pond No. 2)........... Appendix D
Ash Pond 4 Typical Sections and Dam Profile (2010 S&ME Report - Evaluation
of Risks of 100-Yr Rain Event & Freeboard Requirement for Ash Pond No. 4)............Appendix E
2010 Stability Evaluation Ash Pond #2 Plan View and Stability Sections ....................Appendix F
2010 Stability Evaluation Slide at Ash Pond #4 Stability Sections .............................. Appendix G

## 1.0    INTRODUCTION AND PROJECT DESCRIPTION

### 1.1    Introduction

AMEC was contracted by the United States Environmental Protection Agency (EPA), via contract BPA EP09W001702 to perform site assessments of selected coal combustion byproducts surface impoundments.  AMEC was directed by EPA, through the provided scope of work and verbal communications, to utilize the following resources and guidelines to conduct a site assessment and produce a written assessment report for the coal combustion waste facilities and impoundments.

- Coal Combustion Waste (CCW) Impoundment Inspection forms (hazard rating, found in Report Appendix A)
- Coal Combustion Dam Inspection Checklist (found in Report Appendix A)
- Impoundment Design Guidelines of the Mining Safety and Health Administration (MSHA) Coal Mine Impoundment Inspection and Plan Review Handbook (hydrologic, hydraulic, and stability conditions)
- National Dam Safety Review Board Condition Assessment Definitions (condition rating)

As part of this contract with EPA, AMEC was assigned to perform a site assessment of East Kentucky Power Cooperative's (EKPC) William C. Dale Power Plant (Dale Power Station), which is located in Ford, Kentucky, approximately 20 miles southeast of Lexington, Kentucky and ten miles southwest of Winchester, Kentucky, as shown on the upper portion of Figure 1, the Site Location and Vicinity Map.  The bottom of Figure 1 shows an enlargement of the site.

A site visit to Plant Dale was made by AMEC on August 4, 2010.  The purpose of the visit was to perform visual observations, to inventory coal combustion waste (CCW) surface impoundments, assess the containment dikes, and to collect relevant historical impoundment documentation.

AMEC engineers, James Black, PE and Mary Swiderski, EIT were accompanied during the site visit by the following individuals:

**Table 1. Site Visit Attendees**

| Company or Organization | Name and Title |
|---|---|
| EKPC | Larry D. Morris, Plant Manager |
| EKPC | Jerry Purvis, Environmental Affairs Manager |
| EKPC | Brad Condley, Senior Chemist |
| EKPC | Mark S. Brewer, PE, PLS, Engineering Services Supervisor G & T Operations |

### 1.2    Project Background

CCW results from the power production processes at coal fired power plants like EKPC's Dale Power Station.  Impoundments (dams) are designed and constructed to provide storage and

disposal for the CCW that are produced. At present, EKPC refers to the three CCW impoundments at the Dale Power Station as "Ash Pond 2", "Ash Pond 3", and "Ash Pond 4".

Kentucky Revised Statute (KRS) 151.100 defines the word dam to mean any artificial barrier, including appurtenant works, which does or can impound or divert water and which either: (a) is or will be twenty-five (25) feet or more in height from the natural bed of the stream or watercourse at the downstream toe of the barrier; or (b) has or will have an impounding capacity at maximum water storage elevation of 50 acre-feet or more. The Kentucky Department for Natural Resources and Environmental Protection's (KDEP) Division of Water (KDOW) regulates dam design, construction and repair. KDOW also evaluates a dam's structure and various other criteria related to the effects of dam failure to determine and assign a dam hazard classification to each structure. KDOW's Engineering Memorandum No. 5 (EM No. 5) provides minimum hydrologic and hydraulics related design criteria, as well as hazard classification definitions for dam structures. Dam hazard classifications, outlined in KDOW's EM No. 5, include Low Hazard (A), Moderate Hazard (B), and High Hazard (C).

- A Low Hazard (A) classification is assigned to structures "located such that failure would cause loss of the structure itself but little or no additional damage to other property."

- A Moderate Hazard (B) classification is assigned to structures that "are located such that failure may cause significant damage to property and project operation, but loss of human life is not envisioned."

- A High Hazard (C) classification is assigned to "structures located such that failure may cause loss of life or serious damage to houses, industrial or commercial buildings, important public utilities, main highways or major railroads."

According to KDOW, state inspections for dams with high (Class C) and moderate classifications (Class B) occur every two years, while dams with a low hazard classification (Class A) are inspected every five years. A Certification of Inspection is issued to the dam owner if, upon inspection, it is determined that the as-built structure meets all the necessary requirements as outlined in KDOW's Engineering Memorandum No. 5. Following successful construction completion and inspection, the owner is given permission to impound water and the dam is placed on the KDOW inventory of dams.

Ash Pond 4 at Dale Power Station does meet KDOW criteria for dam definition, carries a Class A, or Low Hazard rating, and has been assigned ID 660 on the KDOW dam inventory. Although Ash Pond 2 at the Dale Power Station meets the criteria set forth by KDOW for identification as a dam (impounds greater than 50 acre-feet), KDOW has not assigned a hazard classification to the structure, does not list the pond on the dam inventory list, and does not inspect the dam structure. Ash Pond 3 does not meet the definition criteria for a dam.

The National Inventory of Dams (NID), administered by the U.S. Army Corps of Engineers (USACE), provides a list of many dams within the United States, as well as hazard potentials related to the listed dams. The information is provided to the USACE for inclusion in the NID database primarily by the states. Ash Pond 4 at Dale Power Station is listed on the NID and is assigned ID KY00660. Ash Pond 2 and Ash Pond 3 are not listed on the NID.

As part of the observations and evaluations performed at Dale Power Station, AMEC completed EPA's Coal Combustion Dam Inspection Checklist and Coal Combustion Waste (CCW) Impoundment Inspection Forms. Copies of these forms are provided in Appendix A. The

Impoundment Inspection Forms include a section that assigns a "Hazard Potential" that is used to indicate what would occur following failure of an impoundment. "Hazard Potential" choices include "Less than Low," "Low," "Significant," and "High." Based on the site visit evaluation of the impoundments, AMEC engineers assigned a "Significant Hazard Potential" classification to each of the three ash ponds located at Dale Power Plant. As defined on the Inspection Form, dams assigned a "Significant Hazard Potential" classification are those dams where failure or miss-operation results in no probable loss of human life but can cause economic loss, environmental damage, disruption of lifeline facilities, or can impact other concerns. AMEC assigned the "Significant Hazard Potential" classification to these impoundments based on their proximity to the Kentucky River.

EPA received Draft Report[1] response comments from EKPC (January 12, 2011). In their comments, EKPC noted that "AMEC assigned the 'Significant Hazard Potential' to the impoundments at Dale Station based on the proximity to the Kentucky River." EKPC questions the assignment of the hazard potential based only on proximity to the river and states "the condition or operation of the impoundments was not considered in assigning the classification." AMEC notes that hazard classifications, as defined in KDOW's EM No. 5, do not include references to environmental damage, only "damage to property." The hazard potential classifications provided by EPA for use in the assessment reports do include a reference to "environmental damage" and, in AMEC's opinion; failure of the ash ponds at the Dale Station would cause environmental damage to the Kentucky River due entirely to those pond's proximity to the river. Furthermore, pond condition and/or operation are not used as a basis for assignment of the hazard potential, only what would occur following an impoundment failure.

### 1.2.1 State Issued Permits

The Kentucky Natural Resources and Environmental Protection Cabinet Department for Environmental Protection Division of Water has issued Kentucky Pollutant Discharge Elimination System (KPDES) Permit No. KY 0002194 to East Kentucky Power Cooperative, Incorporated. This KPDES Permit authorizes EKPC to discharge from Dale Power Plant outfalls 002, 003, 004, and 008 into the Kentucky River. The permit became effective on December 1, 2001 and expired on November 30, 2006. EKPC's KPDES permit renewal request was received by KDOW and given an effective date of July 20, 2006 (DS CBI 000087). According to EKPC, KDOW's technical review of the renewal request is still underway.

EKPC provided AMEC with a copy of the Certificate of Inspection for Ash Pond 4, which was dated October 29, 1998 (DS CBI 000088). Although KDOW regulations state that Class A dams shall be inspected every five years, no records were provided to show whether prior or subsequent inspections of the dam were performed. EKPC stated that KDOW has not conducted an inspection at the facility since that time.

### 1.3 Site Description and Location

EKPC's Dale Power Station is located in Ford, Kentucky (Clark County), approximately ten miles southwest of Winchester, Kentucky. The area surrounding the plant boundary is primarily rural. The Kentucky River is located directly adjacent to the south and west of the plant facilities. The shortest distance between the top of embankment and the Kentucky River is approximately 330 feet, 120 feet, and 85 feet for Ash Ponds 2, 3, and 4, respectively. The

---

[1] Draft Report submitted to EPA by AMEC in September 2010

Photo Site Plan, included as Figure 2, shows the location of Ash Ponds 2, 3, and 4 and their proximity to the Kentucky River.

An aerial photograph of the region indicating the location of Dale Power Station's ash ponds in relation to schools, hospitals, municipal water intakes and other critical infrastructure located within approximately 5 miles down gradient of the structures is included as Figure 3, the Critical Infrastructure Map. A table that provides names and coordinate data for the infrastructure is included on the map.

## 1.4    Process Ponds

### 1.4.1    Ash Handling and Flow Summary

Dale Power Station utilizes coal in the production of electricity. In this process, two types of CCW ash are generated: bottom ash and fly ash. Typically, power plants like Dale discharge CCW by wet sluicing it into large impoundments designed to hold the CCW solids as well as the liquid added for sluicing.

Based on conversations with EKPC personnel, Dale Power Station, as originally constructed, contained three ash ponds. These ponds were identified as Ash Pond 1, Ash Pond 2, and Ash Pond 3. The impoundment currently identified as Ash Pond 2 was originally divided into two, approximately 4-acre, ponds; namely Ash Pond 1 and Ash Pond 2. A divider dike, located horizontally across the impoundment, served to separate the pond into northern and southern areas. Ash Pond 3, approximated to be nearly 4 acres based on topographic maps (DS CBI 000485 and 000486) provided to AMEC, was located adjacent to and west of the original Ash Pond 2. CCW was sluiced into either Ash Pond 1 or Ash Pond 3, with clarified supernatant entering into Ash Pond 2 prior to discharge into the Kentucky River.

According to the Ash Flow Narrative (DS CBI 000447) provided by EKPC, Dale Power Station disposes of bottom ash (the heavier of the two types) and fly ash by introducing service water, from the re-circulating cooling water system, into ash hoppers. A "hydrovac" system is then used to pull the water and ash from the hoppers, mixing it and sluicing it into a concrete pit. From there, the ash and water mixture is pumped into a holding tank, where it then flows by gravity to the "in service" ash pond. Until recently, both Ash Ponds 2 and 4 were available to receive sluiced CCW. Only Ash Pond 2 receives wet sluiced ash currently because Ash Pond 4 is out of service. Ash sluicing water decants in Ash Pond 2 and is discharged into the Kentucky River via KPDES permitted outfalls.

### 1.4.2    Ash Pond 2

A topographic plan view of Ash Pond 2 is included as Figure 4. This figure is based on a Lidar survey that was conducted in late 2009 to provide EKPC with more accurate embankment elevations and other useful information regarding the facilities.

EKPC Response to EPA Request for Information (RRFI)

The following information was provided by EKPC in their response to EPA's Request for Information under Section 104(e) of CERCLA, March 24, 2009 (DS 000001-000036). Ash Pond 2 was placed into service on December 1, 1954. At that time, the impoundment was divided by an internal dike into two ponds which were referred to as Ash Pond 1 and Ash Pond 2. The internal dike was removed and improvements were made to watershed ditches in 1999. Ash

Pond 2 has a total storage capacity of 180,000 cubic yards (CY), a crest height of 20 feet, and a corresponding surface area of eight acres. Additionally, as of March 15, 2008, the total CCW stored within the pond was 40,000 CY. In the pond, the ratio of bottom ash to fly ash is approximately 20 percent to 80 percent, respectively. It was noted that "Boiler slag and other constituents make up less than one percent of the volume of coal combustion products (CCB) stored in the ponds." The term "other constituents" was not defined by EKPC. Whether the pond was designed by, or, constructed under the supervision of a professional engineer is unknown. However, the pond is "evaluated on a periodic basis by the Vice-President of Production, a Registered Professional Engineer with a BS & MS in Mining Engineering and 20 years + of extensive work in civil and geotechnical engineering." The name of the evaluator was not provided.

Stantec Consulting Services 2009 Ash Storage Pond #2 Inspection Report

A report completed by Stantec Consulting Services (Stantec) in February 2010, entitled *2009 Ash Storage Pond #2 Inspection Report, Dale Power Station, Ford, Kentucky* (DS CBI 000026-000068) provided information regarding history of Ash Pond 2 as well as pond conditions as of the observation date of July 1, 2009.

Stantec notes in their inspection report that documentation, dated August 13, 1992, provided to them by EKPC "indicated that a 90 feet long area of the western limits had erosion repairs constructed which included placing rip rap (crushed limestone channel lining)." Additionally, "the documentation also indicated that 650 feet of the western limits had trees removed to facilitate erosion repairs."

As noted previously, very little historical documentation, including design criteria, exists for Ash Pond 2. AMEC was not provided with documentation that clearly set any design or as-built conditions for Ash Pond 2; however, Stantec's report states that "early drawings for the ash storage impoundment indicate that the top of dike elevation for the ash pond would be 595.0 feet, and the bottom of the pond would be at approximate elevation 579.0[2] feet." Stantec refers to Ash Pond 2 as "an approximate 10-acre pond." This pond area appears to be more accurate, than the eight acre surface area figure provided by EKPC in their RRFI, when measured without the previously existing divider dike. Additionally, based on survey data collected during the site visit, Stantec notes that "the dikes encompassing the pond are approximately 23 feet high", which contradicts the 20 foot embankment height noted in the RRFI and to AMEC during the August 4, 2010 site visit[3]. Additionally, the crest was noted to vary "in elevation along its approximate center between 593.5[4] feet and 602.7 feet with an average of 595.5 feet." Stantec's report also indicates that crest elevations are higher in the southern portion and lower in the northern portions. One explanation, Stantec notes, could be caused by the initially constructed two connected pond condition. A historic topographic plan (DS CBI 000486) that

---

[2] Comments to the Draft Report provided by EKPC in January 2011 indicate that the elevation 579.0 feet referenced on page 1 of the Stantec report was a typographical error and that Section 5.2 of that report correctly reported the pond bottom elevation as 572.0 feet.

[3] Additional comments to the Draft Report provided by EKPC provide some clarification regarding the dike height issue. The original dike height may have been 23 feet (elevation 595.0 ft. - 572.0 ft.), but current conditions show the minimum dike height to be between 20 and 21 feet (elevation 592.8 ft. – 572.0 ft.)

[4] August 2010 S&ME report entitled *Engineering Study for Dale Power Station Ash Pond No. 2 Evaluation of Risks of 100-Yr Rain Event & Freeboard Requirement* notes a minimum crest elevation of 592.8 ft, based on field survey information.

was provided to AMEC substantiates Stantec's assertion. This topographic plan indicates operating water surface elevations for Ash Pond 1 (southern half) and Ash Pond 2 (northern half) of 589.8 feet and 586.2 feet, respectively.

Assessments and observations listed in the report that are applicable to this Draft Assessment Report are described below.

1. Stantec states that, according to information provided by EKPC, the <u>western</u> interior slopes were designed to be 2.5:1 (H:V). However, results of slope surveys by Stantec showed the <u>north</u> and <u>east</u> interior slopes ranged from 1.2:1 (H:V) to 2.6:1 (H:V).

2. Erosion rills and gullies were noted "throughout the interior slopes", with some areas considered "excessive".

3. Although northern exterior slopes ranged from 2.6:1 (H:V) to 2.1:1 (H:V) based on Stantec's survey results, these slopes were noted to be "well protected with Class III channel lining and appeared to be uniform with no signs of erosion or instability."

4. Assessment of exterior slopes along the southwestern portions of the pond was not possible due to "dense vegetation greater than 4 feet tall." Other exterior slopes were not assessed due to the existence of roadways, a coal stockpile and Ash Pond 3.

5. An area of ponded water was observed along the southern half of the western exterior slope. Poor drainage conditions and a water discharge or process piping system (possibly abandoned) seemed to be the source of the ponding.

6. A second area of ponded water existed along the northern edge of Ash Pond 3 and between Ash Pond 2 and Ash Pond 3. A plugged drain line located at the northwest corner of Ash Pond 2 was unplugged, allowing some water to flow back into Ash Pond 2. However, due to what appeared to be poor grading, some water remained ponded.

7. Possible instability or settlement on the western crest was observed in an area that, after review of aerial images and old drawings, appeared to be near the limits of the original divider dike that existed in Ash Pond 2. "This area contained two cracks or voids within the crest of the dike and signs of interior slope erosion." Recent construction appeared to have taken place along approximately 40 feet at the location and included "regrading and the placement of fill material on the crest and interior slope. Fill material appeared to consist of soil, rock, ash, coal particles, and crushed limestone," as well as a few pieces of wood and metal pipe.

Figure 5 provides a plan view of Ash Pond 2 that illustrates the location of the critical observations described above as well as the location of two embankment cross sections that were surveyed during Stantec's site visit. The two cross sections, labeled A-A' and B-B', are illustrated on Figure 6. These figures were originally provided by Stantec in their 2009 Inspection Report (DS CBI 000026-000068).

Although Stantec provided an overall rating of fair/satisfactory for the condition of Ash Pond 2, many critical items noted during the assessment resulted in recommendations "that were

considered of high importance." Numerous engineering, programmatic and maintenance recommendations were provided and are described below.

1.  Completion of an engineering study to determine sources of cracking and voids, as well as the source of water that was observed in two areas outside the ash pond.

2.  Formalization of an Operation and Maintenance Plan for the facility.

3.  Institution of a monitoring plan for the ash ponds and installation of monitoring and surface displacement monuments. Regular inspection of the ash ponds and related facilities, as well as regular data collection and reporting from the instrumentation.

4.  Regrading plan to promote proper drainage (eliminate ponding) for areas outside Ash Pond 2 and Ash Pond 3.

5.  Use of a 1992 survey completed by EKPC as a base map, to include a plant survey control, for all future facility modifications.

6.  Improve monitoring of the interior slopes where erosion is occurring. Repair these areas promptly to prevent continuation of the erosion. Additionally, monitor crest for potholes and rutting and provide prompt repair by re-grading to promote flow toward the ash pond.

7.  Improve mowing frequency of toe and external slope areas to three to four times per year to enhance monitoring and observation capabilities.

8.  Continued monitoring of observed wet areas outside Ash Pond 2 in the vicinity of Ash Pond 3 to determine if conditions change.

9.  The 30-inch discharge pipe located at the base of the pond's overflow structure should be evaluated for suitability and age.

10. Ash/sediment accumulation inside the overflow structure should be monitored to maintain unobstructed flow from the structure.

Ash Pond 2 Current Conditions

Subsequent to Stantec's July 2009 observations and recommendations, EKPC issued a document entitled *Request for Proposal, Engineering Services, Ash Dams and Landfill* (RFP) (DS CBI 000001-000025), dated November 23, 2009. This RFP set forth a scope of work for each of the three ash ponds, specifically requesting that Dale Ash Pond No. 2 be inspected and evaluated to provide the following;

> *Item B1 - Engineering study to evaluate the source of cracking, erosion and voids observed along the western limits of the pond,* and,

> *Item B2 - Engineering study for source of water; to evaluate the source observed along the toe of the southeastern portion of the west dike and between Ash Pond #2 and #3 to determine if seepage is occurring.*

The RFP also included Item B3, as discussed below in Section 1.4.3, that describes grading and drainage work for Ash Pond 3 and the area it shares with Ash Pond 2. However, the RFP did not include reference to any other of the recommendations provided by Stantec as a result of their site inspection. However, comments to the Draft Report, provided by EKPC in January 2011, note "the remaining items [recommendations] deal with inspections and monitoring that are incorporated in the standard operation of the Dale Station Coal Yard. EKPC has addressed all of the recommendations in the report."

In January 2010, EKPC contracted with Qore Property Sciences (now S&ME Inc.) to provide engineering services for Ash Pond 2 scope items B1 and B2 of the RFP (DS CBI 000498-000523). The original proposal (DS CBI 000528-000532) submitted by Qore Property Sciences made reference to a geotechnical exploration that was not listed in the RFP, but that was considered necessary to collect data for use in proposal items B1 and B2. These engineering studies concerning Ash Pond 2 are underway at this time.

## 1.4.3   Ash Pond 3

EKPC Response to EPA Request for Information (RRFI)

EKPC did not provide information regarding Ash Pond 3 to the EPA in response to the EPA's Request for Information. However, at the time of AMEC's site visit, former ash in the pond had been excavated (by comparison to 2009 inspection photos) and the pond was being used as a dewatering/ash stacking facility. A topographic plan view indicating the general location of Ash Pond 3 is included as Figure 7. This figure is based on a Lidar survey that was conducted in late 2009 to provide EKPC with more accurate embankment elevations and other useful information regarding the facilities. The history of this pond and its current condition are described below.

Ash Pond 3 History

According to conversations with EKPC and Dale Power Station personnel, Ash Pond 3 was designed and constructed as part of the original CCW disposal facilities at the station. Originally, ash was sluiced into Ash Ponds 1 and 3 with decant water from the sluiced ash routed into Ash Pond 2 prior to discharge into the Kentucky River. According to EKPC and Dale Power Station personnel, Ash Pond 3 experienced an embankment failure on December 11, 1975. EKPC notified KDOW of the failure and leak of an estimated 300 tons of CCW and 2 acre feet of decant water into the river, as well as the fact that Ash Pond 3 had been taken out of service (DS CBI 000085 - 000086). As a result, the station operated for a time with only Ash Pond 1 and 2 in service. According to conversations with EKPC personnel, in October 1975, just weeks prior to the failure in Ash Pond 3, they had received a permit to construct Ash Pond 4. We understand no other documentation is available concerning the history of Ash Pond 3. However, EKPC and Dale Power Station personnel have stated that, as of 1994, the pond was full and topped by a soil cover.

Ash Pond 3 Current Conditions

EKPC plans to use the area of Ash Pond 3 to stack ash dredged from Ash Pond 2, and to cover the stack with soil and regrade slopes once Ash Pond 4 is placed back into service. A 2009 RFP issued by EKPC (DS CBI 000001-000025), sets forth the scope of work required to prepare Ash Pond 3 for dry stacking operations. Specifically, the RFP requested that Dale Ash Pond 3 be inspected and evaluated to provide the following;

*Item B3 - Design and Plans for re-grade of #3 Ponds for positive drainage; develop a re-grade plan and evaluate the stability in the area of the Dry Ash Pond #3 to create positive drainage into Ash Pond #2.*

In January 2010, EKPC contracted with Qore Property Sciences (now S&ME Inc.) to provide engineering services for scope item B3 of the RFP (DS CBI 000498-000523).

Drawings, entitled *Construction Plans for Dale Ash Pond Number 3 Re-grading, Ford, Clark County, Kentucky*, (DS CBI 000448 - 000465) dated June 2010 and completed by S&ME Inc., outline the proposed re-grade of Ash Pond 3, as well as drainage improvements for the area. According to the drawings, the top of stack elevation is proposed to be 620 feet. The embankment is shown to initially contain 77,688 CY of ash fill, with an ultimate ash fill volume of 84,545 CY.

A trapezoidal ditch lined with Class II channel material, with bottom and top widths of two (2) feet and six (6) feet, respectively, and side slopes of 2:1 (H:V) is propsed to be constructed along the northern, eastern, and southern toe of the ash fill slope. Beginning at the southeast corner of Ash Pond 3 and proceeding approximately 360 feet along the Ash Pond 3 eastern toe of slope, the trapezoidal ditch is proposed to be directly adjacent to the downstream toe of the western embankment of Ash Pond 2. This channel is proposed to collect runoff from the majority of the ash stack and is shown to be graded to drain to Ash Pond 2 through an existing 15-inch corrugated metal pipe (CMP) located at the northwestern corner of Ash Pond 2.

### 1.4.4 Ash Pond 4

A topographic plan view of Ash Pond 4 is included as Figure 8. This figure is based on a Lidar survey conducted in late 2009 to provide EKPC with more accurate embankment elevations and other useful information regarding the facilities. Figure 9 illustrates typical Ash Pond 4 embankment cross sections taken from the pond's 1977 construction drawings (sheet 7, DSI CBI 000489 of set DS CBI 000477-000483).

EKPC Response to EPA Request for Information (RRFI)

According to documentation provided by EKPC in response to the EPA Request for Information under Section 104(e) of CERCLA, March 24, 2009 (DS 000001-000036), Ash Pond 4 was constructed in 1977. Final design drawings for Ash Pond 4, *East Kentucky Power Cooperative, Ash Storage Basis, Dale Station* (DS CBI 000477-000483), were completed by Stanley Consultants and dated November 18, 1977. The following information was provided by EPKC's response to EPA (DS 000001-00036); this pond has a total storage capacity of 230,000 CY, a corresponding surface area of 10.3 acres, and a maximum embankment height of 26 feet. Additionally, according to EKPC, the pond contained 180,000 CY of CCW as of August 22, 2008. Ash Pond 4 contains an ash mixture that is "approximately 20 percent bottom ash to 80 percent fly ash. Boiler slag and other constituents make up less than one percent of the volume of coal combustion products (CCB) stored in the ponds." The term "other constituents" was not defined by EKPC. Currently, Ash Pond 4 is not in service. Ash Pond 4 was designed and constructed, and is monitored by a professional engineer. Evaluations are periodically performed on this pond by EKPC's Vice-President of Production, as described above for Ash Pond 2.

2004 Evaluation of Corrective Measures Fly Ash Pond No. 4 Leakage

Fuller, Mossbarger, Scott and May Engineers Inc. (FMSM) authored a December 2004 report entitled *Evaluation of Corrective Measures for Fly Ash Pond No. 4 Leakage* (DS CBI 000329-000378). The report was written in response to a request by EKPC that the site be evaluated so that corrective measures could be designed that would stop the leakage that had been occurring, in FMSM's understanding, for "at least five years through the east side" of Ash Pond 4 "presumably through the limestone bedrock formation underlying the dike." Based on the results of the geotechnical exploration and topographic survey, FMSM provided recommendations for three individual, possible corrective actions that included installation of a cutoff trench, a partial clay liner, or a partial flexible membrane liner. The "Conclusions and Recommendations" section of the report states;

> *The pressure testing performed and rock cores obtained from the different borings suggest that soft shale seams, fractures and voids within the limestone bedrock underlying the east side of the dike provide seepage paths for water and fly ash to leak out of the pond. Although a seep has been noted surfacing along a small drain located east of the pond, it is possible there are other locations where leaks surface.*
>
> *Because of the karst features present within the underlying bedrock, the measures to reduce or control the leakage need to be applied to the entire pond. Otherwise, the potential for leakage to occur will not be eliminated.*

FMSM was directed by EKPC to focus "on the east side of the pond where the leakage is known to occur" as a first course of action. Following FMSM's investigation, they recommended that "the east side of the pond be lined either using clay soil or a flexible membrane liner", citing "cost and the relative ease for potential future expansion," for the choice.

EKPC noted in their comments to the September 2010 Draft Report comments that they do "not believe that FMSM's intent was to say that the No. 4 pond had been leaking continuously for the past five years, but that five years ago leakage had occurred at that location that was corrected upon discovery." EKPC also noted that intent for the 2004 FMSM investigation was to "look at a permanent fix to ensure the leakage did not recur in the future." FMSM's 2004 report noted that the first attempt to stop or reduce the leaks are detailed in a November 2000 report by T. Luckey Sons Inc., as described later in this section.

2009 Ash Storage Pond No. 4 Inspection Report

A February 2010 report, completed by Stantec Consulting Services, entitled *2009 Ash Storage Pond No. 4 Inspection Report, Dale Power Station, Ford, Kentucky* (DS CBI 000069-000120) identifies and describes the following occurrences which detail a lengthy history of leakage from the impoundment, as well as control or repair attempts.

> *In August 1978, a report by Stokely-Cheeks & Associates was issued to EKPC regarding Ash Pond No. 4 leakage along the north side of the pond. The report recommended that a grout curtain be constructed along the north side of the pond to stop or reduce the potential for ash leakage. Following issuance of Stokely-Cheeks & Associates report, EKPC reportedly hired Stanley Consultants for the design and construction of a bentonite curtain. Reportedly, this measure resolved the ash leakage along the north side of the impoundment.*

*Additional repair measures were reportedly completed by EKPC in 1998 along the northern limits of the pond. It is understood that a trench was dug down into weathered bedrock, and the resulting excavation was backfilled with concrete.*

*In 2000, a report by T. Luckey Sons Inc., dated November 15, 2000 and titled Chemical Grouting Fly Ash Pond No. 4, describes attempts made to stop or reduce the leakage by injecting chemical grout into 4-inch holes drilled to a maximum depth of 30 feet and forming a grout cutoff wall along the east side of the dike. The holes were reportedly drilled along a line on 15-foot centers, and followed by a second series of holes drilled in between the first series of holes to insure that the chemical grout was continuous form hole to hole. The report also confirms that there were multiple locations that exhibited large fractures and voids in the rock formation, and that fly ash was noted in several locations of such fractures and voids. During this time period Fuller, Mossbarger, Scott and May Engineers, Inc. was also hired to perform rock coring to follow up in helping to identify other voids/karst features within the vicinity of the grout repair area.*

*In 2004 EKPC contracted Stantec (formerly Fuller, Mossbarger, Scott & May Engineers, Inc.) to investigate water and fly ash that had been leaking…..through the east side of the Dale Station - Fly Ash Pond No. 4, presumably through the limestone bedrock formation underlying the dike. Reportedly, the leakage surfaces* [were located] *along a natural drain* [which was] *located approximately 300 feet east of the dike. Subsurface information obtained from borings advanced by Stantec along the eastern dike indicates that the top of the bedrock varies in elevation significantly and the underlying limestone bedrock includes voids (karst features). A report,* (Evaluation of Corrective Measures Fly Ash Pond No. 4 Leakage, DS CBI 000329-000378) *was completed by Stantec* (FMSM) *in December 2004 in which three corrective measure alternatives and their estimated costs were evaluated for repair/treatment of the east side of the pond where leakage is known to occur. EKPC proceeded to construct a 5-foot soil wedge extending from the bentonite curtain along the northeast to the middle of the crest along the southeastern limits of the dike. EKPC reported this measure effectively stopped any noticeable leaking through the dike.*

*It is Stantec's understanding that on August 22, 2008, a whirlpool was observed by EKPC personnel approximately 60 feet from the crest of the dike along the eastern side. EKPC then observed leakage surfacing along a natural drain located approximately 300 feet east of the dike. Upon observing the whirlpool and seepage EKPC stopped ash disposal into the pond, began dewatering the pond and notified the proper authorities of the observations. Due to leakage EKPC has stopped sluicing ash to the pond and is currently excavating existing ash material. Reportedly, EKPC plans to have all ash excavations completed by fall 2010, perform maintenance activities and have the pond back to an active ash storage facility by summer 2011.*

Assessments and observations listed in the report that are applicable to this Draft Assessment Report are described below.

1. Survey of the existing crest elevation found it to be an average of 604.5 feet, one half foot below the design elevation of 605 feet.

2. Field measurement of interior slopes indicated they ranged from 2.3:1 (H:V) to 2.9:1 (H:V). Interior slopes were designed to be 2.5:1 (H:V).

3. Exterior slopes were designed to be 3:1 (H:V), however, survey data indicated that the exterior slopes ranged from 2.6:1 (H:V) to 2.9:1 (H:V). However, these slopes were said to be uniform with no signs of erosion of instability present. Several "large mature trees were observed near the exterior toe of the ash pond, particularly along the Kentucky River banks and northern limits of the pond."

4. In many areas, the buffer zone located along the western limits of the pond was found to be less than the originally constructed design width of 30 feet. The smallest section was located at the point of a 2004 landslide (discussed below). The buffer width at this section was measured to be 9 feet wide between the toe of the embankment and the top of the scarp.

5. Ponded water was noted in at least six areas along the 30-foot buffer zone located at the exterior western embankment toe. The source of the water was noted to be unclear since Ash Pond 4 had been drained entirely in 2008, the previous year.

6. Survey of the crest found that width averaged 18 feet, which is greater than the crest design width of 15 feet.

7. Comparison between topographic survey data that was obtained by Stantec during the inspection and elevation data that was obtained in 2004, indicated that an eastern dike crest segment, which extends from roughly the entrance from KY 1924 to the portion directly above the spillway, showed settlement ranging from 0.6 feet to 1 foot near the center portion of the crest.

8. Sediment and ash was noted to have accumulated in the lower portion of the pond's discharge structure. It was noted that debris, left uncleared, could create blockages that would negatively affect the structure's discharge capacity.

Figure 10 provides a plan view of Ash Pond 4 that illustrates the location of the critical observations described above, as well as the location of two embankment cross sections that were surveyed during Stantec's site visit. The two cross sections, labeled C-C' and D-D', are illustrated on Figure 11. These figures were originally provided by Stantec in their 2009 Inspection Report (DS CBI 000069-000120).

Stantec stated that the overall condition of Ash Pond 4 "appears to be poor to fair" based on the results of their inspection. Additionally, Stantec noted the many of the recommendations that they provided in this report "are considered of high importance, while others pertain to general maintenance that should be performed to limit future concerns." Stantec specifically cited as critical, the "karst or subgrade crevice feature" related to the whirlpool, as well as the active landslide located at the base of the western exterior embankment toe. While not critical, the areas of ponded water were noted to be important. Engineering and programmatic recommendations are described below.

1. Not returning Ash Pond 4 to service until the source of the leak is repaired.

2. Creation of a facility "Operations and Maintenance Plan" that would contain an emergency action plan for the ash pond.

3. Periodically updating the pond's topographic survey to "reflect current site conditions," as well as "to note and update any modifications performed within the facility."

4. Institution of a monitoring plan that includes "piezometers, slope inclinometers and surface monuments" that should be "concentrated along the southern and western dike segments."

5. Alleviate areas of ponded water by filling and re-grading such locations to drain to the river.

6. Re-establishment of the 30-foot (design) buffer zone.

Maintenance recommendations are listed below.

1. Requesting additional engineering evaluations regarding the karst and seepage issues prior to placing the pond back into operation.

2. Repair of the interior pond slopes that showed erosion, rills, and gullies, to include re-grade operations to attain original design configuration.

3. Removal of large trees located at the toe of slope along the river to at least 15 feet from the toe.

4. Toe area mowing to be performed as needed, at least three to four times per year.

5. Continued monitoring of the wet areas of ponded water.

6. Evaluation of the 12-inch corrugated metal pipe (CMP) located at the bottom of the discharge structure. Typical design life for CMP was noted to be 30 years, depending on amount of use.

7. Installation of a walkway to the overflow structure to allow for better access, observation, and maintenance. Also, removal of accumulated ash and sediment currently inside structure.

8. Repair and re-grading of the ash pond crest to the design elevation of 605.0 feet.

<u>Stantec Consulting Services 2009 River Bank Stability Near Ash Storage Pond #4 Inspection Report</u>

Additionally, a February 2010 report, completed by Stantec Consulting Services, entitled *2009 River Bank Stability Near Ash Storage Pond #4 Inspection Report, Dale Power Station, Ford, Kentucky* (DS CBI 000121-000150) identifies that Stantec conducted a geotechnical exploration in August 2004 in response to a landslide that had occurred below the toe of the southwestern portion of the downstream embankment of Ash Pond 4. The report that resulted from the August 2004 exploration, not provided to AMEC, apparently summarized a topographic survey that was completed in August 2004 to determine the "approximate limits of the landslide." The report addressed "recommendations for immediate countermeasures including vegetation removal, re-grading the landslide area, re-vegetating the area and installing two slope

inclinometers to monitor movement." Long term recommendations were stated as well, and included "possible corrective measures such as a piling wall, tie-back wall or toe berm."

The 2009 riverbank stability inspection report also provides an assessment summary for the area to the west and south of Ash Pond 4, between the pond's embankment and the Kentucky River. Assessment of the area noted the following items.

1. Dense vegetation along the riverbank that included mature trees, grasses, and brushy undergrowth that hampered inspection;

2. Variability in riverbank slopes, gentle slopes to the south and steep to near vertical in the northern portion;

3. Presence of alluvial, easily eroded soils and dessication cracks throughout the observed area;

4. Movement, based on survey data, noted in top of scarp from the landslide (dimensioned at 45 feet by 175 feet) of "approximately 2.5 feet toward the toe of Ash Pond 4 from 2004 to 2009";

5. Erosion of the 30-foot wide buffer zone that existed between Ash Pond 4 and the river. A minimum buffer width of 9-feet was noted to exist in some areas;

6. Bank undermining and erosion along the river's edge, most notably in an area approximately 200 feet north of the limits of the landslide; Stantec noted that it considers this area as having "excessive erosion" and calls it "marginally stable"; and,

7. Leaning trees along the river bank that indicate "river migration, erosion of alluvial soils and/or undermining, and slope movement."

Figure 12, provided by Stantec in the riverbank stability inspection report, illustrates changes in the landslide from 2004 to 2009.

Stantec stated that the "overall condition of the riverbank and how it affects the integrity of Ash Pond No. 4 is poor due to the observed landslide." Additionally, Stantec noted the many of the recommendations that were provided in their report "are considered of high importance, while others pertain to general maintenance that should be performed to limit future concerns." Stantec specifically cited as critical, the "landslide and excessive bank erosion observed north of the landslide area." Concerning the landslide, Stantec noted;

> *Although the actual cause of the landslide is unknown, similar riverbank failures are usually attributed to unusual changes in the river level, localized steepness of the riverbank, unusually wet bank conditions due to surface runoff during heavy rain or snow precipitation, or a combination of these factors. Also, drastic changes in the water level of the river can cause a rapid groundwater drawdown within the alluvial deposits, which in turn can cause a bank failure. In this case, the alluvial deposits and the normal water level of the river make it practically impossible to find out the full extent of the failure, which hinders any efforts to determine the cause of the slide. Even though certain types of instrumentation could be installed within land borings to determine the slip plane location, the river would prevent locating the toe of*

*the slide if it is assumed the slide actually toes out within the river channel. A hydrographic survey could be performed in the river adjacent to the slide area. The technology may help define the limits of the slide within the river.*

Engineering and programmatic recommendations are described below.

1.  Conduct further engineering study to develop and construct a repair to the landslide. Following repair, maintain the area to control any expansion.

2.  Repair erosion and undermining of the riverbank slopes by backfilling or re-grading or installing a piling wall, tie-back wall or a toe berm.

3.  As recommended in Ash Pond 4 Inspection Report, alleviate areas of ponded water by filling and re-grading such locations to drain to the river.

4.  As recommended in Ash Pond 4 Inspection Report, re-establish the 30-foot (design) buffer zone located between the western exterior embankment toe and the river.

Maintenance recommendations are listed below.

1.  Repair existing areas of minor erosion along river banks, monitor and repair erosion rills and gullies as they are formed.

2.  As recommended in Ash Pond 4 Inspection Report, remove large trees located at the toe of slope along the river to at least 15 feet from the toe.

3.  As recommended in Ash Pond 4 Inspection Report, the toe area of the buffer zone and riverbank area should be mowed as needed, at least three to four times per year.

Ash Pond 4, Adjacent Buffer Area and Riverbank Current Conditions

Subsequent to Stantec's July 2009 observations and recommendations regarding Ash Pond 4 and the river bank stability near Ash Pond 4, EKPC issued a document entitled *Request for Proposal, Engineering Services, Ash Dams and Landfill* (RFP) (DS CBI 000001-000025), dated November 23, 2009. This RFP set forth a scope of work for each of the three ash ponds, specifically requesting that Dale Ash Pond 4 and its buffer area be inspected and evaluated to provide the following;

> *Item C1 - Design and plans for a repair of ash pond #4; engineering study, design and development of detailed construction plans to repair the #4 Pond with an 80 mil poly membrane liner and under drain system for a wet sluicing pond;*

> *Item C2 - Alternate: Design and plans for a conversion of ash pond #4 to a landfill; engineering study, design and development of detailed construction plans for the repair of the #4 pond with a geosynthetic liner and under drain system for dry ash placement;*

> *Item C3 - Phase I. Engineering study to evaluate the 30 ft. buffer zone design to the edge of the river in the area of the slide; and,*

*Item C4 - Phase II buffer inadequate. Study, design and plans for a river bank repair adjacent to #4 pond; engineering study, design and development of detailed construction plans for the repair of the river bank slide adjacent to pond #4.*

In January 2010, EKPC contracted with Qore Property Sciences (now S&ME Inc.) to provide engineering services for scope items C1 through C4 of the RFP (DS CBI 000498-000523). Qore Property Sciences added geotechnical investigations to scope items C1 (C1-1), C2 (C2-1), and C4 (C4-1), that they maintain would be necessary to collect data for use in finalizing plan designs. As of August 10, 2010, scope items C-1, C-3, and C4-1 had been authorized.

Documents entitled *Technical Specifications for Seepage Correction of Ash Pond No. 4 at Dale Power Station* (DS CBI 000329-000424) and *Dale Ash Pond No. 4 Seepage Correction Drawings* (DS CBI 000466-476) were completed in response to the November 2009 *RFP* noted above. These documents, both prepared by S&ME Inc., are dated May and June 2010, respectively, and outline a proposed repair for Ash Pond 4. The repair method detailed in the S&ME Inc. document includes seepage correction through placement of a flexible, 60 mil geomembrane liner, in conjunction with clay anchors and layers of No. 9 crushed stone and Class III channel lining, each with thickness equal to 1.5 feet. Seepage correction will be performed over an area located from the top of dike along the eastern edge, down the embankment face and approximately 100 feet into the body of the impoundment, over a distance of nearly 600 feet. The embankment face will be graded to a slope of 3:1 (H:V) prior to placement of the seepage correction materials. Additionally, the S&ME Inc. specifications and drawings include instructions pertaining to a reverse filter that is to be constructed in an existing sinkhole (apparently located during a post whirlpool investigation of the pond). It was stated that the reverse filter will allow subsurface drainage to continue without allowing fines to migrate into the sinkhole. The sinkhole location shown on S&ME's *Seepage Correction Drawings* is very near the observed whirlpool location shown on the Site Aerial Map from Stantec's 2009 Ash Storage Pond No. 4 Inspection Report. Stantec's Site Aerial Map is included as Figure 10 of this Draft Assessment Report.

EKPC plans to complete the leakage repair construction over the eastern portion of the pond interior before finalizing decisions regarding future pond operations. FMSM noted in their *2004 Evaluation of Corrective Measures Report* that it would be possible to initially place the clay or flexible membrane liner over a portion of the pond then extend the soil or liner boundary in the future, if necessary. EKPC stated that their prevailing thought at this time is that Ash Pond 4 will be utilized for dry storage purposes in the future. As a result of the construction and repairs in Ash Pond 4, Ash Pond 2 currently receives all liquid-borne CCW, both bottom and fly ash, produced by Dale Power Station.

## 1.5    Previously Identified Safety Issues

In their response to Question 5 of EPA's Request for Information, EKPC stated that "on August 20, 2008 a small leak was detected in Ash Pond #4." The response continues with a summary of actions taken as described previously.

In their response to Question 7 of EPA's Request for Information, EKPC stated that "there have been no assessments, evaluations, or inspections conducted by the State or Federal regulatory officials on Dale Power Station's dams within the past year. See response to Question No. 5 above."

There was no documentation provided regarding any response from KDOW on the reported release from Ash Pond 3 in 1975 and from Ash Pond 4 in 2008. Additionally, no documentation was provided that detailed whether the releases/fixes from the 1978, 1998, 2000, and 2004 events discussed in the 2009 Stantec inspection at Ash Pond 4 were reported to, or responded to, by KDOW.

## 1.6    Site Geology

Fuller Mossbarger Scott & May (FMSM) Engineers completed *Evaluation of Corrective Measures Fly Ash Pond No. 4 Leakage* for the Dale Power Station, dated December 2004. The site geology was described within the report as follows;

> *Available geologic mapping (Geologic Map of the Ford Quadrangle, Kentucky, USGS, 1968) shows the site to be underlain by bedrock belonging to the Camp Nelson formation of the Middle Ordovician period. The Camp Nelson Limestone is described as limestone interbeded with dolomite. The limestone is light-brownish-gray in color, cryptograined and argillaceous in the upper part. The dolomite is described as brownish-yellow, very finely crystalline grained, occurs as irregular fingers and weathers differentially with the surrounding limestone. This weathering process results in honeycomb surfaces within the limestone mass.*

The report further describes faults associated with the Kentucky River Fault Zone. The report states that;

> *Structure contours drawn on the base of the Brannon Member of the Lexington Limestone Formation indicate a general rock strata dip to the east at approximately 75 feet per mile. Numerous faults associated with the Kentucky River fault Zone are located within the immediate vicinity of the site. The closest mapped fault is located 700 feet north of the site with numerous faults located in the west-northwest direction. However, these faults are not known to have been active in recent geologic time. As a result of the fault system two large basins, measuring approximately 1,300 feet and 1,400 feet along their major axis, are located near the project site. The smaller basin is located roughly 2,300 feet northwest of the project site and the larger basin is mapped 3,000 feet west of the pond.*

The "Conclusions and Recommendations" section of the report states that;

> *The pressure testing performed and rock cores obtained from the different borings suggest that soft shale seams, fractures and voids within the limestone bedrock underlying the east side of the dike provide seepage paths for water and fly ash to leak out of the pond. Although a seep has been noted surfacing along a small drain located east of the pond, it is possible there are other locations where leaks surface.*

## 1.7    Inventory of Provided Materials

EKPC provided AMEC with documentation pertaining to the design and operation of Dale Power Station. These documents were used in the preparation of this report and are listed in Appendix C, Inventory of Provided Materials.

## 2.0    FIELD ASSESSMENT

### 2.1    Visual Observations

AMEC performed visual assessments of Plant Dale's three ash pond units on August 4, 2010. Assessment of the ash ponds was completed in general accordance with *FEMA's Federal Guidelines for Dam Safety, Hazard Potential Classification System for Dams, April 2004*. The EPA Coal Combustion Dam Inspection Checklist and Coal Combustion Waste (CCW) Impoundment Inspection Forms were completed for each ash pond during the site visit. The completed forms were provided to the EPA via email four business days following the site visit. Copies of the completed checklists are included in Appendix A. In addition to completing the checklist and assessment forms, photographs were taken of each impoundment during the site visit. Photo site location maps and descriptive photos are included in Appendix B.

### 2.2    Ash Pond 2 -Visual Observations

Ash Pond 2 is currently active and receives/contains fly ash, bottom ash, boiler slag, coal pile runoff and other constituents. The northern section of the west dike is a common dike with Ash Pond 3. A surface boom skimmer is located across the middle area of the pond.

#### 2.3.1    Ash Pond 2 - Embankments and Crest

The ash pond has a side-hill configuration, and a freeboard of approximately 4 feet between the top of ash and top of dike was observed during the site visit (photo 2-4). The crest of the dam was primarily surfaced with crushed stone (photos 2-5, 2-6, and 2-12). The surface of the downstream embankment was covered with rock on the northern dike, rip-rap and crushed stone on the eastern dike (photos 2-3 and 2-6), and grass along the western dike (photo 2-12). A small depression was observed near the toe of the rip-rap cover on the west side of the north dike. The western dike appeared to be maintained and mowed at the time of the site visit. The upstream slopes were typically covered with rock and crushed rock (photos 2-4, 2-6 and 2-11). It appeared that uneven and/or steep slopes and isolated areas of slight to moderate erosion may be present on the south end of the pond, especially on the south dike where the height of the slopes are greater (photos 2-6, 2-8, 2-9 and 2-11). Actual embankment slopes may have been obscured (or disturbed) due to the presence and recent removal of ash.

#### 2.3.2    Ash Pond 2 - Outlet Control Structure

The primary outlet for Ash Pond 2 is a concrete structure connected to a 24-inch diameter concrete discharge pipe (photo 2-1). The concrete structure supports a floating perimeter skimmer and adjustable stop log unit which facilities water level adjustment as needed, based on facility operations. The outlet control structure is located at the north end of the pond. Flow from this primary outlet structure is conveyed through the 24-inch diameter concrete pipe to a discharge point which is located at the downstream toe of the north embankment (photos 2-2 and 2-3). The discharge outfall is a natural channel which discharges to the Kentucky River.

### 2.3    Ash Pond 3 - Visual Observations

Ash Pond 3 is located adjacent and to the west of Ash Pond 2. The pond is currently considered inactive, as it receives no liquid-borne material, but active in the sense of being

utilized for ash stacking purposes for ash dredged from Ash Pond 2 (photo 3-1). The eastern dike of Ash Pond 3 is adjacent to Ash Pond 2.

### 2.3.1 Ash Pond 3 - Embankments and Crest

The north and south dikes of Ash Pond 3 were generally covered with grass. The west dike was covered with trees (photo 3-2). The eastern dike is adjacent to Ash Pond 2 and the crest is covered with crushed rock.

### 2.3.2 Ash Pond 3 - Outlet Control Structure

Ash Pond 3 had no visible outlet. It appeared that ponded water that collects in the pond is conveyed by a portable pump to Ash Pond 2 (photo 3-1). Review of provided documentation showed that a 15-inch pipe exists in the upper northeast portion of the Ash Pond 2 embankment. This pipe is planned to serve to convey discharge from the runoff collection channel, proposed for most of the perimeter of the dry ash stack in Ash Pond 3, into Ash Pond 2.

## 2.4 Ash Pond 4 - Visual Observations

Ash Pond 4 is located to the south of the plant and is active. However, the pond was not receiving liquid-borne CCW materials at the time of the site visit. Due to a leak in 2008, the pond was taken out of service in order to dewater, remove the ash, and perform maintenance activities. At the time of the site visit, the ash was being excavated and transported off site to a permitted ash landfill (photos 4-1, 4-8 and 4-11).

### 2.4.1 Ash Pond 4 - Embankments and Crest

Ash Pond 4 generally has a diked configuration. The center portion of the north embankment ties into a hillside/natural ground (photo 4-8 and 4-11). A freeboard of approximately 26 feet was visible during the site visit. The upstream embankment is covered with rock (photos 4-1, 4-7, 4-8, 4-10, 4-13 and 4-14). The crest of the dam was surfaced with crushed stone (photo 4-7, 4-8, 4-10 and 4-14). The surface of the downstream embankment was covered with rock (photos 4-6 and 4-12). Areas with apparent over-steepened slopes from the 3:1 (H:V) design were noted on the downstream slopes (photos 4-6 and 4-12). A buffer area was observed below the toe of the downstream embankment on the east dike (photo 4-6). Vegetation and trees were observed up to and slightly above the downstream toe of the west and south dikes (photo 4-12). The crest of the dike appeared wider than the design width of 15 feet (photo 4-7 and 4-14). Roadways, assumed constructed for current repair work, were observed on the upstream slopes of the east, north and west dikes (photos 4-7, 4-8, 4-10, 4-11 and 4-14). An excavated sump and a severely eroded area on the upstream slope of the south dike were observed at the location of pump utilized to remove water from the pond during construction (photo 4-13). HDPE pipes used to convey CCW from Ash Pond 4 to Ash Pond 2 were observed on the interior side of the crest of the south and west dikes (photo 4-14).

### 2.4.2 Ash Pond 4 - Outlet Control Structure

The inlet of the primary outlet structure for Ash Pond 4 consists of a concrete structure connected to a 12-inch diameter corrugated metal discharge pipe. The concrete structure supports a floating perimeter skimmer and adjustable stop log unit, which facilitates water level adjustment as needed, based on facility operations (photos 4-1 and 4-2). The inlet is located at

the southeast end of the pond. The outlet is located beyond the toe of the downstream embankment and discharges to a concrete drainage ditch that ultimately discharges to the Kentucky River (photos 4-3, 4-4, and 4-5).

## 2.5    Monitoring Instrumentation

Impoundment monitoring equipment/instrumentation was not historically, and is not currently, used at the Plant Dale facility.

## 3.0    DATA EVALUATION

## 3.1    Design Assumptions

This section provides a summary of accepted minimum design criteria for dams and impoundments with respect to hydrologic, hydraulic and stability design of those structures. The relevant, methodology, design criteria, data, and analyses information that was provided for the particular project impoundments concerning hydrologic and hydraulic issues, as well as for structural adequacy and stability issues, is then presented and compared to the accepted minimum industry criteria.

## 3.2    Hydrologic and Hydraulic Design

KDOW Minimum Criteria

The Kentucky Department for Natural Resources and Environmental Protection, Division of Water, Engineering Memorandum No. 5 (EM No. 5), Section C, provides minimum hydrologic design criteria for all dams, as defined by KRS 151.100, and all other impounding obstructions which might create a hazard to life or property, that are constructed within the state of Kentucky. EM No. 5 provides equations to determine the minimum hydrologic criteria to be used in the development of emergency and spillway hydrographs for the structures. Definitions provided in EM No. 5 for emergency and hydrograph spillways are as follows:

> "The emergency-spillway hydrograph is that hydrograph used to establish the minimum design dimensions of the emergency spillway."

> "The freeboard hydrograph is the hydrograph used to establish the minimum elevation of the top of the dam."

Precipitation values to be used in determination of the emergency and freeboard hydrographs for low, moderate, and high hazard class dams are provided by EM No. 5 and are as follows. .

Emergency Spillway Hydrograph

| | | |
|---|---|---|
| Class (A) Low Hazard Structure | $P_A = P_{100}$ | (1) |
| Class (B) Moderate Hazard Structure | $P_B = P_{100} + [0.12 \times (PMP - P_{100})]$ | (2) |
| Class (C) High Hazard Structure | $P_c = P_{100} + [0.26 \times (PMP - P_{100})]$ | (3) |

Freeboard Hydrograph

| | | |
|---|---|---|
| Class (A) Low Hazard Structure | $P_A = P_{100} + [0.12 \times (PMP - P_{100})]$ | (4) |
| Class (B) Moderate Hazard Structure | $P_B = P_{100} + [0.40 \times (PMP - P_{100})]$ | (5) |
| Class (C) High Hazard Structure | $P_c = PMP$ | (6) |

where, P refers to 6-hour precipitation, $P_{100}$ refers to 6-hour, 100-year precipitation, and PMP refers to 6-hour Probable Maximum Precipitation.

According to EM No. 5, the freeboard hydrograph rainfall depth established by the equation "does not eliminate the need for sound engineering judgment but only establishes the lowest limit of design considered acceptable." Several sources are provided in EM No. 5 regarding where to obtain rainfall values to use in the equations. Engineering Memorandum No. 2 (EM No. 2), issued by KDOW and last revised on June 1, 1979, is entitled "Rainfall Frequency Values for Kentucky", and is noted as an acceptable data source for rainfall data for locations in Kentucky.

With respect to the principal spillway, EM No. 5 states that "It is desirable that the retarding pool be emptied in ten (10) days or less. It may be assumed that this requirement has been met if eighty (80) percent of the maximum volume of retarding storage has been evacuated in the ten (10) day period." KDOW defines retarding pool at "the reservoir space allotted to the temporary impoundment of floodwater. Its upper limit is the elevation of the crest of the emergency spillway." According to discussions with KDOW Dam Safety personnel, In the absence of an emergency spillway, the upper limit would be considered to be the crest of the dam.

Emergency spillway hydrographs are to be routed "through the reservoirs beginning at the water surface elevation of the principal spillway or the water surface elevation after 10 days drawdown, whichever is greater." Class (A) and (B) structures shall have freeboard "routed through the structure beginning at the same water surface elevation as for the emergency spillway hydrograph." The crest of the principal spillway shall be the starting point for routing hydrographs for Class (C) structures.

Additional discussions with the Dam Safety Division of KDOW indicate that in that absence of an emergency spillway, the crest of the dam is considered the uppermost elevation. A temporary water surface may exist within an impoundment as a result of the design storm occurrence; however, the discharge structure must be shown to be capable of returning the water surface elevation to normal levels within 10 days following the storm. Routing hydrographs are necessary to show the discharge capabilities of the principal spillway within the structure. Stability analyses that reflect adequate stability for the "pond full" condition are also important.

Mine Safety and Health Administration Minimum Criteria

Chapter 8 - Impoundment Design Guidelines of the Mining Safety and Health Administration (MSHA) Coal Mine Impoundment Inspection and Plan Review Handbook (Number PH07-01) published by the U.S. Department of Labor, Mine Safety and Health Administration, Coal Mine Safety and Health, October 2007 provides another source for minimum hydrologic design criteria.

When detailing impoundment design storm criteria, MSHA states that dams need "to be able to safely accommodate the inflow from a storm event that is appropriate for the size of the impoundment and the hazard potential in the event of failure of the dam." Additionally, MSHA notes that sufficient freeboard, adequate factors of safety for embankment stability, and the prevention of significant erosion to discharge facilities, are all design elements that are required for dam structures under their review. Additional impoundment and design storm criteria are as shown in Table 2, MSHA Minimum Long Term Hydrologic Design Criteria.

**Table 2. MSHA* Minimum Long Term Hydrologic Design Criteria**

| Hazard Potential | Impoundment Size | |
|---|---|---|
| | < 1000 acre-feet < 40 feet deep | ≥ 1000 acre-feet ≥ 40 feet deep |
| Low - Impoundments located where failure of the dam would result in no probable loss of human life and low economic and/or environmental losses. | 100 - year rainfall** | ½ PMF |
| Significant/Moderate - Impoundments located where failure of the dam would result in no probably loss of human life but can cause economic loss, environmental damage, or disruption of lifeline facilities. | ½ PMF | PMF |
| High - Facilities located where failure of the dam will probably cause loss of human life. | PMF | PMF |

*Mining Safety and Health Administration (MSHA) Coal Mine Impoundment Inspection and Plan Review Handbook (Number PH07-01) published by the U.S. Department of Labor, Mine Safety and Health Administration, Coal Mine Safety and Health, October 2007
**Per MSHA, the 24-hour duration shall be used with the 100-year frequency rainfall.

Probable maximum flood (PMF) is, per MSHA, "the maximum runoff condition resulting from the most severe combination of hydrologic and meteorological conditions that are considered reasonably possible for the drainage area." Additionally, MSHA notes the designer should consider several components of the PMF that are site specific. These components are said to include: "antecedent storm; principal storm; subsequent storm; time and spatial distribution of the rainfall and snowmelt; and runoff conditions." Basic agreement, it was noted, exists between dam safety authorities regarding "combinations of conditions and events that comprise the PMF;" however, there are "differences in the individual components that are used." MSHA provided the following as a "reasonable set of conditions for the PMF:

- Antecedent Storm: 100-year frequency, 24 hour duration, with antecedent moisture condition II (AMC II), occurring 5 days prior to the principal storm.

- Principal Storm: Probable maximum precipitation (PMP), with AMC III. The principal storm rainfall must be distributed spatially and temporally to produce the most sever conditions with respect to impoundment freeboard and spillway discharge.

- Subsequent Storm: A subsequent storm is considered to be handled by meeting the "storm inflow drawdown criteria," as described subsequently in the document.

With regard to storm influent drawdown criteria, MSHA Impoundment Design Guidelines noted that:

> *Impoundments must be capable of handling the design storms that occur in close succession. To accomplish this, the discharge facilities must be able to discharge, within 10 days, at least 90 percent of the volume of water stored during the design storm above the allowable*

*normal operating water level. The 10-day drawdown criterion begins at the time the water surface reaches the maximum elevation attainable for the design storm. Alternatively, plans can provide for sufficient reservoir capacity to store the runoff from two design storms, while specifying means to evacuate the storage from both storms in a reasonable period of time - generally taken to be at a discharge rate that removes at least 90% of the second storm inflow volume within 30 days………When storms are stored, the potential for an elevated saturation level to affect the stability of the embankment needs to be taken into account.*

In Mineral Resources Department of Labor Mine Safety and Health Administration Title *30 CFR § 77.216-2 Water, sediment, or slurry impoundments and impounding structures; minimum plan requirements; changes or modifications, certification*, information relevant to the duration of the probable maximum precipitation is given. Sub-section *(10)* of *77.216-2* states that a "statement of the runoff attributable to the probable maximum precipitation of 6-hour duration and the calculations used in determining such runoff" shall be provided at minimum in submitted plans for water, sediment or slurry impoundments and impounding structures.

The definition of design freeboard, according to the MSHA Guidelines, is "the vertical distance between the lowest point on the crest of the embankment and the maximum water surface elevation resulting from the design storm." Additionally, the Handbook states that "Sufficient documentation should be provided in impoundment plans to verify the adequacy of the freeboard." Recommended items to consider when determining freeboard include "potential wave run-up on the upstream slope, ability of the embankment to resist erosion, and potential for embankment foundation settlement." Lastly, the Handbook states, "Without documentation, and absent unusual conditions, a minimum freeboard of 3 feet is generally accepted for impoundments with a fetch of less than 1 mile."

### 3.2.1 Ash Pond 2

An August 2010 report by S&ME Inc., titled *Engineering Study for Dale Power Station Ash Pond No. 2 Evaluation of Risks of 100-Yr Rain Event & Freeboard Requirement*, provides a hydrologic analysis that is specific to Ash Pond 2.

As part of the assessment of Ash Pond 2 for this study, S&ME conducted a hydrographic survey of the pond using a reflectorless prism method for areas with CCW present. In northern areas of the pond, with little to no CCW present (water only), a weighted tape measure, total station, and prism pole method was used to determine depth to ash. Carlson Survey software was used to process the data and produce a topographic map of the pond bottom. The bottom map was then merged with a Lidar surface topographic file that was created late in 2009. As a result, drawings illustrating the existing conditions for four typical crest to crest pond cross sections, as well as a dam crest (inside, center, and outside elevation) profile were produced and included in the S&ME report. These drawings are included in Appendix D of this draft assessment report. It is apparent from the existing crest elevation drawings that over 70 percent (Station 0+00 to Station 21+00 of Station 28+00 total) of the dam crest's existing elevation is less than the Kentucky River's 100-year flood stage elevation at that location.

Table 3 below identifies various existing and proposed elevation conditions related to the hydrologic analysis of Ash Pond 2 that were summarized in the S&ME report.

**Table 3. Ash Pond 2 Elevation Conditions**

| Elevation Condition | Elevation* |
|---|---|
| Kentucky River 100-year (Base) Flood Elevation (ft) | 595.0 |
| Existing Dam Crest Minimum Elevation (ft) | 592.8 |
| Pond Bottom Elevation | 572.0 |
| Current Operating Water Surface Elevation (ft) | 587.6 |
| Current Operating Freeboard (ft) | 592.8 - 587.6 = 5.2 |
| Historic/Proposed Dam Crest Elevation | 595.5 |

*Elevations based on a late 2009 Lidar survey merged with 2010 hydrographic survey.

S&ME noted that, based on the KDOW defined low hazard Class (A) status of Ash Pond 2[5], it must be capable of storing the 100-year rainfall event as defined in EM No. 5. As defined previously in this section, KDOW additionally specified that the 6-hour duration rainfall be utilized to determine the freeboard hydrograph of a low hazard Class (A) dam. Rainfall data from KDOW EM No. 2 lists a precipitation value for the 100-year, 6-hour event of 4.3 inches. That precipitation value was used in the KDOW EM No. 5 freeboard hydrograph equation for low hazard Class (A) dams, identified previously as equation (4), to calculate a minimum freeboard of 7.2 inches.

Ash Pond 2 receives runoff from the adjacent coal pile. S&ME noted that the additional runoff volume from the coal pile should be included in the hydrologic impacts to the ash pond. S&ME calculated that the 1.2 acre coal pile area tributary to Ash Pond 2 would contribute an additional 694 CY (or 140,160 gallons) of runoff based on the 100-year, 6-hour precipitation value of 4.3 inches.

According to the S&ME report, the total volume of the ash pond and the volume remaining for water storage were calculated using the computer modeling algorithm of triangulation around the contours of the pond. S&ME's report notes that "these volumes were derived from the estimated bottom elevation to the proposed water surface and to the minimum dike elevation, based on field generated survey information." Table 4, identified as Table 1 in the S&ME report, provides results of estimated area and volume calculations as well as design storm event rainfall depths and minimum and preferred freeboard values.

**Table 4. Ash Pond 2 Estimated Area/Volume Calculation Results***

| Dale Ash Pond No. 2 Criteria | To Pond Elevation 591.5 ft. (16 inches freeboard) | To Minimum Dike Elevation 592.8 ft. |
|---|---|---|
| | | |
| Area (acres) | 9.5 | 9.5 |
| | | |
| Total Volume (CY) | 232,942 | 251,793 |
| Total Volume (gallons) | 47,047,296 | 50,854,632 |
| | | |
| Volume Used (CY) | 139,443 | 139,443 |

---

[5] In comments provided by EKPC to the Draft Report, attached comments by S&ME note that Ash Pond 2 was erroneously referred to as having a low hazard Class (A) status in S&ME's August 2010 report. Ash Pond 2 is not rated as a 'dam' by KDOW and therefore does not carry any hazard status and is not listed in the KDOW database. S&ME will correct the error and resubmit the report to EKPC.

| Dale Ash Pond No. 2 Criteria | To Pond Elevation 591.5 ft. (16 inches freeboard) | To Minimum Dike Elevation 592.8 ft. |
|---|---|---|
| Volume Used (gallons) | 28,163,303 | 28,163,303 |
| Percent Used (VU/TV) | 59.9 | 55.4 |
| Volume Remaining (CY) | 93,499 | 112,394 |
| Volume Remaining (gallons) | 18,883,993 | 22,700,216 |
| Percent Remaining (VR/TV) | 40.1 | 44.6 |
| | | |
| 100-Year, 6-Hour Rainfall (in.) | 4.3 | n/a |
| 100-Year, 6-Hour Rainfall (CY) | 5,492** +694 (pipe inflow) | n/a |
| 100-Year, 6-Hour Rainfall (gallons) | 1,249,386*** | n/a |
| | | |
| Freeboard-minimum (in.) | | 4.3 + 7.2 = 11.5 |
| Freeboard-preferred (in.) | | 4.3 + 12 = 16.3 |

*Table from S&ME report, *Engineering Study for Dale Power Station Ash Pond No. 2 Evaluation of Risks of 100-Yr Rain Event & Freeboard Requirement*

**Equivalent to *9.5* acres at Elev. 591.8 (NOTE: appears to be an error, should be Elev. 591.5)

*** Includes 140,160 gallons of runoff from coal pile

Following the presentation of the volume and freeboard calculations, the report prepared by S&ME recommended that:

- Although the minimum freeboard was calculated to be 11.5 inches a preferred operating freeboard of 16 inches should be used to protect the embankment and crest from the 100-year, 6-hour design storm event. The additional, preferred freeboard was said to account for the "lack of an emergency spillway, potential wave/bank action, riser failure and other contingencies." This freeboard could be achieved by operating the pond with a water surface elevation of 591.5 feet with no correction to the crest height (maintain current low crest elevation of 592.8 feet), or by operating the pond with a water surface elevation of 594.2 feet with a corrected crest elevation of 595.5 feet;

- Periodic inspections by EKPC personnel to ensure the chosen operating water surface elevation, as well as dam crest elevations, are maintained;

- Regrade some of the low lying areas along the crest to maintain the required freeboard;

- The dam crest should be raised to elevation 595.5 to protect it and the impoundment from the base flood;

- Correct any slope deficiencies, including erodible areas, and;

- Increased crest elevation coupled with exterior slope adjustment would provide additional storage.

In the EPA Coal Combustion Dam Inspection Checklist and Coal Combustion Waste (CCW) Impoundment Inspection Forms that AMEC completed as part of the site visit performed in conjunction with preparation of the Draft Assessment Reports, AMEC assigned a "Significant Hazard" potential rating to Ash Ponds 2, 3, and 4, based on their proximity to the Kentucky River. As a result, it will be necessary to apply minimum hydrologic criteria to the Dale Power

Station based on a significant hazard potential. Review of documentation provided by EKPC indicates that the dry ash stack planned for Ash Pond 3 will be constructed and graded to drain to Ash Pond 2. The runoff from that area, approximately 3.5 acres, should also be included in determination of an acceptable freeboard/operating water surface elevation for Ash Pond 2, even if acceptance of drainage from the Ash Pond 3 surface is only a temporary condition for Ash Pond 2.

The ash pond crest should be rebuilt to withstand the Kentucky River base flood elevation of 595.0 feet. Additionally, although the plan is to store the runoff from the design storm, no mention was made regarding the discharge structure located in Ash Pond 2. AMEC did not receive any design drawings or documentation regarding this structure. Although several reports referenced in this Draft Assessment refer to the discharge pipe as having a 30-inch diameter, it was measured to be 24-inches in diameter during AMEC's site visit. EKPC should make an effort to investigate this discharge structure to evaluate its physical condition, as well as to locate and document its size and upstream and downstream invert elevations. With that information, a hydraulic routing analysis should be performed to determine how quickly the structure could draw down high pond water surface elevations resulting from the required design storm based on the pond's hazard category.

S&ME, in Draft Report comments provided by EKPC, reiterates the validity of the KDOW minimum hydraulic design criteria and the desire of KDOW to use these criteria as presented in EM No. 5. It was further noted that KDOW does "not recognize MSHA criteria." AMEC was asked by the EPA to assess the structures, describe design information, and provide comment on the design and current conditions using the documentation that was provided by the EPA. Hydrologic and hydraulic design methods including minimum freeboard criteria for both KDOW EM No. 5 and MSHA Impoundment Design Guidelines (Chapter 8) were presented and used, as well as engineering judgment, to provide comments and recommendations concerning the impoundments in question.

Additionally, Draft Report comments provided by EKPC's consultant, S&ME, noted that,

> a routing hydrograph was not done for Ash Pond No. 2 or Ash Pond No. 4 since a "worst-case" condition for storage of the design storm was determined. Also, a key objective of the study was to calculate the approximate storage capacity remaining in each pond for additional fly ash material.

S&ME noted that they could provide addendums to each report that would illustrate the "routing hydrographs for each pond and noting that the volume of precipitation can be safely discharged using the existing outlet structure."

Lastly, S&ME noted in comments to the Draft Report, with respect to the ditch that carries runoff from Ash Pond 3 to Ash Pond 2 and the effect to the freeboard/operating surface in Ash Pond No. 2, that "the ditch runoff was not included in the calculations since the inflow would be controlled by the inlet pipe." S&ME could provide the routing through the proposed ditch structure and any effects that may result on the freeboard of Ash Pond No. 2.
EKPC's comments to the Draft Report did not include any additional hydrologic or hydraulic calculations that were recommended by AMEC in the Draft Report.

### 3.2.2 Ash Pond 3

No hydrologic or hydraulic design criteria or calculations were provided for Ash Pond 3.

### 3.2.3   Ash Pond 4

An August 2010 report by S&ME Inc., entitled *Engineering Study for Dale Power Station Ash Pond No. 4 Evaluation of Risks of 100-Yr Rain Event & Freeboard Requirement*, provides a hydrologic analysis that is specific to Ash Pond 4.

S&ME used the same assessment methodology, computer modeling and volume calculations to evaluate Ash Pond 4 that were described previously for Ash Pond 2. As a result, drawings illustrating the existing conditions for three typical crest to crest pond cross sections, as well as a dam crest (inside, center, and outside elevation) profile were produced. These drawings are included in Appendix E of this draft assessment report. It is apparent from the existing crest elevation drawings that approximately 90 percent of the dam crest's existing elevation is less than the crest's design elevation of 605.0 feet.

The same design storm rainfall event was used, namely the 100-year, 6-hour event, to determine the freeboard water surface elevation. A freeboard of 16 inches was again recommended as sufficient for Ash Pond 4.

Additionally, although the plan is to store the runoff from the design storm, no mention was made regarding the discharge structure located in Ash Pond 4. EKPC should perform a hydraulic routing analysis for the discharge structure to determine how quickly the structure could draw down high pond water surface elevations resulting from the required design storm that is based on the pond's hazard category.

### 3.3   Structural Adequacy & Stability

The Commonwealth of Kentucky Department of Natural Resources Environmental Protection, Bureau of Environmental Protection, Division of Water, provided the June 1, 1980 document entitled, *Guidelines for the Geotechnical Investigation and Analysis of Existing Earth Dams*. The guidelines were written pursuant to the provisions set forth in KRS 151.125(2). Earthen dams, when analyzed to determine safety factors using the methods, guidelines, and procedures of the agencies listed in the guidelines may be considered, by the State of Kentucky, to have acceptable stability if the analyses yield at least the minimum safety factors shown in Table 5.

Two well regarded sources for embankment design and evaluation criteria include The United States Army Corps of Engineers (USACE) and the United States Mine Safety and Health Administration (MHSA). Minimum recommended factors of safety for different loading conditions can be found in those agency publications, as shown in Table 5 below.

#### Table 5. Minimum Stability Factors of Safety

| Loading Condition | KDOW[1] | MSHA[2] | USACE[3] |
|---|---|---|---|
| Rapid Drawdown | 1.2 | 1.3 | 1.1[4] - 1.3[5] |
| Long-Term Steady Seepage | 1.5 | 1.5 | 1.5 |
| Earthquake Loading | 1.0 | 1.2 | ---[6] |

[1] Guidelines for the Geotechnical Investigation and Analysis of Existing Earth Dams, 1980, Kentucky Division of Water
[2] Coal Mine Impoundment Inspection and Plan Review Handbook, 2007, US Mine Safety and Health Administration
[3] Slope Stability Publication, EM1110-2-1902, 2003, US Army Corps of Engineers, Table 3-1: New Earth and Rock-Fill Dams
[4] Applies to drawdown from maximum surcharge pool
[5] Applies to drawdown from maximum storage pool
[6] Referred to USACE Engineer Circular "Dynamic Analysis of Embankment Dams" document that is still in preparation

To analyze the structural adequacy and stability of the ash ponds at Dale Power Station, AMEC reviewed stability analysis material provided by EKPC with respect to the load cases shown in Table 5. Factors of safety documented in the provided material were compared with those factors outlined in the table to help determine whether the impoundments meet the requirements for acceptable stability.

### 3.3.1 Ash Pond 2

<u>2010 Stability Analysis</u>

The *Summary of Stability Evaluation ASH POND #2*, dated August 24, 2010 (DS-CBI 000609-000619) was completed by S&ME Inc. to provide stability analysis information. S&ME stated that "the Environmental Protection Agency requested that the west and north slopes be evaluated for slope stability and included the area adjacent to the existing pond outlet on the north end and the area adjacent to the sprinkler area on the west side of Pond #2." Typically, cross sections of minimum width or maximum height are evaluated when analyzing stability; however, information was not provided to indicate whether these cross sections represented minimums or maximums for the impoundment. A boring was advanced on the crest at each location. S&ME noted wet ground surface conditions and overhead power lines made it difficult to access the toe areas of each berm. A plan view figure of Ash Pond 2 indicating the locations of the stability sections, as well as, stability cross section soil and analysis details are included in Appendix F.

Tri-axial and direct shear strength tests were performed on soils collected from berm and foundation depths. The slope stability model was developed using "laboratory test data, laboratory test data from other projects at the Dale Generating Plant and test boring profiles." Table 6 below, provides soil information for the north boring, including description, strata elevations, and strength parameters.

**Table 6. Ash Pond 2 Soil Parameters - North Boring Location**

| Soil | Description | Elevation Range (ft) | Thickness (ft) | Φ (degrees) | C (psf) | γ (pcf) |
|------|-------------|----------------------|----------------|-------------|---------|---------|
| | | | | | | |
| Crest Surface | Gravel | 593.2 - 591.7 | 1.5 | -- | -- | -- |
| I - Ash | Coal Ash, sampled as STIFF soil, black damp | 591.7 - 586.2 | 5.5 | 32 | 0.0 | 85.0 |
| | | | | | | |
| II - Clay | Lean clay (CL) sandy, SOFT, brown, moist | 586.2 - 582.2 | 4.0 | 33 | 20.0 | 98.8 |
| | | | | | | |
| I - Ash | Coal Ash, sampled as SOFT to FIRM soil, black, moist | 582.2 - 568.2 | 14.0 | 32 | 0.0 | 85.0 |
| | | | | | | |
| III - Silty | Lean Clay (CL) | 568.2 - 555.2 | 13.0 | 23 | 690.0 | 99.8 |

| Soil | Description | Elevation Range (ft) | Thickness (ft) | Φ (degrees) | C (psf) | γ (pcf) |
|---|---|---|---|---|---|---|
| Clay | silty, sandy, STIFF to FIRM, brown, moist | | | | | |
| | | | | | | |
| IV - Sand | Sand, silty, clayey, FIRM, gray, wet | 555.2 - 537.2 | 18.0 | 37 | 0.0 | 99.0 |
| | | | | | | |
| IV - Sand | Sand, course grained with few gravel pieces, VERY LOOSE, brown and tan, wet | 537.2 - 530.2 | 7.0 | 37 | 0.0 | 99.0 |

Soil types, layer order, and strength parameters determined for the western boring sample were modeled nearly identical to those determined for the northern boring. The primary difference between the two locations is in the thickness of each layer. When compared to the northern boring, the western boring contained more than twice the thickness of clay (II), but approximately half the thickness of the second ash (I) layer and silty clay (III) layer. A nearly 27 foot band of sand was encountered in the northern boring starting at a depth of 38 feet (elevation 555.2 feet); while depth to the 35 foot band of sand in the western boring was measured to be 30 feet (elevation 564 feet). Auger refusal in the north and west borings was encountered at a depth of 64.6 feet (elevation 528.6 feet) and 64.5 feet (elevation 529.6 feet , respectively. Groundwater levels were recorded at depths of 26.0 feet (elevation 567.2 feet) and 28.0 (elevation 566.1 feet), respectively.

According to S&ME, the slope of the normal river pool water table (groundwater levels measured in the borings) and the 100-year Kentucky River flood elevation of 595 feet were evaluated for both static and seismic conditions. Results of the stability analyses are shown in Table 7.

**Table 7. Ash Pond 2 Slope Stability Analyses - Calculated Factors of Safety**

| | North End of Ash Pond 2 | | Western Side of Ash Pond 2 | |
|---|---|---|---|---|
| | Normal Pool | 100-Year Flood Event | Normal Pool | 100-Year Flood Event |
| Static | 1.29 | 1.31 | 1.61 | 1.51 |
| Seismic | 1.14 | 0.91 (N/A) | 1.41 | 1.08 (N/A) |

The lowest calculated factor of safety occurred for the seismic condition coupled with the 100-year Kentucky River flood event. S&ME noted that the likelihood of those two conditions occurring at the same time was low; therefore, the opinion noted was that "this condition should not control the design of the embankment." A rapid drawdown analysis was not performed because, according to S&ME, the embankment had historically experienced many high water levels and "has not experienced any distress" associated with those events.

Discussion was not provided on the program and its method used for the analyses. In addition, no data was provided showing the analyses input and calculations. Based on these factors alone, there is insufficient information in this report to assess the stability of Ash Pond 2. In addition, a statement of historical observed stability due to rapid drawdown conditions is not a substitute for the analyses. AMEC also has concerns with the high strength parameters, lack of adjustment for inconsistencies or exhibited lower strength layers, and design crest elevations used in the analyses.

### 3.3.2 Ash Pond 3

No structural adequacy or stability information was provided for this pond. Design drawings (DS CBI 000448-000465) were provided that show proposed regrading of the area and ash stacking information.

### 3.3.3 Ash Pond 4

1975 Stability Analysis

No recent stability analysis was performed for the Ash Pond 4 embankments. However, Bowser-Morner Testing Laboratories, Inc. completed a Soil Investigation for Proposed Dale Station Fly Ash Dikes and Pond, Ford, Kentucky (DS CBI 000151-000327), dated February 25, 1975. The report provided "the nature of the subsurface materials", made "recommendations as to the construction of an ash pond and dikes to contain the ash," and included factors of safety that resulted from various stability analyses.

Table 8 summarizes the results of seven confined compression tests that were performed on "relatively undisturbed samples" collected by "hydraulically pressing" samplers through the soil strata. The tests were used to determine undrained shear strength at various confining pressures.

**Table 8. Ash Pond 4 - Summary of Confined Compression Tests**

| Boring No. | Sample Depth (ft) | Dry Unit Weight (pcf) | Moisture Content (%) | Wet Unit Weight (pcf) | Confining Pressure (psi) | Confined Compressive Strength (psi) |
|---|---|---|---|---|---|---|
| SB-6 | 1.7-2.2 | 92.0 | 23.5 | 113.6 | 10.0 | 18.6 |
| SB-7 | 9.5-10.0 | 100.2 | 23.7 | 124.0 | 30.0 | 19.7 |
| SB-7 | 15.5-16.0 | 99.0 | 25.8 | 124.6 | 19.5 | 12.4 |
| SB-8 | 19.8-20.3 | 99.5 | 25.8 | 125.2 | 8.0 | 17.9 |
| SB-9 | 6.7-7.2 | 97.4 | 27.6 | 124.2 | 10.0 | 17.2 |
| SB-13 | 10.0-10.5 | 107.8 | 20.2 | 129.6 | 19.5 | 20.1 |
| SB-14 | 7.0-7.5 | 110.0 | 19.9 | 131.9 | 20.0 | 37.9 |

Three consolidated-undrained triaxial tests with pore pressure measurements were performed. Table 9 summarizes the results of the triaxial tests.

**Table 9. Ash Pond 4 - Design Soil Parameters**

| Test No. | Type of Material | Effective Cohesion C' (psi) | Effective Friction Φ' (degrees) |
|----------|------------------|------------------------------|----------------------------------|
| 1 | Brown Silt and Clay, some Sand (undisturbed samples) | 0.0 | 33.7 |
| 2 | Brown Silt and Clay, some Sand (laboratory compacted samples) | 1.5 | 30.3 |
| 3 | Brown Silt and Clay, some Sand (laboratory compacted samples) | 0.0 | 38.7 |

Other reported laboratory testing included consolidation tests on compressible soils, Unified Soil Classification tests, and Modified Proctor moisture density relation tests.

The Bowser-Morner report provided a description of the soil profile for the site. It was noted that alluvial deposits exist beneath the foot thick layer of topsoil and consist of "layered clay, silt, and sand." At higher elevations, these strata were noted to extend to the bottoms of the borings. Lower elevations showed these strata extending to depths of "20 to 30 feet, at which depth a layer of loose to dense, brown, fine to coarse sand was encountered." This lower strata was found to extend to "either the bottom of the borings or to rock." The upper stratum of alternating layers was noted to be "quite wet, very soft, and highly compressible, while the lower sand was "medium dense and moderately compressible." Additionally, it was noted that "groundwater was encountered at quite shallow depths throughout the entire site."

Discussion of embankment design recommendations noted that several different modes were evaluated to determine worst case scenarios. Additionally, the report noted that "The embankment bearing on the original soil has been analyzed for the situation of the entire embankment and original soil sliding into the river and the slopes of the embankment itself have also been analyzed." Proctor curves results for material from the site indicated the optimum moisture content to be between 10 to 12 percent. However, the natural moisture content of the material planned for use as embankment fill ranged from 20 to 30 percent. Bowser-Morner performed triaxial tests at moistures greater than those found optimum, to determine whether the borrow material would provide the stability required for the embankment. Based on the results of these tests, Bowser-Morner recommended that "dike material be placed at a moisture content no greater than 7.5 percent above optimum, or in the neighborhood of 19 percent field moisture content" to ensure adequate strength in the recommended slopes and flexibility that will allow settlement without cracking in the dike. The report noted that the dike foundation would be compressible and would require "flexibility to be built into the dike; therefore, the moisture content should not be allowed to drop below about 2 percent over optimum moisture content as determined by the Modified Proctor test, as the structure would be brittle if this were allowed to occur." Recommendations were also provided for a 30 feet buffer between the downstream toe of the dam and the Kentucky River. Recommendations were also provided to address an existing drainage swale located in the southeast portion of the site.

The recommended embankment slopes for the Ash Pond 4 dike were given as 3:1 (H:V) and 2.5:1 (H:V) for the downstream (river side) and upstream portions, respectively. A crest width of 12 feet was also recommended. Figure 9 illustrates embankment cross sections for Ash Pond 4. Stability analyses were performed using soil parameters found from triaxial tests 2 and 3, as shown previously in Table 9. Table 10 below, illustrates the factors of safety resulting from the stability analyses performed for multiple conditions.

**Table 10. Ash Pond 4 Slope Stability Analysis - Calculated Factors of Safety**

| Condition | Slope | Soil Parameter Test ID | Circle | Factor of Safety, Static | Factor of Safety, Seismic |
|---|---|---|---|---|---|
| Long Term | 3:1 (outside) | 3 | Shallow | 2.517 | 2.323 |
|  | 3:1 (outside) | 2 | Shallow | 4.315 | 4.000 |
|  | 3:1 (outside) | 3 | Deep | 2.517 | 2.323 |
|  | 3:1 (outside) | 2 | Deep | 3.277 | 3.034 |
|  | 2.5:1 (inside) | 3 | Deep | 2.148 | 2.004 |
|  | 2.5:1 (inside) | 2 | Deep | 2.706 | 2.533 |
|  | 2.5:1 (inside) | 3 | Shallow | 2.141 | 1.998 |
|  | 2.5:1 (inside) | 2 | Shallow | 3.784 | 8.547 |
|  |  |  |  |  |  |
| Rapid Drawdown | 3:1 (outside) | 3 | Shallow | 1.233 | 1.129 |
|  | 3:1 (outside) | 2 | Shallow | 3.339 | 3.093 |
|  | 3:1 (outside) | 3 | Deep | 1.235 | 1.131 |
|  | 3:1 (outside) | 2 | Deep | 2.302 | 2.128 |
|  |  |  |  |  |  |
| Long Term | Original Ground (River Bank) | -- | Shallow | 1.254 | 1.184 |
|  | Original Ground (River Bank) | -- | Deep | 1.487 | 1.395 |
|  | Through Top of Dike and Original Ground | 3 | -- | 1.805 | 1.682 |
|  | Through Top of Dike and Original Ground | 2 | -- | 1.822 | 1.698 |
|  | Through Top of Dike and Original Ground | 3 | -- | 2.535 | 2.295 |
|  | Through Top of Dike and Original Ground | 2 | -- | 2.524 | 2.285 |
|  |  |  |  |  |  |
| Rapid Drawdown | Through Top of Dike and Original Ground | 3 | -- | 1.471 | 1.369 |
|  | Through Top of Dike and Original Ground | 2 | -- | 1.529 | 1.423 |
|  | Through Top of Dike and Original Ground | 3 | -- | 2.096 | 1.897 |
|  | Through Top of Dike and Original Ground | 2 | -- | 2.081 | 1.883 |

According to the Bowser-Morner report, the earthquake coefficient utilized for the stability analyses was 0.025 for a Zone 1 (little to no probability of seismic activity) area such as the location of Dale Power Station. That force was viewed as 0.025 times the weight of each slice in the stability analyses and applied as a horizontal force in the centroid of the slice itself.

Bowser-Morner stated that the computed factors of safety for all conditions are "within the limits recommended by the National Dam Safety Act and that they believe the design is safe.

Discussion was not provided on the calculations/program and method used in the analyses. In addition, no data was provided showing the analyses input and calculations. Based on these factors alone, there is insufficient information in this report to assess the stability of Ash Pond 4. In addition, when the computed factors of safety are compared to those minimum factors provided by USACE and MSHA as shown in Table 5, the long term analyses through the original ground (river bank) shallow circle and deep circle are below and about equal to the minimum factor of safety of 1.5, respectively. AMEC does not agree with the storm event, loading conditions and high strength values used in the analyses.

*Final Report*

EKPCs comments to the draft report assume the last sentence above relates to more stringent design criteria (MSHA). To clarify the last sentence, in AMEC 's opinion, the water level should be determined by a hydraulics analysis, loading conditions should model worst case which would be pond full conditions and question whether the use in analyses of effective friction angles of 34 and 39 degrees are high for a silt and clay with some sand. In addition, these analyses were performed for design of the embankment and do not necessarily represent the constructed embankments.

2010 Stability Analysis (Berm Area Between Embankment Toe and Slide Location)

A June 2010 report by S&ME Inc., entitled Summary of Stability Evaluation Slide at Ash Pond #4, provides a summary evaluation of the berm area between the toe of Ash Pond 4 and the location where the 2004 landslide occurred. Stability profile sections were developed using information from the 1975 Bowser-Morner Report, soil data collected by S&ME from their recent work at the facility, and previously supplied survey information. S&ME provided soil data for the area shown in Table 11 below.

**Table 11. Ash Pond 4 2010 Berm Area Stability Analysis - Soil Parameters**

| Soil Description | Total Unit Weight (pcf) | Saturated Unit Weight (pcf) | Cohesion (psf) | Friction Angle |
|---|---|---|---|---|
| Silt | 110.0 | 130.0 | 0.0 | 34.0 |
| Berm | 110.0 | 130.0 | 100.0 | 34.0 |

Failure surfaces were modeled, using the Modified Bishop Method, to approach the toe of the embankment with the typical Kentucky River elevation (noted to be 568 feet) and an extreme high water (595 feet) elevation. Cross sections illustrating these failure surfaces are included in Appendix G. Resulting factors of safety at the toe of the embankment for normal and high water levels were 1.4 and 1.3, respectively. Rapid drawdown was also modeled and resulted in a factor of safety of 1.6 for failure surfaces involving the embankment. S&ME stated that based

on these results, they believe "that it is unlikely that a slide would occur initially that would impact the embankment."

The impacts of high water and rapid drawdown on the berm that exists between the scarp and the ash pond embankment were then considered. According to S&ME, the high water and rapid drawdown analyses indicate that under either of those conditions "the existing slide may propagate uphill a few feet." Factors of safety for the surfaces ranged from 0.85 to 1.1; additionally, predicted failure surfaces were described to "range from two to four feet behind the existing scarp." S&ME commented that, in their opinion, the results of the rapid drawdown analysis (FS=0.85) seem to indicate that the in-situ soil shear strength parameters may be "somewhat conservative." It was noted that the rapid drawdown condition has existed at this location over the previous six years; but, that "no failure has occurred." The lack of failure, S&ME noted, would seem to indicate a factor of safety of greater than 1.0. Due to the lack of subsurface information, S&ME advised that the more stringent assessment of shear strength be used.

S&ME recommended that EKP "consider improving the existing slope to increase stability of the berm and reduce the potential for progressive sliding uphill that would eventually involve the embankment." A stability analysis that was completed for a repair concept using fill material to flatten the scarp profile resulted in an increased factor of safety greater than 1.4 (FS=1.9 and 1.6). Basic fill placement information that was provided included "widening the bench at the base of Ash Pond #4 berm to a width of 10 feet and continuing at a slope of 2.8:1 (H:V) downhill form the outer edge of the bench. S&ME noted that additional loads will be placed on the riverbank soils as the result of soils placed to widen the bench or flatten the slope and that they lack additional soils data and survey information that would be required to accurately perform a stability analysis of the riverbank. Therefore, S&ME cautioned EKPC that fill should not be placed in excess of that outlined in their previously described repair concept.

Discussion was not provided on the calculations/program and method used in the analyses. In addition, no data was provided showing the analyses input and calculations. Based on these factors alone, there is insufficient information in this report to assess the stability of Ash Pond 4.

## 3.4 Foundation Conditions

### 3.4.1 Ash Pond 2

Based on the recent borings performed for the 2010 Stability Analysis Report by S&ME (DS-CBI 000609-000619), the foundation soils at ASH Pond 2 consist of 13 to 20 feet of silty clay and silt overlying 20 to 25 feet of silty sands and sands. (The report also shows an 8 to 10 feet thick ash layer within the embankment fill material)

### 3.4.2 Ash Pond 3

Information was not provided concerning the foundation conditions of Ash Pond 3.

### 3.4.3 Ash Pond 4

The report *Soil Investigations for Proposed Dale Station Fly Ash Dikes and Pond*, Ford, KY, prepared by Bowser-Morner Testing Laboratories, Inc. in February 1975 for EKPC contains descriptive information regarding the foundation beneath the dike proposed for Ash Pond 4. (DS-CBI 000164 and 000165) The report stated that topsoil was present in the majority of the

proposed dike location and averaged one foot in thickness, but was as thick as two feet in some areas. An area of deposited materials was also noted to exist in the region where the dike was proposed to cross an existing intermittent creek. The topsoil and organic material was noted to be unsuitable as foundation material for the dike and direction was given to excavate and remove it from the entire area of the dike and borrow area prior to the start of construction. Following removal of the unsuitable material, the report indicated that "the surface of soil beneath the dike should be compacted to dry unit weight equal to at least 90% of the maximum dry unit weight as achieved by the Modified Proctor test to prepare the site for the placement of fill material." The report indicated that Bowser-Morner engineers did not encounter any other major foundation problems.

The Bowser-Morner report provided a description of the soil profile for the site. It was noted that alluvial deposits exist beneath the foot thick layer of topsoil and consist of "layered clay, silt, and sand." At higher elevations, these strata were noted to extend to the bottoms of the borings. Lower elevations showed these strata extending to depths of "20 to 30 feet, at which depth a layer of loose to dense, brown, fine to coarse sand was encountered." This lower strata was found to extend to "either the bottom of the borings or to rock." The upper stratum of alternating layers was noted to be "quite wet, very soft, and highly compressible, while the lower sand in this strata was medium dense and moderately compressible." Additionally, it was noted that "groundwater was encountered at quite shallow depths throughout the entire site."

The report discusses aspects of the foundation soils that were noted to affect the stability of the embankment and recommendations regarding placement of the dike with respect to the river.

> *The soil, in general is quite soft, however, if the dike is kept at least 30 feet back from the steep edge of the river bank portion of the site, the original material will carry the load of the new dike without sliding into the river. It is recommended that, because of the soft foundation soil, the toe of the dike be placed at least 30 feet from the edge of the river bank (which is about 30 feet from the 580 contour). This should be done in all areas.*

The report then discusses the importance of "particular care" being taken to prepare the soil in the vicinity of where the embankment will traverse the existing ditch. Slopes where the embankment crosses the ditch were noted to be possibly as high as 37 feet. Direction was given to clean the ditch slopes of "all vegetation and all loose or soft material so that the dike is placed on relatively hard, original material in the ditch area." The report states that "If these precautions are followed, the original soil will be stable enough to hold the dike without exceptional movement and without shearing."

## 3.5    Operations and Maintenance

AMEC was not provided with any operation, inspection, or maintenance reports, that resulted from the actions of personnel from Dale Power Station, other than a document referred to as Dale Station Ash Ponds Daily Log (DS CBI 000442-000446). The document shows a beginning date of January 1, 2010 and includes columns for date, inspector name, and time of inspection. Only twenty slightly descriptive entries were included in a fourth column for the seven month log record. Overall, the document does not provide a clear picture of inspection areas and procedures, nor does it provide information regarding inspection information that is specific to the condition of various parts of the ash pond dams, such as embankments, cover, and discharge structures.

Reports detailing Ash Pond 2 and Ash Pond 4 inspections, performed by Stantec Consulting Services in 2009, were provided to AMEC. Information contained in these reports, including observations, assessments, and recommendations, are detailed in Sections 1.4.2 and 1.4.4 of this report.

### 3.5.1 Instrumentation

Instrumentation has not been historically used at the Dale Power Station and is not used at the current time. However, the recent inspection reports completed by Stantec, as described in Sections 1.4.2 and 1.4.4 of this report, recommend that instrumentation be installed.

### 3.5.2 State or Federal Inspections

State regulations indicate that KDOW will inspect Class A (low hazard) dams every 5 years, and Class B (moderate hazard) and Class C (high hazard) every 2 years. The regulations state that a Certificate of Inspection shall be issued to the dam owner upon completion of a successful inspection.

Although Ash Pond 2 appears to meet the dam definition criteria stipulated by the State of Kentucky, based on impoundment volume, the pond has not been classified as a dam and is not regulated or inspected by the state.

Ash Pond 4 has been categorized by the state as a Class (A) dam. Dale Power Station has a Certificate of Inspection for Ash Pond 4 dated October 29, 1998; however, EKPC personnel stated that KDOW has not conducted an inspection since that time.

## 4.0    COMMENTS AND RECOMMENDATIONS

Condition assessment definitions, as accepted by the National Dam Safety Review Board, are as follows:

## SATISFACTORY

No existing or potential dam safety deficiencies are recognized.  Acceptable performance is expected under all loading conditions (static, hydrologic, seismic) in accordance with the applicable regulatory criteria or tolerable risk guidelines.

## FAIR

No existing dam safety deficiencies are recognized for normal loading conditions. Rare or extreme hydrologic and/or seismic events may result in a dam safety deficiency.  Risk may be in the range to take further action.

## POOR

A dam safety deficiency is recognized for loading conditions which may realistically occur. Remedial action is necessary.  POOR may also be used when uncertainties exist as to critical analysis parameters which identify a potential dam safety deficiency.  Further investigations and studies are necessary.

## UNSATISFACTORY

A dam safety deficiency is recognized that requires immediate or emergency remedial action for problem resolution.

## NOT RATED

The dam has not been inspected, is not under state jurisdiction, or has been inspected but, for whatever reason, has not been rated.

### 4.1    Acknowledgement of Management Unit Conditions

I certify that the management unit referenced herein (Ash Ponds A, 1, and 2) was personally assessed by me and was found to be in the following condition:

## Ash Pond 2:  Fair

Dale Ash Pond 2 was rated poor in the September 2010 Draft Report because, in AMEC's opinion, further critical studies or investigations (detailed below) were needed to identify any potential dam safety deficiencies.


Based on comments to the Draft Report provided by EKPC, in AMEC's opinion, the pond is now rated fair because no existing dam safety deficiencies are recognized for normal loading conditions, but rare or extreme hydrologic events may result in a dam safety deficiency.  Risk may be in the range to take further action.

## Ash Pond 3:  Fair

Ash Pond 3 was rated poor in the Draft Report because, in AMEC's opinion, further critical studies or investigations were needed to identify potential dam safety deficiencies.

Based on comments to the Draft Report provided by EKPC, in AMEC's opinion, the pond is now rated fair because no existing dam safety deficiencies are recognized for normal loading conditions, but rare or extreme hydrologic events may result in a dam safety deficiency.  Risk may be in the range to take further action.  EKPC notes Ash Pond 3 was permanently removed from service as a wet pond after a breach was repaired, has not received sluiced ash for over 30 years, and is used only for dry storage.

## Ash Pond 4: Fair

Ash Pond 4 was rated poor in the Draft Report because, in AMEC's opinion; (1) a dam safety deficiency existed in relation to the release in 2008 and ongoing repairs (not to mention the history of releases at the facility), and (2) further critical studies or investigations were needed to identify potential dam safety deficiencies.

Based on comments to the Draft Report provided by EKPC, in AMEC's opinion, the pond is now rated fair because no existing dam safety deficiencies are recognized for normal loading conditions, but rare or extreme hydrologic events may result in a dam safety deficiency.  Risk may be in the range to take further action.

Additional Information regarding recommendations for hydrologic/hydraulic and geotechnical/stability analyses, as well as monitoring equipment/instrumentation and can be found in Sections 4.2 through 4.5.

## 4.2    Ash Pond 2

### 4.2.1   Hydrologic and Hydraulic Recommendations

*September 2010 Draft Report*

An August 2010 report by S&ME Inc., titled *Engineering Study for Dale Power Station Ash Pond No. 2 Evaluation of Risks of 100-Yr Rain Event & Freeboard Requirement*, provides a hydrologic analysis that is specific to Ash Pond 2.  This analysis uses the 100-year, 6-hour event as the maximum storm.  The report also notes about 70% of the crest is below the 100-year flood elevation of the Kentucky River (595.0 feet), and areas on the upstream and downstream slopes are steeper than designed.  The maintenance items listed in the report should be performed, especially items concerning raising the crest and repairing the slopes.

Ash Pond 2 is currently used for disposal and processing of CCW.  Historically, the dam was, for all practical purposes a ring dike and the watershed was the area of the impoundment.  With the ash stacking activity in Ash Pond 3, some additional runoff will be tributary to Ash Pond 2. Ash is primarily deposited in the south and east portions of the pond; the northern portion of the pond is primarily occupied by water.  The impoundment does not have an emergency spillway. AMEC recommends that an appropriately conservative design storm rainfall and freeboard depth in accordance with MSHA guidelines be applied to the impoundment's watershed to assure that the dam and decant system can safely store, control, and discharge the design flow. Based on the size and rating for Ash Pond 2, the MSHA design storm would be the ½ PMF.

The watershed should include runoff originating in the proposed adjacent ash stack and coal pile. Hydraulic calculations should also be completed to determine the rate at which the discharge structure and associated piping could pass the design storm, if necessary, or draw down elevated water surfaces following such an event. The study should consider all critical stages over the life of the pond including pond full conditions.

*Final Report*

In comments to the September 2010 Draft Report, EKPC noted that "AMEC implies the 2010 S&ME hydraulic study at Dale is not adequate and recommends another study on the No. 2 pond in accordance with MSHA guidelines." EKPC provided the following comment regarding the recommendation by AMEC to consider MSHA guidelines.

> *The study performed was in accordance with current applicable engineering design standards and prudent engineering practice. AMEC did not provide any evidence or supporting data to justify the application of the MSHA design criteria, especially since EKPC is required by Kentucky regulations to use the dam design criteria specified by the KDOW. EKPC also questions retroactive increases in design criteria, even if there is justification to support an increase. The new criteria will result in significant costs to upgrade these facilities.*

> *MSHA is not the regulatory agency with jurisdiction over the two EKPC surface impoundments in Kentucky. The Kentucky Division of Water is the regulatory agency under which these impoundments were built and operated for numerous years. The impoundments were designed and built pursuant to the design criteria required by KDOW.*

AMEC does not dispute that the impoundments were designed in accordance with KDOW criteria. However, to complete the CCW impoundment assessments, AMEC utilized the materials and guidelines provided and recommended by the EPA (outlined in Section 1.1 of this report) and engineering judgment in addition to various criteria provided by the state in which the impoundment is located.

EKPC's consultant, S&ME, recommended a freeboard of 16 inches, which included the 4.3 inch KDOW minimum design storm (100-year 6-hour) rainfall amount for ash pond's location. Freeboard is not generally defined to include the design storm depth; rather it is the depth available between the top of the design storm water surface elevation and the impoundment crest. Applying the typical definition of freeboard to the operating conditions proposed for Ash Pond 2 in the reports provided to AMEC results in a freeboard of only 12 inches, Additionally, due to the environmental impacts to the Kentucky River that would result from a failure of the impoundment, it is AMEC's opinion that sound engineering judgment would dictate that the minimum design storm hydrologic criteria used for these impoundments should be increased to a more critical minimum storm event, such as, at a minimum, the 100-year 24-hour storm. Increasing the minimum design storm event, as well as the freeboard to more than 12 inches above the design storm event, would provide a higher, more conservative level of protection against overtopping of the crest of the impoundment.

The Fair rating maintains that no deficiencies exist for normal loading conditions (KDOW minimum design storm/freeboard requirements). In AMEC's opinion, assignment of a satisfactory rating to Ash Pond 2 is not possible due to the pond's limited level of hydrologic protection.

## 4.2.2   Geotechnical and Stability Recommendations

*September 2010 Draft Report*

In the opinion of the assessing professional engineer, the criteria for minimum safety factors should be in accordance with USACE EM 1110-2-1902 with a minimum seismic safety factor of 1.2 as recommended by 2007 *MSHA Coal Mine Impoundment Inspection and Plan Review Handbook*, page 88. Likewise, if the dam does not meet the above seismic factor of safety, then the stability of the embankment should be analyzed and the amount of embankment deformation or settlement that may occur should be evaluated to assure that sufficient section of the crest will remain intact to prevent a release from the impoundment.

The provided stability analyses by S&ME Inc., dated August 24, 2010 (DS-CBI 000609-000619) analyzed two cross-sections, one on the north dike and one on the south portion of the west dike.   There is insufficient information in this report to assess the stability of Ash Pond 2. Discussion was not provided on the program and its method used for the analyses[6].  In addition, no data was provided showing the analyses input and calculations.  Statements of historical observed stability due to rapid drawdawn conditions is not a substitute for the analyses, especially when the flood elevation of the river is within one-half foot of the design crest elevation.  AMEC also has concerns with the strength parameters used in the analyses and lack of adjustment for inconsistencies or exhibited lower strength layers.  Typical ash friction values are 28 degrees for compacted, 24 degrees for loosely compacted, and 11 degrees for uncompacted material.  Consideration should be given for lowering strength values to account for exhibited lower strengths or inconsistencies within the fill or foundation materials.  Lowering the friction value, by one or two degrees, or more for weaker soils would be conservative and more appropriate.  More layering of the embankment materials may be needed to model lower strength materials, such as the lower ash in the embankment.  The presence and material properties of the ash in the embankment, especially the lower layer, creates concerns for susceptibility to erosion and piping that should be addressed in the Hydrologic and stability analyses.

In the opinion of the assessing professional engineer, the analyses should be revised in accordance with these recommendations.  The analysis should consider all critical stages over the life of the pond including pond full conditions.   These conditions would need to be determined in conjunction with the hydrologic and hydraulic recommendations above.   The hydrologic and hydraulic analysis will provide maximum water levels in the pond and a phreatic surface through the embankment.

*Final Report*

Comments included in the January 12, 2011 response to the draft report by EKPC take exception to the use of MSHA guidelines to evaluate CCW impoundments.  AMEC followed the guidelines presented in our scope of work for assessment of CCW impoundments which was provided by EPA

AMEC acknowledges the design stability studies performed for Ash Pond 2 indicate the impoundment meets KDOW minimum requirements for all cases on the west section and the seismic case on the north section, but falls short of these requirements on the north section for

---

[6] *S&ME Comments dated January 12, 2011 provide program and method as PC Stabl using Modified Bishop Method*

the static case/normal pool. The additional static case/100-year pool also does not meet the minimum requirements.

AMEC recommends EKPC evaluate the need to revise the stability analyses (and hydraulic analyses as stated above) considering worst case conditions (i.e. highest pond water level and pond full of ash).

### 4.2.3 Monitoring and Instrumentation Recommendations

*September 2010 Draft Report*

Instrumentation has not been historically used at Ash Pond 2 and is not used at the current time. AMEC recommends EKPC evaluate the need to install piezometer instrumentation to provide a means of internally monitoring conditions within the dam. Monitoring should also include documenting associated pond and river levels.

*Final Report*

AMEC continues to recommend the monitoring and instrumentation approach described in the Draft report.

### 4.2.4 Inspection Recommendations

*September 2010 Draft Report*

EKPC plant personnel currently perform a daily inspection that is documented by date, inspector name, and time of inspection. Although daily inspection by EKPC is commendable, a more detailed and documented record would be more appropriate. AMEC recommends that the current inspection program by the plant be expanded to include at least monthly documented inspections which identify potential problems, areas inspected, instrumentation monitoring (when installed) and pond and river levels.

AMEC has reviewed the 2009 inspection reports and determined EKPC has adequate annual inspections by a Profession Engineer. We recommend this type of annual inspection program and report by a Professional Engineer be continued at least yearly, in addition to the recommended monthly inspections by facility personnel.

*Final Report*

AMEC continues to recommend the inspection regimen described in the Draft report.

### 4.3 Ash Pond 3

### 4.3.1 Hydrologic and Hydraulic Recommendations

*September 2010 Draft Report*

A hydrologic or hydraulic study was not provided for Ash Pond 3. Ash Pond 3 is currently being used to stack ash dredged from Ash Pond 2. Based on a known release that occurred in 1975, its location adjacent to the Kentucky River, and current and proposed activity for the pond,

AMEC recommends a hydrologic and hydraulic analysis following MSHA guidelines be performed for Ash Pond 3.

*Final Report*

No additional documentation was provided for Ash Pond 3 following submittal of the Draft Report.

### 4.3.2   Geotechnical and Stability Recommendations

*September 2010 Draft Report*

A stability analyses was not provided for Ash Pond 3.  Based on the reasons stated in Section 4.3.1, AMEC recommends stability analyses following USACE and MSHA guidelines, as stated in the first paragraph of 4.2.2, be performed for Ash Pond 3.

*Final Report*

No stability analyses documentation was provided for Ash Pond 3 following submittal of the Draft Report.

### 4.3.3   Monitoring and Instrumentation Recommendations

Draft Report

Instrumentation has not been historically used at Ash Pond 3 and is not used at the current time.  AMEC recommends at least piezometer instrumentation be installed to provide a means of internally monitoring conditions within the dam.  Monitoring should also include documenting associated pond and river levels.

*Final Report*

Comments included in the January 12, 2011 response to the draft report by EKPC state "Ash Pond 3 is used for dry storage of compacted ash.  It is unclear what useful information such instrumentation would provide".  In AMEC's opinion, the area contains ash and water and is therefore a coal combustion waste impoundment.  <u>AMEC revises the second sentence above to:</u>  AMEC recommends EKPC evaluate the need to install piezometer instrumentation to provide a means of internally monitoring conditions within the embankment(s) of the dam.

### 4.3.4   Inspection Recommendations

EKPC plant personnel currently perform a daily inspection that is documented by date, inspector name, and time of inspection.  It is not known whether Ash Pond 3 is included in these inspections.  AMEC recommends that the current inspection program by the plant be expanded to include Ash Pond 3 in the daily inspections and perform at least monthly documented inspections which identify potential problems, areas inspected, instrumentation monitoring (when installed) and pond and river levels.  In addition, EKPC should include Ash Pond 3 in annual inspections by a Profession Engineer.

## 4.4    Ash Pond 4

### 4.4.1    Hydrologic and Hydraulic Recommendations

*September 2010 Draft Report*

An August 2010 report by S&ME Inc., entitled *Engineering Study for Dale Power Station Ash Pond No. 4 Evaluation of Risks of 100-Yr Rain Event & Freeboard Requirement*, provides a hydrologic analysis that is specific to Ash Pond 4.  This analysis uses the 100-year, 6-hour event as the maximum storm.  The report indicates a minimum dike elevation of 603.0 feet, or 2 feet below the design elevation of 605.0 feet with about 90% of the crest an average of 1 foot below design.  The report recommends "correcting any interior slope deficiencies, including erodible areas, etc…"   S&ME recommends a minimum freeboard height of 16 inches. Construction is currently being performed for a seepage repair.  The seepage repair was not considered in the hydrologic evaluation.

AMEC recommends that an appropriately conservative design storm rainfall and freeboard depth in accordance with MSHA guidelines be applied to the impoundment's watershed to assure that the dam and decant system can safely store, control, and discharge the design flow. Based on the size and rating for Ash Pond 4, the MSHA design storm would be the ½ PMF. Hydraulic calculations should also be completed to determine the rate at which the discharge structure and associated piping could pass the design storm, if necessary, or draw down elevated water surfaces following such an event.  The study should include modifications to the interior of the pond by current or planned construction.    The analysis should consider all critical stages over the life of the pond including pond full conditions.

*Final Report*

EKPC provided Draft Report comments for Ash Pond 4 that are identical to those provided for Ash Pond 2.  The same design storm event (100-year 6-hour) and freeboard (12 inches) were applied to the impoundment.  Additionally, due to the environmental impacts to the Kentucky River that would result from a failure of the impoundment, it is AMEC's opinion that sound engineering judgment would dictate that the minimum design storm hydrologic criteria used for these impoundments should be increased to a more critical minimum storm event, such as, at a minimum, the 100-year 24-hour storm.  Increasing the minimum design storm event, as well as the freeboard to more than 12 inches above the design storm event, would provide a higher, more conservative level of protection against overtopping of the crest of the impoundment.
The Fair rating maintains that no deficiencies exist for normal loading conditions (KDOW minimum design storm/freeboard requirements).   In AMEC's opinion, assignment of a satisfactory rating to Ash Pond 4 is not possible due to the pond's limited level of hydrologic protection.

### 4.4.2    Geotechnical and Stability Recommendations

*September 2010 Draft Report*

In the opinion of the assessing professional engineer, the criteria for minimum safety factors should be in accordance with USACE EM 1110-2-1902 with a minimum seismic safety factor of 1.2 as recommended by 2007 *MSHA Coal Mine Impoundment Inspection and Plan Review Handbook*, page 88. Likewise, if the dam does not meet the above seismic factor of safety, then the stability of the embankment should be analyzed and the amount of embankment

deformation or settlement that may occur should be evaluated to assure that sufficient section of the crest will remain intact to prevent a release from the impoundment.

A recent stability analysis was not performed for the Ash Pond 4 embankments. However, EKPC provided the design stability analyses performed by Bowser-Morner Testing Laboratories, Inc. (DS CBI 000151-000327), dated February 25, 1975. The report discusses wet conditions of the proposed fill materials and construction practices to place embankment fill wet of the optimum moisture content and the presence of a natural ditch within the interior of the proposed pond. The results of the analyses dictated the design of the slopes and provisions for a 30 feet buffer between the toe of the slope and the Kentucky River. In addition, the computed factors of safety for the long term analyses through the river bank for shallow circle and deep circle are below and about equal to the minimum factor of safety of 1.5, respectively. Although the other computed factors of safety were above USACE and MSHA seismic minimums, AMEC has issues with the interior hydrology and loading conditions and strength values used in the analyses.

A recent stability analysis study completed in 2010 by S&ME dated June 2010 (DS-CBI 000553-000561) was performed to evaluate the berm area between the toe of Ash Pond 4 and the location where a 2004 landslide had occurred. The study suggests the strength factors used in the report may be too conservative based on the rapid drawdown results and no failure within the past six years. However, the 2009 River Bank Stability performed by Stantec (DS-CBI 000121-000150) notes the slide has moved up the slope about 2.5 feet toward the toe of Ash Pond 4.

The thirty year old design stability study for Ash Pond 4 was performed under different guidelines than recommended herein, and does not accurately represent the as-built structure. In the opinion of the assessing professional engineer, a current stability analyses for Ash Pond 4 should be performed in accordance with the recommended guidelines stated herein, and the following recommendations. The analysis should consider all critical stages over the life of the pond including pond full conditions. These conditions would need to be determined in conjunction with the hydrologic and hydraulic recommendations above. The hydrologic and hydraulic analysis will provide a phreatic surface through the embankment. AMEC concurs with the recommendation in the S&ME 2010 report that the existing slope be improved to increase the stability of the berm and reduce the potential for progressive sliding uphill that would eventually involve the embankment.

*Final Report*

Comments included in the January 12, 2011 response to the Draft report by EKPC take exception to the use of MSHA guidelines to evaluate CCW impoundments. AMEC followed the guidelines presented in our EPA provided scope of work for assessment of CCW impoundments.

AMEC acknowledges the 1975 Bowser-Morner design stability analyses performed for Ash Pond 4 was approved by KDOW for construction of the impoundment. The study meets current KDOW standards, except for the long term case for the river bank section.

AMEC recommends EKPC evaluate the need to perform a current stability analyses (and hydraulic analyses as stated above) considering present as-built embankment soil conditions, current (and/or repaired) embankment configurations. The analyses should include worst case conditions (i.e. highest pond water level and pond full of ash).

The Fair rating maintains that no deficiencies exist for normal loading conditions (KDOW minimum design requirements). In AMEC's opinion, assignment of a satisfactory rating to Ash Pond 4 is not possible due to the pond's limited level of stability protection represented by recent analyses, history of releases, and current interior and planned exterior (river bank) repairs.

### 4.4.3 Monitoring and Instrumentation Recommendations

*September 2010 Draft Report*

Instrumentation has not been historically used at Ash Pond 4 and is not used at the current time. AMEC agrees with the monitoring recommendations provide in the 2009 inspection report by Stantec. A monitoring plan with at least piezometer instrumentation should be initiated. The plan could also include slope inclinometers and surface monuments as deemed appropriate. The implementation of the plan should be concentrated along the southern and west dike segments of the pond and other problem areas, such as the slide below the toe of the slope. The instrumentation will provide a means of establishing baseline criteria and monitoring of conditions within the dam. Monitoring should also include documenting associated pond and river levels.

*Final Report*

AMEC continues to recommend the monitoring and instrumentation approach described in the Draft report.

### 4.4.4 Inspection Recommendations

*September 2010 Draft Report*

EKPC plant personnel currently perform a daily inspection that is documented by date, inspector name, and time of inspection. Although daily inspection by EKPC is commendable, a more detailed and documented record would be more appropriate. AMEC recommends that the current inspection program by the plant be expanded to include at least monthly documented inspections which identify potential problems, areas inspected, instrumentation monitoring (when installed) and pond and river levels. In response to the existing landslide, EKPC should begin the weekly inspections of the affected area and the remainder of the riverbank immediately, and include or add inspections for significant rainfall events.

AMEC has reviewed the 2009 inspection reports and determined EKPC has adequate annual inspections by a Profession Engineer. We recommend this type of annual inspection program and report by a Professional Engineer be continued at least yearly, in addition to the recommended monthly inspections by facility personnel.

*Final Report*

AMEC continues to recommend the inspection regimen described in the Draft report.

## 5.0    CLOSING

This report is prepared for the exclusive use of the Environmental Protection Agency for the site and criteria stipulated herein. This report does not address regulatory issues associated with storm water runoff, the identification and modification of regulated wetlands, or ground water recharge areas.  Further, this report does not include review or analysis of environmental or regional geo-hydrologic aspects of the site, except as noted herein. Questions or interpretation regarding any portion of the report should be addressed directly by the geotechnical engineer.

Any use, reliance on, or decisions to be made based on this report by a third party are the responsibility of such third parties. AMEC accepts no responsibility for damages, if any, suffered by any third party as a result of decisions made or actions based on this report.

The conclusions and recommendations given in this report are based on visual observations, our partial knowledge of the history of Dale Power Station impoundments, and information provided to us by others. This report has been prepared in accordance with normally accepted geotechnical engineering practices.  No other warranty is expressed or implied.

**FIGURES**



WINCHESTER, KY

DALE GENERATING PLANT

SITE

N

0'  5,000'  10,000'
1" = 10,000'

N

0'  1000'  2000'
1" = 2000'

**AMEC Earth & Environmental**

690 Commonwealth Center
11003 Bluegrass Parkway
Louisville, Ky 40299
(502) 267-0700

amec

CLIENT LOGO

CLIENT

UNITED STATES
ENVIRONMENTAL
PROTECTION AGENCY

| PROJECT | | | |
|---|---|---|---|
| ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | DWN BY: CAE | DATUM: | DATE: 9/3/10 |
| TITLE | CHK'D BY: MSC | REV. NO.: | PROJECT NO: 3-2106-0177-0001 |
| EAST KENTUCKY POWER COOPERATIVE WILLIAM C. DALE POWER PLANT, FORD, KY SITE LOCATION & VICINITY MAP | PROJECTION: | SCALE: AS SHOWN | FIGURE No. 1 |



Ash Pond 3

Ash Pond 2

Railroad

Ash Pond 4

| | |
|---|---|
| DWN BY: | |
| | DJC |
| CKD BY: | |
| | MS |
| Datum: | |
| NAD 83 | |
| Projection: | |
| Albers | |
| Scale: | |
| | As Shown |

UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY

AMEC Earth & Environmental
690 Commonwealth Business Center
11003 Bluegrass Parkway
Louisville, KY 40299

amec

ASSESSMENT OF DAM SAFETY OF
COAL COMBUSTION SURFACE IMPOUNDMENTS

EAST KENTUCKY POWER COOPERATIVE
WILLIAM C. DALE POWER PLANT, FORD, KY
SITE PLAN

| | |
|---|---|
| REV. No.: | |
| | A |
| Date: | |
| | 8-19-10 |
| Project No: | |
| | 3-2106-0177-0001 |
| Figure No: | |
| | 2 |



| Critical Infrastructure | ID | Longitude | Latitude |
|---|---|---|---|
| Winchester Municipal Intake | 1 | -84.26024358 | 37.89519403 |
| Boonesboro State Park Ramp | 2 | -84.26646172 | 37.90156682 |
| Boonesboro State Park Boat Dock | 3 | -84.26857177 | 37.9030565 |
| Boonesboro Boat Dock | 4 | -84.26723445 | 37.90440156 |
| Boonesboro Camping Ground and Marina | 5 | -84.26862752 | 37.90914908 |
| Allman Restaurant Landing Dock | 6 | -84.27152989 | 37.91836553 |
| Durbin Memorial Church | 7 | -84.345615 | 37.889097 |
| Ford Church | 8 | -84.253419 | 37.88955 |
| Providence Church | 9 | -84.242229 | 37.925095 |
| Youth Church | 10 | -84.285908 | 37.88753 |
| Providence School | 11 | -84.244864 | 37.918332 |

Kentucky River Flow Direction

William C. Dale Power Plant

## Legend

🚩 School

🏠 Church

◎ Allman Restaurant Landing Dock

⚓ Boonesboro Boat Dock

▲ Boonesboro Camping Ground and Marina

⚓ Boonesboro State Park Boat Dock

⚙ Boonesboro State Park Ramp

≣ Winchester Municipal Intake

—+— Railroad

▪ Photo Location

amec

AMEC Earth & Environmental
690 Commonwealth Business Center
11003 Bluegrass Parkway
Louisville, KY 40299

UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY

| DRAWN BY: DJC |
| CHK'D BY: MS |
| DATUM: NAD83 |
| PROJECTION: Albers |
| SCALE: AS SHOWN |
| DATE: 5/21/2010 |

ASSESSMENT OF DAM SAFETY OF
COAL COMBUSTION SURFACE IMPOUNDMENTS

EAST KENTUCKY POWER COOPERATIVE
WILLIAM C. DALE POWER PLANT, FORD, KY
CRITICAL INFRASTRUCTURE

0        1
Miles

0        1
Kilometers

FIGURE
3

Notes: Critical infrastructure data provided by ESRI



ASH POND 2

CLIENT LOGO

CLIENT

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY

AMEC Earth & Environmental
690 Commonwealth Center
11003 Bluegrass Parkway
Louisville, Ky 40299
(502) 267-0700

amec

DWN BY:          CAE
CHK'D BY:        MS
DATUM:
PROJECTION:
SCALE:        AS SHOWN

PROJECT
ASSESSMENT OF DAM SAFETY OF COAL
COMBUSTION SURFACE IMPOUNDMENTS

TITLE
EAST KENTUCKY POWER COOPERATIVE
WILLIAM C. DALE POWER PLANT, FORD, KY
2004 TOPOGRAPHIC MAP ASH POND 2

REV. NO.:

DATE:        9/2/10

PROJECT NO.

FIGURE No.
4

S:\Geosciences\Proposals\EPA Coal Impoundment Inspection\EPA CCW June Round 6\EKP Dale\CAD and GIS Files\Dale SurfaceTopo 1.dwg – AP2 – Sep. 03, 2010 8:29am – chris.eger



Legend
A───A' Cross Section
━━━ Bank Erosion/Rills
▨ Areas of Standing Water/ Poor Drainage
▨ Areas of Voids/ Erosion

KY 1924

Outlet Channel

East Dike

Overflow Structure

North Dike

Ash Pond #3 Area Runoff Corrugated Metal Pipe

Ash Pond #2

Kentucky River

Dry Ash Pond #3

12-inch Influent Pipe Discharge

Coal Pile Runoff/ 36-inch Concrete Pipe

West Dike

South Dike

Coal Pile

0  50  100       200
            Feet

| CLIENT LOGO | CLIENT UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | DWN BY: CAE | PROJECT ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | REV. NO.: A |
| | | CHK'D BY: MS | | DATE: 8/31/10 |
| AMEC Earth & Environmental 660 Commonwealth Center 11003 Bluegrass Parkway Louisville, Ky 40299 (502) 267-0700 | amec | DATUM: | TITLE EAST KENTUCKY POWER COOPERATIVE WILLIAM C. DALE POWER PLANT, FORD, KY 2009 ASSESSMENT ISSUES MAP ASH POND 2 | PROJECT NO: 3-2106-0177-0001 |
| | | PROJECTION: | | FIGURE No. |
| | | SCALE: AS SHOWN | | 5 |




S:\Geosciences\Proposals\EPA Coal Impoundment Inspection\EPA CCW June Round 6\EKP Dale\CAD and GIS Files\dalefig5.dwg – Layout2 – Aug. 31, 2010 11:36am – chris.eger



SECTION A-A' - ASH POND 2
SCALE: 1" = 10'



SECTION B-B' - ASH POND 2
SCALE: 1" = 10'

**AMEC Earth & Environmental**

690 Commonwealth Center
11003 Bluegrass Parkway
Louisville, Ky 40299
(502) 267-0700



CLIENT LOGO

CLIENT

**UNITED STATES
ENVIRONMENTAL
PROTECTION AGENCY**

| PROJECT | | DWN BY: | | DATUM: | | DATE: | |
|---|---|---|---|---|---|---|---|
| ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | | CAE | | | | 8/31/10 | |
| TITLE | | CHK'D BY: | | REV. NO.: | | PROJECT NO: | |
| **EAST KENTUCKY POWER COOPERATIVE** | | MS | | | | 3-2106-0177-0001 | |
| **WILLIAM C. DALE POWER PLANT, FORD, KY** | | PROJECTION: | | SCALE: | | FIGURE NO. | |
| **CROSS-SECTIONS A-A` & B-B` ASH POND 2** | | | | | | 6 | |

S:\Geosciences\Proposals\EPA Coal Impoundment Inspection\EPA CCW June Round 6\EKP Dale\CAD and GIS Files\dalefig6.dwg – Layout1 – Aug. 31, 2010 12:33pm – chris.eger



ASH POND 3

| CLIENT LOGO | CLIENT | | DWN BY: CAE | PROJECT | REV. NO.: |
|---|---|---|---|---|---|
| | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | | CHK'D BY: MS | ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | DATE: 9/2/10 |
| | | | DATUM: | TITLE | PROJECT NO: |
| AMEC Earth & Environmental 690 Commonwealth Center 11003 Bluegrass Parkway Louisville, Ky 40299 (502) 267-0700 | amec | | PROJECTION: | EAST KENTUCKY POWER COOPERATIVE WILLIAM C. DALE POWER PLANT, FORD, KY 2004 TOPOGRAPHIC MAP ASH POND 3 | PROJECT NO. |
| | | | SCALE: AS SHOWN | | FIGURE No. 7 |

S:\Geosciences\Proposals\EPA Coal Impoundment Inspection\EPA CCW June Round 6\EKP Dale\CAD and GIS Files\Dale SurfaceTopo 1.dwg – AP3 – Sep. 03, 2010 8:29am – chris.eger



ASH POND 4

N

620

625
625

620 615
605
600
595
590
585

595
600

600
595
590
585

0'    50'    100'    150'
1" = 100'

CLIENT LOGO

CLIENT
UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY

AMEC Earth & Environmental
690 Commonwealth Center
11003 Bluegrass Parkway
Louisville, Ky 40299
(502) 267-0700

amec

DWN BY:      CAE
CHK'D BY:    MS
DATUM:
PROJECTION:
SCALE:       AS SHOWN

PROJECT
ASSESSMENT OF DAM SAFETY OF COAL
COMBUSTION SURFACE IMPOUNDMENTS

TITLE
EAST KENTUCKY POWER COOPERATIVE
WILLIAM C. DALE POWER PLANT, FORD, KY
2004 TOPOGRAPHIC MAP ASH POND 4

REV. NO.:

DATE:        9/2/10

PROJECT NO:
PROJECT NO.

FIGURE No.
8

S:\Geosciences\Proposals\EPA Coal Impoundment Inspection\EPA CCW June Round 6\EKP Dale\CAD and GIS Files\Dale SurfaceTopo 1.dwg – AP4 – Sep. 03, 2010 8:28am – chris.eger



CROSS SECTION A-7



CROSS SECTION B-7




| AMEC Earth & Environmental | | CLIENT LOGO | CLIENT UNITED STATES ENVIRONMENTAL PROTECTION AGENCY |
|---|---|---|---|
| 660 Commonwealth Center 11003 Bluegrass Parkway Louisville, Ky 40299 (502) 267-0700 | amec | | |
| PROJECT ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | | DWN BY: CAE | DATUM: | DATE: 8/31/10 |
| TITLE EAST KENTUCKY POWER COOPERATIVE WILLIAM C. DALE POWER PLANT, FORD, KY TYPICAL CROSS-SECTIONS ASH POND 4 | | CHK'D BY: MS | REV. NO.: | PROJECT NO: 3-2106-0177-0001 |
| | | PROJECTION: | SCALE: | FIGURE NO: 9 |



Legend
- Wet Areas
- Severe Erosion
- Slide Limits (2004)

N

L & N Railroad

KY 1924

Abandonded 8-inch Pipe Outlet

D' D

Ash Pond #4

C C'

Whirlpool Location Observed by EKPC Personnel on 8/22/08

Kentucky River

Outlet Channel

Overflow Structure

0  50  100  200 Feet

| CLIENT LOGO | CLIENT<br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | DWN BY: CAE | PROJECT<br>ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | REV. NO.: A |
| --- | --- | --- | --- | --- |
| | | CHK'D BY: MS | | DATE: 8/31/10 |
|  | | DATUM: | TITLE | PROJECT NO: |
| AMEC Earth & Environmental<br>690 Commonwealth Center<br>11003 Bluegrass Parkway<br>Louisville, Ky 40299<br>(502) 267-0700 |  | PROJECTION: | EAST KENTUCKY POWER COOPERATIVE WILLIAM C. DALE POWER PLANT, FORD, KY 2009 ASSESSMENT ISSUES MAP ASH POND 4 | 3-2106-0177-0001 |
| | | SCALE: AS SHOWN | | FIGURE No. 10 |

S:\Geosciences\Proposals\EPA Coal Impoundment Inspection\EPA CCW June Round 6\EKP Dale\CAD and GIS Files\dalefig10.dwg – Layout1 – Aug. 31, 2010 12:38pm – chris.eger



SECTION C–C' – ASH POND 4
SCALE: 1" = 10'



SECTION D–D' – ASH POND 4
SCALE: 1" = 20'

NOTES:

1. This site map was provided by East Kentucky Power Cooperative (EKPC). It is for illustration only and should not be used for construction or any other purpose.

2. The topographic survey was obtained from a site survey conducted by Stantec Consulting Services, Inc. (Stantec) in September 2004.



**AMEC Earth & Environmental**
660 Commonwealth Center
11003 Bluegrass Parkway
Louisville, Ky 40299
(502) 267-0700

| | CLIENT | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY |
|---|---|---|

| PROJECT: ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | DWN BY: CAE | DATUM: | DATE: 8/31/10 |
|---|---|---|---|
| TITLE: **EAST KENTUCKY POWER COOPERATIVE WILLIAM C. DALE POWER PLANT, FORD, KY CROSS-SECTIONS C-C` & D-D` ASH POND 4** | CHK'D BY: MS | REV. NO.: | PROJECT NO: 3-2106-0177-0001 |
| | PROJECTION: | SCALE: | FIGURE NO: 11 |



600 — 600
580 — 580
560 — 560

2.5'

Scarp (2004)          Scarp (2009)

Existing Groundline
(Surveyed 2004)

Existing Groundline
(Surveyed 2009)

**SECTION — KENTUCKY RIVER
BANK SLIDE AREA**
SCALE: 1"=20'

0                          100                          200



Ash Pond
No. 4

2004 Survey
Limits

Section
Location



**SITE LOCATION MAP**
SCALE: 1"=200'

**NOTES:**

1. This site map was provided by East Kentucky Power Cooperative (EKPC). It is for illustration only and should not be used for construction or any other purpose.

2. The topographic survey was obtained from a site survey conducted by Stantec Consulting Services, Inc. (Stantec) in September 2004. An additional topographic survey of the slide area was conducted by Stantec on July 20, 2009.

**AMEC Earth & Environmental**
680 Commonwealth Center
11003 Bluegrass Parkway
Louisville, Ky 40299
(502) 267-0700

amec

CLIENT LOGO

CLIENT
**UNITED STATES
ENVIRONMENTAL
PROTECTION AGENCY**

| PROJECT | DWN BY: | | DATUM: | | DATE: | |
|---|---|---|---|---|---|---|
| ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | CAE | | | | 8/31/10 | |
| **TITLE** | CHK'D BY: | | REV. NO.: | | PROJECT NO: | |
| **EAST KENTUCKY POWER COOPERATIVE** | MS | | | | 3-2106-0177-0001 | |
| **WILLIAM C. DALE POWER PLANT, FORD, KY** | PROJECTION: | | SCALE: | | FIGURE NO: | |
| **2004 SLIDE AREA CROSS-SECTION ASH POND 4 BUFFER AREA** | | | | | **12** | |

**APPENDICES**

**APPENDIX A**
**Waste Impoundment Inspection Forms**

US Environmental
Protection Agency



| Site Name: William C. Dale Power Plant | Date: August 4, 2010 |
|---|---|
| Unit Name: Ash Pond 2 | Operator's Name: East Kentucky Power Cooperative |
| Unit I.D.: Ash Pond 2 | Hazard Potential Classification: High **Significant** Low |
| Inspector's Name: James Black, Mary Swiderski | |

Check the appropriate box below.  Provide comments when appropriate.  If not applicable or not available, record "N/A".  Any unusual conditions or construction practices that should be noted in the comments section.  For large diked embankments, separate checklists may be used for different embankment areas. If separate forms are used, identify approximate area that the form applies to in comments.

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. Frequency of Company's Dam Inspections? | Daily | | 18. Sloughing or bulging on slopes? | | X |
| 2. Pool elevation (operator records)? | 587'9" | | 19. Major erosion or slope deterioration? | | X |
| 3. Decant inlet elevation (operator records)? | Varies | | 20. Decant Pipes: | ■ | ■ |
| 4. Open channel spillway elevation (operator records)? | N/A | | Is water entering inlet, but not exiting outlet? | | X |
| 5. Lowest dam crest elevation (operator records)? | 593.5 | | Is water exiting outlet, but not entering inlet? | | X |
| 6. If instrumentation is present, are readings recorded (operator records)? | | X | Is water exiting outlet flowing clear? | X | |
| 7. Is the embankment currently under construction? | | X | 21. Seepage (specify location, if seepage carries fines, and approximate seepage rate below): | ■ | ■ |
| 8. Foundation preparation (remove vegetation,stumps, topsoil in area where embankment fill will be placed)? | | X | From underdrain? | | X |
| 9. Trees growing on embankment? (If so, indicate largest diameter below) | | X | At isolated points on embankment slopes? | | X |
| 10. Cracks or scarps on crest? | | X | At natural hillside in the embankment area? | | X |
| 11. Is there significant settlement along the crest? | | X | Over widespread areas? | | X |
| 12. Are decant trashracks clear and in place? | | X | From downstream foundation area? | | X |
| 13. Depressions or sinkholes in tailings surface or whirlpool in the pool area? | | X | "Boils" beneath stream or ponded water? | | X |
| 14. Clogged spillways, groin or diversion ditches? | | X | Around the outside of the decant pipe? | | X |
| 15. Are spillway or ditch linings deteriorated? | | X | 22. Surface movements in valley bottom or on hillside? | | X |
| 16. Are outlets of decant or underdrains blocked? | | X | 23. Water against downstream toe? | | X |
| 17. Cracks or scarps on slopes? | | X | 24. Were Photos taken during the dam inspection? | X | |

**Major adverse changes in these items could cause instability and should be reported for further evaluation.  Adverse conditions noted in these items should normally be described (extent, location, volume, etc.) in the space below and on the back of this sheet.**

| Inspection Issue # | Comments |
|---|---|
| 3 | Outlet controlled by stop logs, bottom elevation of structure is 571', top is 592'.  Source: Drawing, Pond 2 New Discharge Structure, EKP, 01 August 2003). |
| 5 | Source: Stantec Report dated16 February 2010. |
| 12 | Skimmer present. |

**U. S. Environmental Protection Agency**



## Coal Combustion Waste (CCW)
## Impoundment Inspection

Impoundment NPDES Permit #  KY 0002194          INSPECTOR Black/Swiderski

Date  August 4, 2010

Impoundment Name  William C. Dale Power Plant - Ash Pond 2
Impoundment Company   East Kentucky Power Cooperative
EPA Region   4
State Agency (Field Office) Address
                                200 Fair Oaks Lane
                                Frankfort, KY 40601

Name of Impoundment  Ash Pond 2
(Report each impoundment on a separate form under the same Impoundment NPDES
Permit number)

New     X     Update _____

|  | Yes | No |
|---|---|---|
| Is impoundment currently under construction? | _____ | X |
| Is water or ccw currently being pumped into the impoundment? | X | _____ |

**IMPOUNDMENT FUNCTION:  Bottom and fly ash settling pond, also receives water
from coal pile runoff.**

Nearest Downstream Town :    Name  Valley View, KY
Distance from the impoundment  Approximately 17 miles
Impoundment
Location:        Longitude  -84    Degrees   15   Minutes   44   Seconds
                 Latitude   37    Degrees   53   Minutes   2   Seconds
                 State    KY      County  Clark

Does a state agency regulate this impoundment?  YES   X    NO _____

If So Which State Agency? KY Division of Water

**HAZARD POTENTIAL** (In the event the impoundment should fail, the following would occur):

_____**LESS THAN LOW HAZARD POTENTIAL:** Failure or misoperation of the dam results in no probable loss of human life or economic or environmental losses.

_____**LOW HAZARD POTENTIAL:** Dams assigned the low hazard potential classification are those where failure or misoperation results in no probable loss of human life and low economic and/or environmental losses. Losses are principally limited to the owner's property.

___X___**SIGNIFICANT HAZARD POTENTIAL:** Dams assigned the significant hazard potential classification are those dams where failure or misoperation results in no probable loss of human life but can cause economic loss, environmental damage, disruption of lifeline facilities, or can impact other concerns. Significant hazard potential classification dams are often located in predominantly rural or agricultural areas but could be located in areas with population and significant infrastructure.

_____**HIGH HAZARD POTENTIAL:** Dams assigned the high hazard potential classification are those where failure or misoperation will probably cause loss of human life.

**DESCRIBE REASONING FOR HAZARD RATING CHOSEN:**
_____Failure may reach Kentucky River_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## CONFIGURATION:



_____Cross-Valley
___X___Side-Hill
_____Diked
_____Incised (form completion optional)
_____Combination Incised/Diked

Embankment Height ____20____ feet   Embankment Material _Soil_____

Pool Area _____8_____ acres   Liner _N/A_____

Current Freeboard ____4_____ feet   Liner Permeability ___N/A_____

**TYPE OF OUTLET** (Mark all that apply)

**_N/A_ Open Channel Spillway**
_____ Trapezoidal
_____ Triangular
_____ Rectangular
_____ Irregular

_____ depth
_____ bottom (or average) width
_____ top width
_____

TRAPEZOIDAL

Top Width

Depth

Bottom
Width

TRIANGULAR

Top Width

Depth

RECTANGULAR

Depth

Width

IRREGULAR

Average Width

Avg
Depth

**_X_ Outlet**

_24"_ inside diameter

Material
_____ corrugated metal
_____ welded steel
_X_ concrete
_____ plastic (hdpe, pvc, etc.)
_____ other (specify) _____
_____

Inside | Diameter

Is water flowing through the outlet?     YES _X_     NO _____

**_____ No Outlet**

**_____ Other Type of Outlet** (specify) _____

The Impoundment was Designed By _Unknown_____
_____

Has there ever been a failure at this site?   YES _____ NO _____ X_____

If So When? _____

If So Please Describe : _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Has there ever been significant seepages at this site?   YES _____ NO \_\_\_X\_\_\_

If So When? _____

IF So Please Describe: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Has there ever been any measures undertaken to monitor/lower
Phreatic water table levels based on past seepages or breaches
at this site?                                        YES _____ NO ___X_____

If so, which method (e.g., piezometers, gw pumping,...)? _____

If so Please Describe : _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Coal Combustion Dam Inspection Checklist Form



| Site Name: William C. Dale Power Plant | Date: August 4, 2010 |
|---|---|
| Unit Name: Ash Pond 3 | Operator's Name:East Kentucky Power cooperative |
| Unit I.D.: Ash Pond 3 | Hazard Potential Classification: High **Significant** Low |
| Inspector's Name: James Black, Mary Swiderski | |

Check the appropriate box below. Provide comments when appropriate. If not applicable or not available, record "N/A". Any unusual conditions or construction practices that should be noted in the comments section. For large diked embankments, separate checklists may be used for different embankment areas. If separate forms are used, identify approximate area that the form applies to in comments.

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. Frequency of Company's Dam Inspections? | Daily | | 18. Sloughing or bulging on slopes? | | X |
| 2. Pool elevation (operator records)? | N/A | | 19. Major erosion or slope deterioration? | | X |
| 3. Decant inlet elevation (operator records)? | N/A | | 20. Decant Pipes: | ███ | |
| 4. Open channel spillway elevation (operator records)? | N/A | | Is water entering inlet, but not exiting outlet? | | X |
| 5. Lowest dam crest elevation (operator records)? | 593.7 | | Is water exiting outlet, but not entering inlet? | | X |
| 6. If instrumentation is present, are readings recorded (operator records)? | | X | Is water exiting outlet flowing clear? | | X |
| 7. Is the embankment currently under construction? | | X | 21. Seepage (specify location, if seepage carries fines, and approximate seepage rate below): | ███ | |
| 8. Foundation preparation (remove vegetation,stumps, topsoil in area where embankment fill will be placed)? | | X | From underdrain? | | X |
| 9. Trees growing on embankment? (If so, indicate largest diameter below) | X | | At isolated points on embankment slopes? | | X |
| 10. Cracks or scarps on crest? | | X | At natural hillside in the embankment area? | | X |
| 11. Is there significant settlement along the crest? | | X | Over widespread areas? | | X |
| 12. Are decant trashracks clear and in place? | | X | From downstream foundation area? | | X |
| 13. Depressions or sinkholes in tailings surface or whirlpool in the pool area? | | X | "Boils" beneath stream or ponded water? | | X |
| 14. Clogged spillways, groin or diversion ditches? | | X | Around the outside of the decant pipe? | | X |
| 15. Are spillway or ditch linings deteriorated? | | X | 22. Surface movements in valley bottom or on hillside? | | X |
| 16. Are outlets of decant or underdrains blocked? | | X | 23. Water against downstream toe? | | X |
| 17. Cracks or scarps on slopes? | | X | 24. Were Photos taken during the dam inspection? | X | |

**Major adverse changes in these items could cause instability and should be reported for further evaluation. Adverse conditions noted in these items should normally be described (extent, location, volume, etc.) in the space below and on the back of this sheet.**

| Inspection Issue # | Comments |
|---|---|
| 2 | Dry Pond – Currently used for ash stacking |
| 3 | No outlet structure |
| 5 | Source: Ash Pond 3 Regrading Plan, lowest elev. Field Road |
| 9 | Tree diameter – Approximately 4 inches |

**U. S. Environmental Protection Agency**



## Coal Combustion Waste (CCW)
## Impoundment Inspection

Impoundment NPDES Permit # __KY 0002194__          INSPECTOR Black/Swiderski

Date _August 4, 2010_

Impoundment Name _William C. Dale Power Plant - Ash Pond 3_
Impoundment Company  _East Kentucky Power Cooperative_
EPA Region  __4__
State Agency (Field Office) Address

　　　　　　　　　　　　　　　200 Fair Oaks Lane
　　　　　　　　　　　　　　　Frankfort, KY 40601

Name of Impoundment  _Ash Pond 3_
(Report each impoundment on a separate form under the same Impoundment NPDES
Permit number)

New ____X____Update _____

|  | Yes | No |
|---|---|---|
| Is impoundment currently under construction? | | X |
| Is water or ccw currently being pumped into the impoundment? | | X |

## IMPOUNDMENT FUNCTION:  **Inactive, Currently used as a temporary dry stack storage.**

Nearest Downstream Town :    Name _Valley View, KY_
Distance from the impoundment _Approximately 17 miles_
Impoundment
Location:          Longitude _-84_ Degrees _15_ Minutes _48_ Seconds
                        Latitude _37_ Degrees _53_ Minutes _6_ Seconds
                        State __KY__ County _Clark_

Does a state agency regulate this impoundment?  YES __X*__ NO _____

If So Which State Agency? _*KY Division of Water Regulation KAR 45.060 for ash stacking._

**HAZARD POTENTIAL** (In the event the impoundment should fail, the following would occur):

**_____LESS THAN LOW HAZARD POTENTIAL:** Failure or misoperation of the dam results in no probable loss of human life or economic or environmental losses.

**_____LOW HAZARD POTENTIAL:** Dams assigned the low hazard potential classification are those where failure or misoperation results in no probable loss of human life and low economic and/or environmental losses. Losses are principally limited to the owner's property.

**___X___SIGNIFICANT HAZARD POTENTIAL:** Dams assigned the significant hazard potential classification are those dams where failure or misoperation results in no probable loss of human life but can cause economic loss, environmental damage, disruption of lifeline facilities, or can impact other concerns. Significant hazard potential classification dams are often located in predominantly rural or agricultural areas but could be located in areas with population and significant infrastructure.

**_____HIGH HAZARD POTENTIAL:** Dams assigned the high hazard potential classification are those where failure or misoperation will probably cause loss of human life.

**DESCRIBE REASONING FOR HAZARD RATING CHOSEN:**
 Failure may reach Kentucky River.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## CONFIGURATION:



**CROSS-VALLEY**

**SIDE-HILL**

**DIKED**

**INCISED**

_____ Cross-Valley
_____ Side-Hill          **Unknown No Original Design Drawings**
_____ Diked
_____ Incised (form completion optional)
_____ Combination Incised/Diked

Embankment Height __Unknown_ feet     Embankment Material_Unknown_____
Pool Area _____Unknown_____ acres     Liner _Unknown_____
Current Freeboard __Unknown__ feet     Liner Permeability __N/A_____

**TYPE OF OUTLET** (Mark all that apply)

**_N/A_ Open Channel Spillway**

_____Trapezoidal
_____Triangular
_____Rectangular
_____Irregular

_____depth
_____bottom (or average) width
_____top width
_____

TRAPEZOIDAL

Top Width

Depth

Bottom Width

TRIANGULAR

Top Width

Depth

RECTANGULAR

Depth

Width

IRREGULAR

Average Width

Avg Depth

**_N/A_ Outlet**

_____inside diameter

Material
_____corrugated metal
_____welded steel
_____concrete
_____plastic (hdpe, pvc, etc.)
_____other (specify) _____
_____

Inside    Diameter

Is water flowing through the outlet?     YES _____     NO _____

**_X_ No Outlet**

_____

**_____Other Type of Outlet** (specify) _____

The Impoundment was Designed By _Unknown_____
_____

Has there ever been a failure at this site?   YES _____X_____NO _____

If So When? _____

If So Please Describe : _____

_____
_____EKP to provide further information._____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Has there ever been significant seepages at this site?   YES _____NO _____

If So When? _____

IF So Please Describe: _____
_____
____EKP to provide further information._____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Has there ever been any measures undertaken to monitor/lower
Phreatic water table levels based on past seepages or breaches
at this site?                                                    YES _____NO _____

If so, which method (e.g., piezometers, gw pumping,...)? _____

If so Please Describe : _____

_____
  EKP to provide further information.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Coal Combustion Dam Inspection Checklist Form



| Site Name: William C. Dale Power Plant | Date: August 4, 2010 |
|---|---|
| Unit Name: Ash Pond 4 | Operator's Name:East Kentucky Power cooperative |
| Unit I.D.: Ash Pond 4 | Hazard Potential Classification: High **Significant** Low |
| Inspector's Name: James Black, Mary Swiderski | |

Check the appropriate box below.  Provide comments when appropriate.  If not applicable or not available, record "N/A".  Any unusual conditions or construction practices that should be noted in the comments section.  For large diked embankments, separate checklists may be used for different embankment areas. If separate forms are used, identify approximate area that the form applies to in comments.

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. Frequency of Company's Dam Inspections? | Daily | | 18. Sloughing or bulging on slopes? | | X |
| 2. Pool elevation (operator records)? | N/A | | 19. Major erosion or slope deterioration? | | X |
| 3. Decant inlet elevation (operator records)? | varies | | 20. Decant Pipes: | ■ | ■ |
| 4. Open channel spillway elevation (operator records)? | N/A | |    Is water entering inlet, but not exiting outlet? | | X |
| 5. Lowest dam crest elevation (operator records)? | | |    Is water exiting outlet, but not entering inlet? | | X |
| 6. If instrumentation is present, are readings recorded (operator records)? | | X |    Is water exiting outlet flowing clear? | | X |
| 7. Is the embankment currently under construction? | | X | 21. Seepage (specify location, if seepage carries fines, and approximate seepage rate below): | ■ | ■ |
| 8. Foundation preparation (remove vegetation,stumps, topsoil in area where embankment fill will be placed)? | X | |    From underdrain? | | X |
| 9. Trees growing on embankment? (If so, indicate largest diameter below) | | X |    At isolated points on embankment slopes? | | X |
| 10. Cracks or scarps on crest? | | X |    At natural hillside in the embankment area? | | X |
| 11. Is there significant settlement along the crest? | | X |    Over widespread areas? | | X |
| 12. Are decant trashracks clear and in place? | | X |    From downstream foundation area? | | X |
| 13. Depressions or sinkholes in tailings surface or whirlpool in the pool area? | | X |    "Boils" beneath stream or ponded water? | | X |
| 14. Clogged spillways, groin or diversion ditches? | | X |    Around the outside of the decant pipe? | | X |
| 15. Are spillway or ditch linings deteriorated? | | X | 22. Surface movements in valley bottom or on hillside? | | X |
| 16. Are outlets of decant or underdrains blocked? | | X | 23. Water against downstream toe? | X | |
| 17. Cracks or scarps on slopes? | | X | 24. Were Photos taken during the dam inspection? | X | |

**Major adverse changes in these items could cause instability and should be reported for further evaluation.  Adverse conditions noted in these items should normally be described (extent, location, volume, etc.) in the space below and on the back of this sheet.**

| Inspection Issue # | Comments |
|---|---|
| 2, 20 | Dry Pond – Currently all ash material is being excavated. |
| 3 | Stop Log Inlet Structure, top is 602', inlet of outlet is 588' |
| 23 | Standing water along southern downstream toe, appears to be a result of poor drainage. |

EPA FORM -XXXX

**U. S. Environmental Protection Agency**



## Coal Combustion Waste (CCW)
## Impoundment Inspection

Impoundment NPDES Permit #  KY 0002194          INSPECTOR Black/Swiderski

Date  August 4, 2010

Impoundment Name  William C. Dale Power Plant - Ash Pond 4
Impoundment Company   East Kentucky Power Cooperative
EPA Region    4
State Agency (Field Office) Address
                              200 Fair Oaks Lane
                              Frankfort, KY 40601

Name of Impoundment  Ash Pond 4
(Report each impoundment on a separate form under the same Impoundment NPDES
Permit number)

New     X    Update _____

|  | Yes | No |
|---|---|---|
| Is impoundment currently under construction? | _____ | X |
| Is water or ccw currently being pumped into the impoundment? | _____ | X |

## IMPOUNDMENT FUNCTION:  Currently used as Ash Pond

Nearest Downstream Town :    Name  Valley View, KY
Distance from the impoundment  Approximately 17 miles
Impoundment
Location:        Longitude  -84    Degrees    15   Minutes    42  Seconds
                 Latitude   37       Degrees    52   Minutes    40   Seconds
                 State    KY       County   Clark

Does a state agency regulate this impoundment?  YES    X    NO _____

If So Which State Agency? KY Division of Water

**HAZARD POTENTIAL**  (In the event the impoundment should fail, the following would occur):

**_____LESS THAN LOW HAZARD POTENTIAL:** Failure or misoperation of the dam results in no probable loss of human life or economic or environmental losses.

**_____LOW HAZARD POTENTIAL:** Dams assigned the low hazard potential classification are those where failure or misoperation results in no probable loss of human life and low economic and/or environmental losses.  Losses are principally limited to the owner's property.

**___X___SIGNIFICANT HAZARD POTENTIAL:** Dams assigned the significant hazard potential classification are those dams where failure or misoperation results in no probable loss of human life but can cause economic loss, environmental damage, disruption of lifeline facilities, or can impact other concerns. Significant hazard potential classification dams are often located in predominantly rural or agricultural areas but could be located in areas with population and significant infrastructure.

**_____HIGH HAZARD POTENTIAL:** Dams assigned the high hazard potential classification are those where failure or misoperation will probably cause loss of human life.

**DESCRIBE REASONING FOR HAZARD RATING CHOSEN:**
  Failure may reach Kentucky River.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## CONFIGURATION:



_____Cross-Valley
_____Side-Hill
___X___Diked
_____Incised (form completion optional)
_____Combination Incised/Diked

Embankment Height ___26_____feet    Embankment Material__Earthern Fill_____
Pool Area _____10.7_____ acres  Liner __N/A_____
Current Freeboard ___Dry 26'___ feet   Liner Permeability  __N/A_____

**TYPE OF OUTLET** (Mark all that apply)

<u>N/A</u> **Open Channel Spillway**

_____Trapezoidal
_____Triangular
_____Rectangular
_____Irregular

_____depth
_____bottom (or average) width
_____top width
_____



TRAPEZOIDAL

Top Width

Depth

Bottom
Width

TRIANGULAR

Top Width

Depth

RECTANGULAR

Depth

Width

IRREGULAR

Average Width

Avg
Depth

<u>X</u> **Outlet**

<u>12"</u> inside diameter

Material
<u>X</u> corrugated metal
_____welded steel
_____concrete
_____plastic (hdpe, pvc, etc.)
_____other (specify) _____
_____

Inside   Diameter

Is water flowing through the outlet?      YES _____      NO <u>X</u>

_____ **No Outlet**

_____ **Other Type of Outlet** (specify) _____

The Impoundment was Designed By <u>Stanley Consultants, January 30, 1976, Donald</u>
<u>Jones KY #7872</u>

Has there ever been a failure at this site?   YES _____ NO ____ X _____

If So When? _____

If So Please Describe : _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Has there ever been significant seepages at this site?    YES ___X___ NO _____

If So When? _August 2008_____

IF So Please Describe: _____
_____

In August 1978, a consultant issued a report regarding leakage around the north side of Ash Pond No. 4. Following the report, EKPC installed a bentonite curtain to resolve the leak around the northern side of the impoundment. No further information was provided regarding the 1978 leak. Additional repair measures were reportedly completed by EKPC in 1998 along the northern limits of the pond. It is understood that a trench was dug down into weathered bedrock, and the resulting excavation was backfilled with concrete.

In 2000, attempts were made to stop or reduce leakage from the east side of the dike by injecting chemical grout into 4-inch holes drilled to a maximum depth of 30 feet to form a grout cutoff wall. In 2004, an additional consultant was contacted to investigate water and fly ash that had been leaking for at least five years through the east side of Ash Pond 4, presumably through the limestone bedrock formation underlying the dike. Reportedly, the leakage surfaces along a natural drain located approximately 300 feet east of the dike. EKPC constructed a 5-foot soil wedge extending from the bentonite curtain along the northeast to the middle of the crest along the southeastern limits of the dike. EKPC reported that this measure effectively stopped any noticeable leaking through the dike.

According to provided documents, on August 22, 2008 a whirlpool was observed by East Kentucky Power Company (EKPC) personnel approximately 60 feet from the crest of the dike along the eastern side. EKPC then observed leakage surfacing along a natural drain approximately 300 feet east of the dike. Upon observing the whirlpool and seepage EKPC stopped ash disposal into the pond, began dewatering the pond and notified the Kentucky Division of Water of the observations. Due to the leakage EKPC has stopped sluicing ash to the pond and is currently excavating existing ash material.

Has there ever been any measures undertaken to monitor/lower
Phreatic water table levels based on past seepages or breaches
at this site?                                                    YES __X____ NO _____

If so, which method (e.g., piezometers, gw pumping,...)? _____

If so Please Describe :

_____
 Please see Page 6 for details.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**APPENDIX B**
**Site Photo Log Map and Site Photos**



**Legend**

■ Photo Location

2-2, 2-3
2-1
2-5, 2-6
3-2
2-7

Ash Pond 3
Ash Pond 2

3-1

2-13

2-12
2-8, 2-9

2-11
2-10

SCHOOLHOUSE LN

ASHER LN

N
0        200
Feet

| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | DWN BY: DJC | ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | REV. No.: A |
| | CKD BY: MS | | Date: 8-19-10 |
| AMEC Earth & Environmental 690 Commonwealth Business Center 11003 Bluegrass Parkway Louisville, KY 40299 | Datum: NAD 83 | EAST KENTUCKY POWER COOPERATIVE WILLIAM C. DALE POWER PLANT, FORD, KY ASH PONDS 2 & 3 PHOTO LOCATION MAP | Project No: |
| | Projection: Albers | | 3-2106-0177-0001 |
| | Scale: As Shown | | Figure No: B-1 |

amec



**Legend**

Photo Location

UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY

AMEC Earth & Environmental
690 Commonwealth Business Center
11003 Bluegrass Parkway
Louisville, KY 40299

| | |
|---|---|
| DWN BY: | DJC |
| CKD BY: | MS |
| Datum: | NAD 83 |
| Projection: | Albers |
| Scale: | As Shown |

ASSESSMENT OF DAM SAFETY OF
COAL COMBUSTION SURFACE IMPOUNDMENTS

EAST KENTUCKY POWER COOPERATIVE
WILLIAM C. DALE POWER PLANT, FORD, KY
ASH POND 4
PHOTO LOCATION MAP

| | |
|---|---|
| REV. No.: | A |
| Date: | 8-19-10 |
| Project No: | 3-2106-0177-0001 |
| Figure No: | B-2 |

**ASH POND 2 SITE PHOTOS**



**2-1**

NORTH DIKE OF POND LOOKING SOUTHWEST AT PRIMARY OUTLET STRUCUTRE



**2-2**

POND NPDES OUTFALL AT TOE OF NORTH DIKE

**AMEC Earth & Environmental**

690 Commonwealth Center
11003 Bluegrass Parkway
Louisville, Ky 40299
(502) 267-0700



CLIENT LOGO

CLIENT
**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

| PROJECT | | | |
|---|---|---|---|
| ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | DWN BY: CAE | DATUM: | DATE: 8/5/10 |
| TITLE | CHK'D BY: MGS | REV. NO.: | PROJECT NO: 3-2106-0177-0001 |
| EAST KENTUCKY POWER COOPERATIVE WILLIAM C. DALE POWER PLANT, FORD, KY ASH POND 2 SITE PHOTOS | PROJECTION: | SCALE: | PAGE NO.. B-3 |



**2-3**

FROM NORTHERN DIKE LOOKING NORTH AT OUTFALL CHANNEL TO KENTUCKY RIVER



**2-4**

LOOKING SOUTH FROM NORTHERN BANK AT POND INTERIOR,
AND CREST AND UPSTREAM SLOPE OF EASTERN DIKE

**AMEC Earth & Environmental**

690 Commonwealth Center
11003 Bluegrass Parkway
Louisville, Ky 40299
(502) 267-0700



 CLIENT LOGO

CLIENT

**UNITED STATES
ENVIRONMENTAL
PROTECTION AGENCY**

| PROJECT | DWN BY: | DATUM: | DATE: |
| --- | --- | --- | --- |
| ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | CAE | | 8/5/10 |

| TITLE | CHK'D BY: | REV. NO.: | PROJECT NO: |
| --- | --- | --- | --- |
| EAST KENTUCKY POWER COOPERATIVE | MGS | | 3-2106-0177-0001 |
| WILLIAM C. DALE POWER PLANT, FORD, KY | PROJECTION: | SCALE: | PAGE NO.. |
| ASH POND 2 SITE PHOTOS | | | B-4 |



**2-5**

**FROM EASTERN DIKE LOOKING SOUTH AT CREST AND DOWNSTREAM SLOPE, FORD ROAD LOCATED TO THE EAST**



**2-6**

**FROM NORTHEAST DIKE LOOKING SOUTH AT UPSTREAM SLOPE, CREST AND FORD ROAD**

| **AMEC Earth & Environmental**<br>690 Commonwealth Center<br>11003 Bluegrass Parkway<br>Louisville, Ky 40299<br>(502) 267-0700 |  | CLIENT LOGO | CLIENT<br>**UNITED STATES**<br>**ENVIRONMENTAL**<br>**PROTECTION AGENCY** | | |
|---|---|---|---|---|---|
| PROJECT<br>ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | | DWN BY:<br>CAE | | DATUM: | DATE:<br>8/5/10 |
| TITLE<br>**EAST KENTUCKY POWER COOPERATIVE**<br>**WILLIAM C. DALE POWER PLANT, FORD, KY**<br>**ASH POND 2 SITE PHOTOS** | | CHK'D BY:<br>MGS | | REV. NO.: | PROJECT NO:<br>3-2106-0177-0001 |
| | | PROJECTION: | | SCALE: | PAGE NO..<br>**B-5** |



**2-7**

LOOKING WEST FROM EAST DIKE AT BOOMS ACTING AS SKIMMER



**2-8**

FROM EASTERN BANK LOOKING SOUTHWEST AT SOUTHERN CREST AND UPSTREAM SLOPE, COAL PILE IN BACKGROUND

**AMEC Earth & Environmental**

690 Commonwealth Center
11003 Bluegrass Parkway
Louisville, Ky 40299
(502) 267-0700



CLIENT LOGO

| CLIENT | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY |
|---|---|

| PROJECT | ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | DWN BY: CAE | DATUM: | DATE: 8/5/10 |
|---|---|---|---|---|
| TITLE | EAST KENTUCKY POWER COOPERATIVE WILLIAM C. DALE POWER PLANT, FORD, KY ASH POND 2 SITE PHOTOS | CHK'D BY: MGS | REV. NO.: | PROJECT NO: 3-2106-0177-0001 |
| | | PROJECTION: | SCALE: | PAGE NO.. B-6 |



**2-9**

ASH INLET PIPES FROM POWER PLANT ON SOUTH DIKE



**2-10**

CLOSE-UP OF ASH INLET PIPES FROM POWER PLANT

**AMEC Earth & Environmental**
690 Commonwealth Center
11003 Bluegrass Parkway
Louisville, Ky 40299
(502) 267-0700



CLIENT LOGO

CLIENT
**UNITED STATES
ENVIRONMENTAL
PROTECTION AGENCY**

| PROJECT | DWN BY: | DATUM: | DATE: |
| ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | CAE | | 8/5/10 |
| TITLE | CHK'D BY: | REV. NO.: | PROJECT NO: |
| EAST KENTUCKY POWER COOPERATIVE | MGS | | 3-2106-0177-0001 |
| WILLIAM C. DALE POWER PLANT, FORD, KY | PROJECTION: | SCALE: | PAGE NO.. |
| ASH POND 2 SITE PHOTOS | | | **B-7** |



**2-11**

**COAL PILE RUNOFF INLET ON SOUTH DIKE**



**2-12**

**SOUTH END OF WEST DIKE LOOKING NORTH AT CREST AND DOWNSTREAM SLOPE**

**AMEC Earth & Environmental**

690 Commonwealth Center
11003 Bluegrass Parkway
Louisville, Ky 40299
(502) 267-0700



CLIENT LOGO

| CLIENT | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY |

| PROJECT | ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | DWN BY: CAE | DATUM: | DATE: 8/5/10 |
| TITLE | EAST KENTUCKY POWER COOPERATIVE WILLIAM C. DALE POWER PLANT, FORD, KY ASH POND 2 SITE PHOTOS | CHK'D BY: MGS | REV. NO.: | PROJECT NO: 3-2106-0177-0001 |
| | | PROJECTION: | SCALE: | PAGE NO.. B-8 |



**2-13**
FROM MIDDLE OF WEST DIKE LOOKING NORTH

**AMEC Earth & Environmental**
690 Commonwealth Center
11003 Bluegrass Parkway
Louisville, Ky 40299
(502) 267-0700



CLIENT LOGO

CLIENT
**UNITED STATES
ENVIRONMENTAL
PROTECTION AGENCY**

| PROJECT | DWN BY: | DATUM: | DATE: |
|---|---|---|---|
| ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | CAE | | 8/5/10 |

| TITLE | CHK'D BY: | REV. NO.: | PROJECT NO: |
|---|---|---|---|
| EAST KENTUCKY POWER COOPERATIVE | MGS | | 3-2106-0177-0001 |
| WILLIAM C. DALE POWER PLANT, FORD, KY | PROJECTION: | SCALE: | PAGE NO.. |
| ASH POND 2 SITE PHOTOS | | | B-9 |

**ASH POND 3 SITE PHOTOS**



**3-1**

FROM SOUTH END OF COMMON DIKE LOOKING NORTHWEST



**3-2**

BEHIND WEST DIKE LOOKING NORTHWEST. VEGETATION AND TREES ON
WEST DIKE (ON RIGHT SIDE OF PHOTO)

**AMEC Earth & Environmental**
690 Commonwealth Center
11003 Bluegrass Parkway
Louisville, Ky 40299
(502) 267-0700



CLIENT LOGO

CLIENT
**UNITED STATES
ENVIRONMENTAL
PROTECTION AGENCY**

| PROJECT | | | | |
|---|---|---|---|---|
| ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | DWN BY: CAE | DATUM: | DATE: 8/5/10 | |
| TITLE | CHK'D BY: MGS | REV. NO.: | PROJECT NO: 3-2106-0177-0001 | |
| EAST KENTUCKY POWER COOPERATIVE WILLIAM C. DALE POWER PLANT, FORD, KY ASH POND 3 SITE PHOTOS | PROJECTION: | SCALE: | PAGE NO.. B-10 | |

**ASH POND 4 SITE PHOTOS**



**4-1**

FROM SOUTHEAST DIKE LOOKING NORTHWEST AT INACTIVE OUTLET
STRUCTURE AND POND INTERIOR



**4-2**

INACTIVE OUTLET STRUCTURE

**AMEC Earth & Environmental**

690 Commonwealth Center
11003 Bluegrass Parkway
Louisville, Ky 40299
(502) 267-0700

**amec**

CLIENT LOGO

CLIENT

**UNITED STATES
ENVIRONMENTAL
PROTECTION AGENCY**

| PROJECT | DWN BY: | DATUM: | DATE: |
|---|---|---|---|
| ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | CAE | | 8/5/10 |

| TITLE | CHK'D BY: | REV. NO.: | PROJECT NO: |
|---|---|---|---|
| EAST KENTUCKY POWER COOPERATIVE WILLIAM C. DALE POWER PLANT, FORD, KY ASH POND 4 SITE PHOTOS | MGS | | 3-2106-0177-0001 |
| | PROJECTION: | SCALE: | PAGE NO.. B-11 |



**4-3**

**POND DISCHARGE/OUTFALL 004 AND TOE OF SOUTHEAST DIKE**



**4-4**

**POND DISCHARGE/OUTFALL 004 WEIR**

**AMEC Earth & Environmental**

690 Commonwealth Center
11003 Bluegrass Parkway
Louisville, Ky 40299
(502) 267-0700



CLIENT LOGO

CLIENT

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

| PROJECT | DWN BY: | DATUM: | DATE: | 8/5/10 |
|---|---|---|---|---|
| ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | CAE | | | |
| TITLE | CHK'D BY: | REV. NO.: | PROJECT NO: | |
| EAST KENTUCKY POWER COOPERATIVE WILLIAM C. DALE POWER PLANT, FORD, KY ASH POND 4 SITE PHOTOS | MGS | | 3-2106-0177-0001 | |
| | PROJECTION: | SCALE: | PAGE NO.. | B-12 |



**4-5**

CONCRETE DISCHARGE CHANNEL AWAY FROM SOUTHEAST SLOPE



**4-6**

TYPICAL SOUTHEAST DOWNSTREAM EMBANKMENT

**AMEC Earth & Environmental**

690 Commonwealth Center
11003 Bluegrass Parkway
Louisville, Ky 40299
(502) 267-0700



CLIENT LOGO

CLIENT
**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

| PROJECT | DWN BY: | DATUM: | DATE: |
|---|---|---|---|
| ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | CAE | | 8/5/10 |
| TITLE | CHK'D BY: | REV. NO.: | PROJECT NO: |
| EAST KENTUCKY POWER COOPERATIVE WILLIAM C. DALE POWER PLANT, FORD, KY ASH POND 4 SITE PHOTOS | MGS | | 3-2106-0177-0001 |
| | PROJECTION: | SCALE: | PAGE NO.. |
| | | | B-13 |



**4-7**

**LOOKING SOUTH FROM EASTERN DIKE**



**4-8**

**LOOKING NORTHWEST FROM EASTERN DIKE**

**AMEC Earth & Environmental**

690 Commonwealth Center
11003 Bluegrass Parkway
Louisville, Ky 40299
(502) 267-0700

amec

CLIENT LOGO

CLIENT
**UNITED STATES
ENVIRONMENTAL
PROTECTION AGENCY**

| PROJECT | DWN BY: | CAE | DATUM: | DATE: | 8/5/10 |
| ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | | | | | |
| TITLE | CHK'D BY: | MGS | REV. NO.: | PROJECT NO: | 3-2106-0177-0001 |
| EAST KENTUCKY POWER COOPERATIVE | | | | | |
| WILLIAM C. DALE POWER PLANT, FORD, KY | PROJECTION: | | SCALE: | PAGE NO.. | B-14 |
| ASH POND 4 SITE PHOTOS | | | | | |



**4-9**

INLET STRUCTURE FROM PLANT ON NORTH DIKE



**4-10**

LOOKING SOUTH FROM NORTH DIKE

**AMEC Earth & Environmental**
690 Commonwealth Center
11003 Bluegrass Parkway
Louisville, Ky 40299
(502) 267-0700





| CLIENT LOGO | CLIENT | | |
|---|---|---|---|
| | **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY** | | |

| PROJECT | DWN BY: | | DATUM: | | DATE: | |
|---|---|---|---|---|---|---|
| ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | | CAE | | | | 8/5/10 |
| TITLE | CHK'D BY: | | REV. NO.: | | PROJECT NO: | |
| EAST KENTUCKY POWER COOPERATIVE WILLIAM C. DALE POWER PLANT, FORD, KY ASH POND 4 SITE PHOTOS | | MGS | | | 3-2106-0177-0001 | |
| | PROJECTION: | | SCALE: | | PAGE NO.. | |
| | | | | | | **B-15** |



**4-11**

**LOOKING NORTH FROM WESTERN BANK**



**4-12**

**TYPICAL SOUTHERN DOWNSTREAM EMBANKMENT**

**AMEC Earth & Environmental**
690 Commonwealth Center
11003 Bluegrass Parkway
Louisville, Ky 40299
(502) 267-0700



CLIENT LOGO

CLIENT
**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

| PROJECT | | | |
|---|---|---|---|
| ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | DWN BY: CAE | DATUM: | DATE: 8/5/10 |
| TITLE | CHK'D BY: MGS | REV. NO.: | PROJECT NO: 3-2106-0177-0001 |
| EAST KENTUCKY POWER COOPERATIVE WILLIAM C. DALE POWER PLANT, FORD, KY ASH POND 4 SITE PHOTOS | PROJECTION: | SCALE: | PAGE NO.. B-16 |



**4-13**

PUMP UTILIZED DURING LOWERING OF PHREATIC SURFACE,
EXCAVATED SUMP AND EROSION GULLEYS ON UPSTREAM SLOPE



**4-14**

LOOKING WEST FROM SOUTH DIKE AT CREST, UPSTREAM SLOPES AND HDPE PIPES USED
TO TRANSPORT CCW TO POND #2

**AMEC Earth & Environmental**

690 Commonwealth Center
11003 Bluegrass Parkway
Louisville, Ky 40299
(502) 267-0700



CLIENT LOGO

CLIENT

**UNITED STATES
ENVIRONMENTAL
PROTECTION AGENCY**

| | | |
|---|---|---|
| PROJECT<br>ASSESSMENT OF DAM SAFETY OF COAL COMBUSTION SURFACE IMPOUNDMENTS | DWN BY: CAE | DATUM: | DATE: 8/5/10 |
| TITLE<br>EAST KENTUCKY POWER COOPERATIVE<br>WILLIAM C. DALE POWER PLANT, FORD, KY<br>ASH POND 4 SITE PHOTOS | CHK'D BY: MGS | REV. NO.: | PROJECT NO: 3-2106-0177-0001 |
| | PROJECTION: | SCALE: | PAGE NO.. B-17 |

**APPENDIX C**
**Inventory of Provided Materials**

| | **East Kentucky Power Cooperative, Inc.**<br>**List of Documents Provided at the Inspection**<br>**of the Dale Power Station on August 4, 2010** | |
|---|---|---|
| **No.** | **Description** | **Bates No.** |
| 1. | EPA Request for Information under Section104(e) of<br>CERCLA (March 24, 2009) | DS 000001-000036<br>(1) |
| 2. | KPDES Permit No. KY002194, issued March 26, 2001 | DS 000037-000076<br>(6) |
| 3. | USGS Real-Time Water Data for Kentucky River at Lock 10 near Winchester, KY | DS 000077–000080<br>(21) |
| 4. | US Army Engineer District, Louisville, Navigation Locks<br>Data Sheet B, Kentucky River Lock No. 10, Chart No. 25;<br>Kentucky River Chart No. 26; and L&N Railroad Bridges 3 | DS 000081-000084<br>(22) |
| 5. | Request for Proposal, Engineering Services, Ash Dams &<br>Landfills (November 23, 2009) | DS-CBI 000001-000025<br>(5) |
| 6. | 2009 Ash Storage Pond #2 Inspection Report, Dale Power<br>Station, Ford, KY (February 16, 2010), prepared by Stantec Consulting Services | DS-CBI 000026-00068<br>(2) |
| 7. | 2009 Ash Storage Pond No. 4 Inspection Report, Dale Power Station, Ford, KY (February 16, 2010), prepared by Stantec Consulting Services | DS-CBI 000069-000120<br>(3) |
| 8. | 2009 River Bank Stability Near Ash Storage Pond #4<br>Inspection Report, Dale Power Station, Ford, KY (February | DS-CBI 000121-000150<br>(4) |
| 9. | Soil Investigation for Proposed Dale Station Fly Ash Dikes and Pond, Ford, Kentucky (February 25, 1975), prepared by Bowser-Morner | DS-CBI 000151-000327<br>(8) |
| 10. | Dale Station Water & Waste Water Mass Balance (May 24, 1995) | DS-CBI 000328<br>(10) |
| 11. | Evaluation of Corrective Measures, Fly Ash Pond No. 4<br>Leakage, Dale Power Station (December 2004), Ford, KY, | DS-CBI 000329-000378<br>(11) |
| 12. | Technical Specifications for Seepage Correction of Ash<br>Pond No. 4 at Dale Power Station (May 2010), prepared by S&ME | DS-CBI 000379-000424<br>(12) |

| 13. | Emergency Action Plan, William C. Dale Power Station | DS-CBI 000425-000441 (not on list) |
|---|---|---|
| 14. | Dale Station Ash Ponds Daily Log (January 1, 2010 to August 1, 2010) | DS-CBI 000442-000446 (23) |
| 15. | Ash Flow Narrative | DS-CBI 000447 (24) |
| 16. | Dale Ash Pond No. 3 Re-Grading Drawings (June 8, 2010), prepared by S&ME | DS-CBI 000448-000465 (9) |
| 17. | Dale Ash Pond No. 4 Seepage Correction Drawings (June 8, 2010), prepared by S&ME | DS-CBI 000466-000476 (13) |
| 18. | East Kentucky Power Cooperative, Ash Storage Basis, Dale Station (Final November 18, 1977) | DS-CBI 000477-000483 (14) |
| 19. | No. 3 Pond Cross Sections, W.C. Dale Power Station (June 2, 1989) | DS-CBI 000484 (15) |
| 20. | Topographic Map of Ponds 1 and 2, Prepared by Park Aerial Surveys (Photo taken December 6, 1992) | DS-CBI 000485-000486 (16) |
| 21. | Site Plan, Dale Generating Station, East Kentucky Rural Electric Power Coop, Ford, KY (1952), prepared by Burns & | DS-CBI 000487 (17) |
| 22. | East Kentucky Power Cooperative, Dale Power Station Pond 2 New Discharge Structure (August 1, 2003), prepared by East Kentucky Power | DS-CBI 000488 (18) |
| 23. | East Kentucky Power Cooperative, Dale Station Plan – Ash Storage Basin, Dale Station (January 30, 1976), prepared by Stanley Consultants | DS-CBI 000489 (19) |
| 24. | Lidar survey (printed July 30, 2010) | DS-CBI 000490 (20) |
| 25. | Compact Disc containing various reports related to the design and operation of the Dale Station | The documents on the CD are not Bates numbered. |
| | **Documents requested during conference call with EKPC on August 24, 2010** | |
| 26. | Letter to Division of Water Quality (December 18, 1975) | DS 000085-000086 |
| 27. | Letter acknowledging receipt of KPDES application for Dale Station (July 20, 2006) | DS 000087 |

| | | |
|---|---|---|
| 28. | Certificate of Inspection for Dam and Appurtenant Works<br>(Inspection Date 10/29/98) | DS 000088-000090 |
| 29. | Change Orders | DS-CBI 000491-000497 |
| 30. | Engineering Services Contract for Ash Dam and Landfill<br>(January 6, 2010) | DS-CBI 000498-000552 |
| 31. | Summary of Stability Evaluation Slide at Ash Pond #4 (June 11, 2010) | DS-CBI 000553-000561 |
| 32. | QORE Proposal for Engineering Services (December 16, 2009) | DS-CBI 000562-000587 |
| | **Additional Documents Provided August 30, 2010** | |
| 33. | Engineering Study for Dale Power Station Ash Pond No. 2 | DS-CBI 000588-000608 |
| 34. | Summary of Stability Evaluation Ash Pond #2 | DS-CBI 000609-000619 |
| 35. | Engineering Study for Dale Power Station Ash Pond No. 4 | DS-CBI 000620-000640 |
| | **Comments to Draft Report** | |
| 36. | 1. East Kentucky Power Cooperative Comments on Draft *Report of Geotechnical Investigation Dam Safety Assessment of Coal Combustion Surface Impoundments East Kentucky Power Cooperative William C. Dale Power Station, Winchester, KY*, dated January 12, 2011. | |

**APPENDIX D**
**Ash Pond 2 Typical Sections and Dam Profile (2010 S&Me Report - Evaluation of Risks of 100-Yr Rain Event & Freeboard Requirement for Ash Pond No. 2)**



KENTUCKY RIVER

A-A

B-B

C-C

D-D

0+00
1+00
2+00
3+00
4+00
5+00
6+00
7+00
8+00
9+00
10+00
11+00
12+00

THE AERIAL IMAGE SHOWN WAS PROVIDED TO S&ME BY EKPC. THE AERIAL MAPPING WAS CONDUCTED IN DECEMBER 2009.

0    100'    200'    300'

BASELINE - DALE ASH DAM NO. 2

| | | |
|---|---|---|
| SCALE: 1"=100' | | |
| PROJECT NO. 1831-10-5580 | | |
| DATE: AUGUST, 2010 | | |

**S&ME**
422 CODELL DRIVE
LEXINGTON, KY 40509
(859)293-6618
WWW.SMEINC.COM

TOP OF DIKE BASELINE PLAN VIEW

ASH STORAGE POND NO. 2
DALE POWER STATION
FORD, KENTUCKY

SHEET



**D-D (11+00)**

WEST DIKE (EL. 593.8)
EAST DIKE (EL. 594.6)
570.78

**C-C (8+00)**

WEST DIKE (EL. 594.0)
EX. WATER LEVEL (EL. 587.6)
EAST DIKE (EL. 594.1)
576.96
STORAGE AVAILABLE

**B-B (5+00)**

WEST DIKE (EL. 594.3)
587.90
TOP OF ASH
EAST DIKE (EL. 594.5)

**A-A (2+00)**

APPROX. BOT. POND (EL. 572.0)
WEST DIKE (EL. 594.5)
588.43
TOP OF ASH
EAST DIKE (EL. 595.9)

S&ME
422 CODELL DRIVE
LEXINGTON, KY 40509
(859)299-8918
WWW.SMEINC.COM

APPENDIX C

TYPICAL CROSS-SECTIONS

ASH STORAGE POND 2
DALE POWER STATION
FORD, KENTUCKY

DATE OF SURVEY: AUGUST 18, 2010

TYPICAL CROSS-SECTIONS

SCALE: 1"=80'
DATE: AUGUST 2010
PROJECT NO. 1831-10-5580

SHEET
2 of 2



BASELINE – DALE ASH DAM NO. 2







GRAPHIC SCALE IN FEET

0    100    200

LEGEND

——————— CENTERLINE
············· OUTSIDE EDGE
— — — — INSIDE EDGE

S&ME
WWW.SMEINC.COM
422 CODELL DRIVE, LEXINGTON, KY 40509
PHONE: 859.293.5518

| SCALE: 1" = 50' | DATE: 8/12/2010 |
| PROJECT NUMBER: 1831105580 | DRAWN BY: RLW |
| DRAWING NUMBER: P-1 | CHECKED BY: AWL |

EKP DALE
CLARK COUNTY, KENTUCKY

TOP OF POND 2 DIKE PROFILE

FIGURE NO.

1

**APPENDIX E**
**Ash Pond 4 Typical Sections and Dam Profile (2010 S&Me Report - Evaluation of Risks Of 100-Yr Rain Event & Freeboard Requirement for Ash Pond No. 4)**



KENTUCKY RIVER

THE AERIAL IMAGE SHOWN WAS PROVIDED TO S&ME
BY EKPC. THE AERIAL MAPPING WAS CONDUCTED IN
DECEMBER 2009.

BASELINE – DALE ASH DAM NO. 4

SCALE: 1"=100'    PROJECT NO. 1831-10-5580

DATE: AUGUST, 2010

S&ME
422 CODELL DRIVE
LEXINGTON, KY 40509
(859)264-5810
WWW.SMEINC.COM

TYPICAL SECTION BASELINE PLAN VIEW

ASH STORAGE POND NO. 4
DALE POWER STATION
FORD, KENTUCKY

SHEET

1 of 2



C–C



B–B



A–A

SCALE: 1"=80'

PROJECT NO. 1831-10-5580

DATE: AUGUST, 2010

**S&ME**

422 CADELL DRIVE
LEXINGTON, KY 40509
(859)293-0518

WWW.SMEINC.COM

TYPICAL SECTIONS

ASH STORAGE POND NO. 4
DALE POWER STATION
FORD, KENTUCKY

SHEET

2 of 2



KENTUCKY RIVER

0    100'    200'    300'

N

8+00
10+00
6+00
12+00
4+00
14+00
2+00
16+00
0+00
26+88
26+00
18+00
24+00
20+00
22+00

THE AERIAL IMAGE SHOWN WAS PROVIDED TO S&ME
BY EKPC. THE AERIAL MAPPING WAS CONDUCTED IN
DECEMBER 2009.

BASELINE – DALE ASH DAM NO. 4

SCALE: 1"=100'

PROJECT NO. 1831-10-5580

DATE: AUGUST, 2010

S&ME

422 CODELL DRIVE
LEXINGTON, KY 40509
(859)255-2515

WWW.SMEINC.COM

TOP OF DIKE BASELINE PLAN VIEW

ASH STORAGE POND NO. 4
DALE POWER STATION
FORD, KENTUCKY

SHEET

1 of 2



S&ME
WWW.SMEINC.COM
422 CORELL DRIVE
LEXINGTON, KY 40509
(859)293-5518

SCALE: 1"=100'
PROJECT NO. 1831-10-5580
DATE: AUGUST, 2010

TOP OF DIKE BASELINE PROFILE

ASH STORAGE POND NO. 4
DALE POWER STATION
FORD, KENTUCKY

**APPENDIX F**
**2010 Stability Evaluation Ash Pond #2 Plan View and Stability Sections**



DRY ASH POND #3

WEST DIKE

NORTH DIKE

1+50

1+00

1+50

B-202

0+00

ASH POND #2

B-201

0+00

COAL PILE

SOUTH DIKE

EAST DIKE

0    50    100         200

GRAPHIC SCALE IN FEET

SCALE: 1"=50'

EKP DALE
ASH POND #2
BORING LOCATIONS

FILE NAME:

SHEET NAME:

USER: RLM
DATE PLOTTED: 8/16/2010

MicroStation v8.LTL.445



STABILITY SECTION AT BORING 201
NORTH END - DALE ASH POND #2

SCALE: 1"=10' HORIZ.
1"=10' VERT.

EKP DALE ASH POND #2
STABILITY SECTION
NORTH END BORING 201

| COUNTY OF | PROJECT NO. | SHEET NO. |
|---|---|---|
| CLARK | 1831-10-5580 | X1 |

| SOIL STRENGTH PARAMETERS | | | | |
|---|---|---|---|---|
| SOIL | I - ASH | II - CLAY | III - SILTY CLAY | IV - SAND |
| LONG TERM | ⌀= 85.0 pcf<br>c̄ = 0.0 psf<br>φ̄ = 32° | ⌀= 98.6 pcf<br>c̄ = 20.0 psf<br>φ̄ = 33° | ⌀= 99.8 pcf<br>c̄ = 690.0 psf<br>φ̄ = 23° | ⌀= 99.0 pcf<br>c̄ = 0.0 psf<br>φ̄ = 37° |

| FACTORS OF SAFETY | | |
|---|---|---|
| NORMAL POOL - STATIC | A | 1.29 |
| NORMAL POOL - EARTHQUAKE | B | 1.15 |
| 100 YEAR FLOOD - STATIC | C | 1.35 |
| 100 YEAR FLOOD - EARTHQUAKE | D | 0.89 |

PROPOSED GRADE 595.5

ASH POND #2 EDGE OF WATER

EXISTING SLOPE PROTECTION

EXISTING GROUND

Boring Log 201
Elev. 593.2 - 591.7  Gravel - 18 inches
591.7 - 586.2  Coal Ash, sampled as STIFF soil, black, damp
586.2 - 582.2  Lean Clay (CL) sandy, SOFT, brown, moist
582.2 - 568.2  Coal Ash, sampled as SOFT to FIRM soil, black, moist
568.2 - 555.2  Lean Clay (CL) silty, sandy, STIFF to FIRM, brown, moist
555.2 - 537.2  Sand, silty, clayey, FIRM, gray, wet
537.2 - 530.2  Sand, coarse grained with few gravel pieces, VERY LOOSE, brown and tan, wet
530.2 - 528.6  Weathered Shale/Limestone
528.6  Auger Refusal at 64.6 feet

B-201
593.20
17 - 15 - 18
10 - 10 - 10

3 - 2 - 2

2 - 3 - 3

1 - 2 - 2

2 - 3 - 6

3 - 4 - 7

WOH - 3 - 4
WOH - WOH - WOH
WOH - WOH - WOH
WOH - WOH - 2

AR - 64.6'

I

II

I

III

IV

| Material Layering Symbols | | | |
|---|---|---|---|
| USCS Well-graded Gravel | Ash | USCS Low Plasticity Clay | USCS Silty Sand |
| USCS Poorly-graded Sand | Shale | USCS Silt | USCS Well-graded Sand |

B-10 ← Boring Number
355.00 ← Boring Elevation
Boring Depth Scale
3 - 4 - 4 ← Blow Counts
← Split Spoon Sample
← Undisturbed Sample
Ground Water reading
Auger Refusal ← AR - 10.0' ← Depth of Refusal



**STABILITY SECTION AT BORING 202**
**WEST SIDE - DALE ASH POND #2**

SOIL STRENGTH PARAMETERS

| SOIL | I - ASH | II - CLAY | III - SILTY CLAY | IV - SAND |
|---|---|---|---|---|
| LONG TERM | $\gamma$= 85.0 pcf<br>$\bar{c}$ = 0.0 psf<br>$\bar{\phi}$ = 32° | $\gamma$= 98.6 pcf<br>$\bar{c}$ = 20.0 psf<br>$\bar{\phi}$ = 33° | $\gamma$= 99.8 pcf<br>$\bar{c}$ = 690.0 psf<br>$\bar{\phi}$ = 23° | $\gamma$= 99.0 pcf<br>$\bar{c}$ = 0.0 psf<br>$\bar{\phi}$ = 37° |

FACTORS OF SAFETY

| NORMAL POOL - STATIC | A | 1.63 |
|---|---|---|
| NORMAL POOL - EARTHQUAKE | B | 1.43 |
| 100 YEAR FLOOD - STATIC | C | 1.77 |
| 100 YEAR FLOOD - EARTHQUAKE | D | 1.17 |

Boring Log 202
Elev. 594.1 - 592.6 Gravel - 18 inches
592.6 - 587.1 Coal Ash, sampled as STIFF soil, black, damp
587.1 - 578.1 Lean Clay (CL) sandy, FIRM, gray brown, moist
578.1 - 570.1 Coal Ash, sampled as STIFF soil, black, damp
570.1 - 564.1 Lean Clay (CL) sandy, silty, FIRM, brown, moist
564.1 - 550.1 Silt (ML) sandy, clayey, SOFT, wet
550.1 - 544.1 Sand, silty, VERY LOOSE, gray, wet
544.1 - 530.1 Sand, fine to medium grained, VERY LOOSE, assorted colors, wet
530.1 - 529.6 Weathered Shale/Limestone
529.6    Auger Refusal at 64.5 feet

Material Layering Symbols

USCS Well-graded Gravel    Ash    USCS Low Plasticity Clay    USCS Silty Sand
USCS Poorly-graded Sand    Shale    USCS Silt    USCS Well-graded Sand

B-10 — Boring Number
356.00 — Boring Elevation
Boring Depth Scale
3-4-4 — Blow Counts
7 — Split Spoon Sample
5 — Undisturbed Sample
Ground Water reading
10 —
Auger Refusal — AR - 10.0' — Depth of Refusal

SCALE: 1"=10' HORIZ.
1"=10' VERT.

EKP DALE ASH POND #2
STABILITY SECTION
WEST SIDE BORING 202

**APPENDIX G**
**2010 Stability Evaluation Slide at Ash Pond #4 Stability Sections**



# Dale Pond #4 - River Bank Stability - Steep Scarp

C:\STEDWIN\DALEPO~1\PND4AF.PL2   Run By: Andy Fiehler, PE  6/10/2010  1:51PM

| # | FS | Soil Desc. | Soil Type No. | Total Unit Wt. (pcf) | Saturated Unit Wt. (pcf) | Cohesion Intercept (psf) | Friction Angle (deg) | Piez. Surface No. |
|---|------|------|---|-------|-------|-------|------|----|
| a | 1.08 |      |   |       |       |       |      |    |
| b | 1.16 | silt | 1 | 110.0 | 130.0 | 0.0   | 34.0 | W1 |
| c | 1.24 | berm | 2 | 110.0 | 130.0 | 100.0 | 34.0 | W1 |
| d | 1.25 |      |   |       |       |       |      |    |
| e | 1.26 |      |   |       |       |       |      |    |
| f | 1.26 |      |   |       |       |       |      |    |
| g | 1.28 |      |   |       |       |       |      |    |
| h | 1.37 |      |   |       |       |       |      |    |
| i | 1.38 |      |   |       |       |       |      |    |
| j | 1.38 |      |   |       |       |       |      |    |

**STABL6H  FSmin=1.08**
**Safety Factors Are Calculated By The Modified Bishop Method**

STED

DS - CBI
000555

# Dale Pond #4 - River Bank Stability - Steep Scarp - High Water

C:\STEDWIN\DALEPO~1\PND4AHW.PL2   Run By: Andy Fiehler, PE   6/10/2010   3:14PM



| # | FS | Soil Desc. | Soil Type No. | Total Unit Wt. (pcf) | Saturated Unit Wt. (pcf) | Cohesion Intercept (psf) | Friction Angle (deg) | Piez. Surface No. |
|---|------|------|---|-------|-------|-------|------|----|
| a | 1.03 |      |   |       |       |       |      |    |
| b | 1.09 |      |   |       |       |       |      |    |
| c | 1.13 | silt | 1 | 110.0 | 130.0 | 0.0   | 34.0 | W1 |
| d | 1.24 | berm | 2 | 110.0 | 130.0 | 100.0 | 34.0 | W1 |
| e | 1.29 |      |   |       |       |       |      |    |
| f | 1.29 |      |   |       |       |       |      |    |
| g | 1.32 |      |   |       |       |       |      |    |
| h | 1.32 |      |   |       |       |       |      |    |
| i | 1.34 |      |   |       |       |       |      |    |
| j | 1.35 |      |   |       |       |       |      |    |

STABL6H  FSmin=1.03
Safety Factors Are Calculated By The Modified Bishop Method

**STED**

DS - CBI
000556

# Dale Pond #4 - River Bank Stability - Steep Scarp - High Water

C:\STEDWIN\DALEPO~1\PND4AHW1.PL2   Run By: Andy Fiehler, PE  6/10/2010  3:13PM



| # | FS |
|---|-----|
| a | **1.87** |
| b | 1.90 |
| c | 1.91 |
| d | 1.92 |
| e | 1.96 |
| f | 1.99 |
| g | 2.02 |
| h | 2.07 |
| i | 2.07 |
| j | 2.10 |

| Soil Desc. | Soil Type No. | Total Unit Wt. (pcf) | Saturated Unit Wt. (pcf) | Cohesion Intercept (psf) | Friction Angle (deg) | Piez. Surface No. |
|------------|---------------|----------------------|--------------------------|--------------------------|----------------------|-------------------|
| silt | 1 | 110.0 | 130.0 | 0.0 | 34.0 | W1 |
| berm | 2 | 110.0 | 130.0 | 100.0 | 34.0 | W1 |

STABL6H  FSmin=1.87
**Safety Factors Are Calculated By The Modified Bishop Method**

STED

DS - CBI
000557

## Dale Pond #4 - River Bank Stability - Steep Scarp - Draw Down

C:\STEDWIN\DALEPO~1\PND4ADD.PL2   Run By: Andy Fiehler, PE  6/10/2010  3:17PM



| # | FS | Soil Desc. | Soil Type No. | Total Unit Wt. (pcf) | Saturated Unit Wt. (pcf) | Cohesion Intercept (psf) | Friction Angle (deg) | Piez. Surface No. |
|---|------|------|---|-------|-------|-------|------|----|
| a | 0.85 | silt | 1 | 110.0 | 130.0 | 0.0 | 34.0 | W1 |
| b | 0.91 | berm | 2 | 110.0 | 130.0 | 100.0 | 34.0 | W1 |
| c | 0.98 | | | | | | | |
| d | 1.00 | | | | | | | |
| e | 1.00 | | | | | | | |
| f | 1.03 | | | | | | | |
| g | 1.04 | | | | | | | |
| h | 1.11 | | | | | | | |
| i | 1.11 | | | | | | | |
| j | 1.17 | | | | | | | |

**STABL6H  FSmin=0.85**
**Safety Factors Are Calculated By The Modified Bishop Method**

STED

DS - CBI
000558

# Dale Pond #4 - River Bank Stability - Steep Scarp - Draw Down

C:\STEDWIN\DALEPO~1\PND4ADD1.PL2   Run By: Andy Fiehler, PE   6/10/2010   3:18PM

| # | FS |
|---|-----|
| a | 1.61 |
| b | 1.71 |
| c | 1.75 |
| d | 1.75 |
| e | 1.75 |
| f | 1.75 |
| g | 1.78 |
| h | 1.78 |
| i | 1.80 |
| j | 1.80 |

| Soil Desc. | Soil Type No. | Total Unit Wt. (pcf) | Saturated Unit Wt. (pcf) | Cohesion Intercept (psf) | Friction Angle (deg) | Piez. Surface No. |
|---|---|---|---|---|---|---|
| silt | 1 | 110.0 | 130.0 | 0.0 | 34.0 | W1 |
| berm | 2 | 110.0 | 130.0 | 100.0 | 34.0 | W1 |

STABL6H  FSmin=1.61
Safety Factors Are Calculated By The Modified Bishop Method

**STED**



DS - CBI
000559

# Dale Pond #4 - River Bank Stability Existing Conditions

C:\STEDWIN\DALEPO~1\PND4.PL2   Run By: Andy Fiehler, PE   6/10/2010   1:29PM



| # | FS | Soil Desc. | Soil Type No. | Total Unit Wt. (pcf) | Saturated Unit Wt. (pcf) | Cohesion Intercept (psf) | Friction Angle (deg) | Piez. Surface No. |
|---|------|------|---|-------|-------|-------|------|-----|
| a | 1.94 |      |   |       |       |       |      |     |
| b | 1.95 |      |   |       |       |       |      |     |
| c | 2.06 | silt | 1 | 110.0 | 130.0 | 0.0   | 34.0 | W1  |
| d | 2.09 | berm | 2 | 110.0 | 130.0 | 100.0 | 34.0 | W1  |
| e | 2.11 |      |   |       |       |       |      |     |
| f | 2.13 |      |   |       |       |       |      |     |
| g | 2.14 |      |   |       |       |       |      |     |
| h | 2.21 |      |   |       |       |       |      |     |
| i | 2.21 |      |   |       |       |       |      |     |
| j | 2.22 |      |   |       |       |       |      |     |

REPAIR CONCEPT

Flatten Slope to 2.8:1 or flatter

10 foot berm

STABL6H  FSmin=1.94
Safety Factors Are Calculated By The Modified Bishop Method

STED

DS - CBI
000560

# Dale Pond #4 - River Bank Stability Rapid Drawdown

C:\STEDWIN\DALEPO~1\PND4DD1.PL2   Run By: Andy Fiehler, PE   6/10/2010   1:46PM



| # | FS |
|---|-----|
| a | 1.66 |
| b | 1.66 |
| c | 1.76 |
| d | 1.76 |
| e | 1.78 |
| f | 1.81 |
| g | 1.85 |
| h | 1.87 |
| i | 1.88 |
| j | 1.92 |

| Soil Desc. | Soil Type No. | Total Unit Wt. (pcf) | Saturated Unit Wt. (pcf) | Cohesion Intercept (psf) | Friction Angle (deg) | Piez. Surface No. |
|------------|---------------|----------------------|--------------------------|--------------------------|----------------------|-------------------|
| silt | 1 | 110.0 | 130.0 | 0.0 | 34.0 | W1 |
| berm | 2 | 110.0 | 130.0 | 100.0 | 34.0 | W1 |

STABL6H  FSmin=1.66
Safety Factors Are Calculated By The Modified Bishop Method

**STED**

DS - CBI
000561