# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 24-1200** | **September Term, 2024** |
| | EPA-89FR38950 |
| | **Filed On: August 13, 2025** [2129910] |

City Utilities of Springfield, Missouri, by and through the Board of Public Utilities,

      Petitioner

      v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency,

      Respondents

------------------------------

Altamaha Riverkeeper, et al.,
      Intervenors

------------------------------

Consolidated with 24-1267, 24-1269, 24-1274, 24-1275, 24-1276

## O R D E R

Upon consideration of respondents' motion to govern, it is

**ORDERED** that the motion be granted, and these cases continue to remain held in abeyance pending further order of the court.

Respondents are directed to file motions to govern future proceedings in this case by December 15, 2025..

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

                          BY:    /s/
                                Michael C. McGrail
                                Deputy Clerk